


(http://freethoughtblogs.com/pharyngula)

« Mary's Monday Metazoan: Today's mood — goblin shark (http://freethoughtblogs.com/pharyngula/2016/06/20/marys-monday-metazoan-todays-mood-goblin-shark/)

Get out of our way, Elon Mu (http://freethoughtblogs.com/pharyngula/2016/06/21/get-out-our-way-elon-musk/

## Richard Carrier's blog

One of our writers, Richard Carrier, has been banned from Skepticon (https://skepticon.org/keeping-skepticon-safe-richard-carrier-to-be-banned/) for "his repeated boundary-pushing behavior". This is, obviously, a seriou accusation, and we've been investigating further. We now have several first-hand reports of persistent, obnoxious sexual behavior in defiance of specific requests that he cease. We believe his accusers.

Here at Freethoughtblogs, we are sex-positive, but we are also committed to the principle of *consensual* sexual behavior. We go further, and beyond demanding that there always be consent, we also insist on *respect* for your partners. No means no, not just because it's held as a dogmatic rule, but because it reflects a sincere appreciation o the autonomy of other people. We cannot tolerate violations of this essential principle.

While Dr Carrier has been a valued contributor to this network, we have to demand support of that principle in actions as well as words. After a review of the evidence so far, Richard Carrier's posting privileges have been suspended, pending further evaluation; and all comments on his blog have been closed.

If you wish to make a testimonial, pro or con, about Dr Carrier, you can send them to me (mailto:pzmyers@gmail.com?subject=Carrier) in confidence. We will consider all the evidence before making a fir decision on his case.

We also support Skepticon and their commitment to equality and justice. If you do too, donate (https://skepticon.org/donate/).

**Share this:**

- Print (http://freethoughtblogs.com/pharyngula/2016/06/21/richard-carriers-blog/#print)
- Email (http://freethoughtblogs.com/pharyngula/2016/06/21/richard-carriers-blog/?share=email&nb=1)
- G+1  2
- submit
- (https://www.pinterest.com/pin/create/button/?url=http%3A%2F%2Ffreethoughtblogs.com%2Fpharyngula%2... &media=http%3A%2F%2F1.gravatar.com%2Favatar%2F700a584924f4f6c16fd6fd578d59b65b%3Fs%3D
- Share

Tweet

**Related**

Phil Mason's disgrace (http://freethoughtblogs.com/pharyngula/... of-thunderfootphil-masons-disgrace/)
The story so far: Thunderfoot/Phil Mason was invited to join our blog network last month. All he wrote during the short week he was here was incoherent, unprofessional
In "Crime"

too? (http://freethoughtblogs.com/pharyngula/2... /08/10/summary-...)
Every single goddamned organization with any kind of social presence at all seems to be afflicted with the problem of sexual harassment -- including, now,
In "Feminism, Gender, and Equality"

evolutionary ladder, and say, ducks, could take over the world. Ducks always nest in pairs and if we allow same-sex marriage, then the ducks will have evolved further than we have. We will be in danger of all being equal, with ducks more equal than us.

We should learn from history and not be stuck with copying ancient behaviour. The government has no right to bring us back to the stone age. I don't want my children to (http://freethoughtblogs.com/phar ducks-are-gonna-get-you/)
The ducks are gonna get you (http://freethoughtblogs.com/pharyngu ducks-are-gonna-get-you/)
In "Atheism and Skepticism"

Freethought Blogs sidebar:
- A Trivial Knot (http://freethoughtblogs.com/atrivialknot/)
- Affinity (http://freethoughtblogs.com/affinity/)
- Against the Grain (http://freethoughtblogs.com/atg/)
- Alethian Worldview (http://freethoughtblogs.com/alethianworldview/)
- Anjuli Pandavar (http://freethoughtblogs.com/anjuli/)
- Atheism, Music, and More... (http://freethoughtblogs.com/natehevens/)
- Bi Any Means (http://freethoughtblogs.com/bianymeans/)
- Comradde PhysioProffe (http://freethoughtblogs.com/physioprof/)
- Death to Squirrels (http://freethoughtblogs.com/iris/)
- Fierce Roller (http://freethoughtblogs.com/fierceroller/)
- Geeky Humanist (http://freethoughtblogs.com/geekyhumanist/)
- Great American Satan (http://freethoughtblogs.com/gas/)
- Heteronormative Patriarchy for Men (http://freethoughtblogs.com/hetpat/)
- Incongruous Circumspection (http://freethoughtblogs.com/inspection/)
- Kittywhumpus (http://freethoughtblogs.com/kittywhumpus/)
- Mano Singham (http://freethoughtblogs.com/singham/)
- Maryam Namazie (http://freethoughtblogs.com/maryamnamazie/)
- Nastik Deliberations (http://freethoughtblogs.com/arun/)
- New Frontier (http://freethoughtblogs.com/frontier/)
- Nirmukta on FTB (http://freethoughtblogs.com/nirmukta/)
- Oceanoxia (http://freethoughtblogs.com/oceanoxia/)
- Pharyngula (http://freethoughtblogs.com/pharyngula/)
- Pro-Science