
ABOUT

DONATE

REGISTER

SHOP

BLOG

TEAM

SPEAKERS

SCHEDULE

WORKSHOPS

VIDEO

PHOTO GALLERY

POLICIES

SPONSORS

FINANCIALS

FAQ

# KEEPING SKEPTICON SAFE: RICHARD CARRIER TO BE BANNED

by Lauren Lane | Jun 20, 2016 | 0 comments

Plaintiff's Exhibit 3

In light of the recent revelations of sexual harassment, unwelcome attention, and/or unwanted behavior from more than one prominent atheist, Skepticon would like to renew our vow to keep our attendees, speakers, volunteers, vendors, organizers, and anyone else involved in Skepticon safe at our events.

The accusations specifically against Richard Carrier are, sadly, not so surprising to the Skepticon organizers. While he was a featured speaker for many years, we stopped inviting him to speak partly because of his repeated boundary-pushing behavior, including towards someone involved in Skepticon. What has been made clear by the recent discussions is that our attendees' well being and comfort is put at an unacceptable risk by Carrier's presence, and so we are officially prohibiting Richard Carrier from attending any future Skepticons.

We support the accusers.

It is unfortunate there are people in this world who believe they can violate others' boundaries without consequence. Skepticon does not want those people at our events.

Our harassment policy can be found [here](). We are currently refining our method of handling such complaints so as to be as effective as possible when faced with them. We are investigating formal training options for our organizers and volunteers, and are forming a team who will be dedicated to protecting everyone at Skepticon.

**RELATED**

Security Update

My name is Dave Muscato; I



Call for Skepticon organization



Security Update: Incident

am the Public Relations
In "Featured"

help
In "Featured"

Report Released
In "Featured"

Designed by Elegant Themes | Powered by WordPress