

(/)

(http://freethoughtblogs.com/atg)

ABOUT THE AUTHOR

How many intersections can you cram in one feminist? Trans, queer, kinky, poly, sex-positive, survivor, leather girl, and of course, atheist. Shiv works for a domestic violence resource when she's not blasting politicians for doing... well, you know. She's probably made of 70% snark and thinks the Canadian NDP are "too capitalist." Side effects may include bruising, gibbering, high fever, cracked desks, or cracked heads. Shiv is not for everyone, consult your doctor before use.

HOUSEKEEPING

Comments Policy (http://freethoughtblogs.com/atg/comments-policy/)

RECENT POSTS

Moderate Religion: I don't care (http://freethoughtblogs.com/atg/2016/06/26/moderate-religion-i-dont-care/)
I wonder if I'll ever get to fly again (http://freethoughtblogs.com/atg/2016/06/25/i-wonder-if-ill-ever-get-to-fly-again/)
Breaking news: Wildrose concurs with decent idea; Shiv is shocked (http://freethoughtblogs.com/atg/2016/06/25/breaking-news-wildrose-concurs-with-decent-idea-shiv-is-shocked/)
British insults are the best insults (http://freethoughtblogs.com/atg/2016/06/25/british-insults-are-the-best-insults/)
UK votes Leave; David Cameron to resign (http://freethoughtblogs.com/atg/2016/06/24/uk-votes-leave-david-cameron-to-resign/)

Freethought Blogs

A Trivial Knot (http://freethoughtblogs.com/atrivialknot/)
Affinity (http://freethoughtblogs.com/affinity/)
Against the Grain (http://freethoughtblogs.com/atg/)
Alethian Worldview (http://freethoughtblogs.com/alethianworldview/)

« Introducing Teddy: Children's book explains gender variance (http://freethoughtblogs.com/atg/2016/06/23/introducing-teddy-childrens-book-explains-gender-variance/)

UK votes Leave; David Cameron to res (http://freethoughtblogs.com/atg/2016/06/24/uk-votes-leave-dav cameron-to-resign/

## The FtB Ethics Committee on Richard Carrier

Freethought Blogs unequivocally condemns any behavior that threatens the safety of atheist community members, including particularly marginalized groups. Freethought Blogs also recognizes the role of sexual harassment as one of numerous barriers fo women that limits access to and participation within atheist conferences and spaces.

When the recent allegations against Richard Carrier were made public, Freethought Blogs initiated a process to investigate these claims and formalize its policy concerning the conduct of its members. The FtB Ethics Committee received several reports of Carrier's behavior and was in the process of reviewing them when Carrier chose to leave the network. A thorough review of the allegations against Carrier cannot be completed by Freethought Blogs without his cooperation.

As part of our commitment to equitable access to freethinking spaces for all, Freethought Blogs members who violate our commitment to social justice by creating or maintaining barriers to participation will be removed from the network as a matter of policy. All reports submitted to us in furtherance of this policy will be kept in the strictest of confidence, unless the accusation was made publicly or in the event we have express permission to reproduce the complaint.

-The FtB Ethics Committee

« Introducing Teddy: Children's book explains gender variance (http://freethoughtblogs.com/atg/2016/06/23/introducing-teddy-childrens-book-explains-gender-variance/)

UK votes Leave; David Cameron to res (http://freethoughtblogs.com/atg/2016/06/24/uk-votes-leave-dav cameron-to-resign/

- Siobhan (http://freethoughtblogs.com/atg/author/echamilton/)    June 23, 2016
- Announcements (http://freethoughtblogs.com/atg/category/announcements/)
- Log in to comment (/wp-login.php?redirect_to=http://freethoughtblogs.com/atg/2016/06/23/the-ftb-ethics-committee-on-richard-carrier/)

## Comments

1. **chigau (違う) says**
   June 23, 2016 at 5:26 pm (http://freethoughtblogs.com/atg/2016/06/23/the-ftb-ethics-committee-on-richard-carrier/#comment-321)

   What will be the process for submitting complaints?

   Log in to Reply (http://freethoughtblogs.com/atg/wp-login.php?redirect_to=http%3A%2F%2Ffreethoughtblogs.com%2Fatg%2F2016%2F06%2F23%2Fthe-ftb-ethics-committee-on-richard-carrier%2F)

2. **devianttouch (http://queereka.com) says**
   June 23, 2016 at 6:21 pm (http://freethoughtblogs.com/atg/2016/06/23/the-ftb-ethics-committee-on-richard-carrier/#comment-323)

   "Freethought Blogs initiated a process to investigate these claims and formalize its policy concerning the conduct of its members."

   I hope the formalization of the policy will still occur. I am grateful to FTB for taking this seriously.

   Log in to Reply (http://freethoughtblogs.com/atg/wp-login.php?redirect_to=http%3A%2F%2Ffreethoughtblogs.com%2Fatg%2F2016%2F06%2F23%2Fthe-ftb-ethics-

Plaintiff's Exhibit 5