
UNITED STATES
POSTAL SERVICE

Date: August 16, 2016

Jeff Perry:

The following is in response to your August 16, 2016 request for delivery information on your Certified Mail™/RRE item number 9414811899563052343995. The delivery record shows that this item was delivered on July 29, 2016 at 9:13 am in MORRIS, MN 56267. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

600 E 4 St.

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

Plaintiff's
Exhibit 10

**Return Address:** Jeffrey T. Perry
Campbell Perry
LLC
7240 Muirfield Drive
Suite 120
Dublin, OH 43017

**Delivery Address:** Paul Z Myers PhD
Science and Math Division
University of Minnesota Morris
Morris, MN 56267

**Cost Code:**

**Print Date:** July 25, 2016 - 06:56:17 PM
**Mail Date:** July 26, 2016
**User:** jthomasperry
**Weight:** 0 lbs 2 oz
**Refund Type:** E-refund
**Printed Msg:**

| | | |
|---|---|---|
| **Class/Service:** | First Class ® | **$1.15** |
| **Special Services:** | Certified Mail ® | **$3.30** |
| | Electronic Return Receipt | **$1.35** |
| **Insurance:** | N/A | |
| | **TOTAL COST:** | **$5.80** |

**Tracking:** 9414811899563052343995

| Location | Date | Local Time | Description |
|---|---|---|---|
| MORRIS, MN, 56267 | July 29, 2016 | 09:13:00 | Delivered, Left with Individual |
| MORRIS, MN, 56267 | July 29, 2016 | 08:51:00 | Notice Left (No Authorized Recipient Available) |
| MORRIS, MN, 56267 | July 29, 2016 | 08:08:00 | Arrived at Unit |