

Date: August 14, 2016

Jeff Perry:

The following is in response to your August 14, 2016 request for delivery information on your Certified Mail™/RRE item number 9414811899563052318474. The delivery record shows that this item was delivered on August 5, 2016 at 4:04 pm in SAN FRANCISCO, CA 94110. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

Plaintiff's Exhibit 11

USPS Transaction Details  8/14/16, 4:49 PM

| | | |
|---|---|---|
| Return Address: | Jeffrey T. Perry<br>Campbell Perry LLC<br>7240 Muirfield Drive<br>Suite 120<br>Dublin, OH 43017 | Print Date: July 25, 2016 - 06:54:14 PM<br>Mail Date: July 26, 2016<br>User: jthomasperry<br>Weight: 0 lbs 2 oz<br>Refund Type: E-refund<br>Printed Msg: |
| Delivery Address: | [redacted] | |
| Cost Code: | | |

| | | |
|---|---|---|
| Class/Service: | First Class ® | $1.15 |
| Special Services: | Certified Mail ® | $3.30 |
| | Electronic Return Receipt | $1.35 |
| Insurance: | N/A | |
| | **TOTAL COST:** | **$5.80** |

Tracking: 9414811899563052318474

| Location | Date | Local Time | Description |
|---|---|---|---|
| SAN FRANCISCO, CA, 94110 | August 5, 2016 | 16:04:00 | Delivered |
| SAN FRANCISCO, CA, 94110 | July 29, 2016 | 14:30:00 | Notice Left (No Authorized Recipient Available) |
| SAN FRANCISCO, CA, 94188 | July 28, 2016 | 19:30:00 | Departed USPS Destination Facility |

Plaintiff's Exhibit 11

https://or.stamps.com/PostageTools/USPSInfoBox.aspx?postage_id=5531782705&un=1471207438000

Page 1 of 1