
**UNITED STATES POSTAL SERVICE**

Date: August 14, 2016

Jeff Perry:

The following is in response to your August 14, 2016 request for delivery information on your Certified Mail™/RRE item number 9414811899563052314018. The delivery record shows that this item was delivered on July 29, 2016 at 12:12 pm in MINNEAPOLIS, MN 55404. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

2101 11th

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**Plaintiff's Exhibit 12**

| | |
|---|---|
| USPS Transaction Details | 8/14/16, 4:43 PM |

| | | | |
|---|---|---|---|
| **Return Address:** | Jeffrey T. Perry<br>Campbell Perry LLC<br>7240 Muirfield Drive<br>Suite 120<br>Dublin, OH 43017 | **Print Date:**<br>**Mail Date:**<br>**User:**<br>**Weight:**<br>**Refund Type:**<br>**Printed Msg:** | July 25, 2016 - 06:51:34 PM<br>July 26, 2016<br>jthomasperry<br>0 lbs 2 oz<br>E-refund |
| **Delivery Address:** | Stephanie Zvan<br>2101 11th Avenue South<br>Minneapolis, MN 55404-2906 | | |
| **Cost Code:** | | | |

| | | |
|---|---|---|
| **Class/Service:** | First Class ® | $1.15 |
| **Special Services:** | Certified Mail ® | $3.30 |
| | Electronic Return Receipt | $1.35 |
| **Insurance:** | N/A | |
| | **TOTAL COST:** | **$5.80** |

**Tracking:** 9414811899563052314018

| Location | Date | Local Time | Description |
|---|---|---|---|
| MINNEAPOLIS, MN, 55404 | July 29, 2016 | 12:12:00 | Delivered, Left with Individual |
| MINNEAPOLIS, MN, 55401 | July 29, 2016 | 02:02:00 | Departed USPS Destination Facility |
| MINNEAPOLIS, MN, 55401 | July 28, 2016 | 10:51:00 | Arrived at USPS Destination Facility |
| COLUMBUS, OH, 43218 | July 27, 2016 | 21:17:00 | Departed USPS Facility |
| COLUMBUS, OH, 43218 | July 26, 2016 | 20:26:00 | Arrived at USPS Origin Facility |

**Plaintiff's Exhibit 12**