
**UNITED STATES POSTAL SERVICE**

Date: August 16, 2016

Jeff Perry:

The following is in response to your August 16, 2016 request for delivery information on your Certified Mail™/RRE item number 9414811899563052331855. The delivery record shows that this item was delivered on August 8, 2016 at 11:08 am in SPRINGFIELD, MO 65807. The scanned image of the recipient information is provided below.

Signature of Recipient: *[signature]*

Address of Recipient: 710 W GREENWOOD ST

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

Plaintiff's Exhibit 13

|     |     |
| --- | --- |
| **Return Address:** | Jeffrey T. Perry<br>Campbell Perry LLC<br>7240 Muirfield Drive<br>Suite 120<br>Dublin, OH 43017 |
| **Delivery Address:** | Jeffrey Markus<br>Registered Agent<br>Skepticon Inc.<br>710 W. Greenwood St<br>Springfield, MO 65807-3432 |
| **Cost Code:** | |

| | | |
| --- | --- | --- |
| **Print Date:** | July 25, 2016 - 06:49:22 PM | |
| **Mail Date:** | July 26, 2016 | |
| **User:** | jthomasperry | |
| **Weight:** | 0 lbs 2 oz | |
| **Refund Type:** | E-refund | |
| **Printed Msg:** | | |

| | | |
| --- | --- | --- |
| **Class/Service:** | First Class ® | $1.15 |
| **Special Services:** | Certified Mail ® | $3.30 |
| | Electronic Return Receipt | $1.35 |
| **Insurance:** | N/A | |
| | **TOTAL COST:** | **$5.80** |

**Tracking:** 9414811899563052331855

| Location | Date | Local Time | Description |
| --- | --- | --- | --- |
| SPRINGFIELD, MO, 65807 | August 8, 2016 | 11:08:00 | Delivered, Left with Individual |
| SPRINGFIELD, MO, 65801 | August 7, 2016 | 20:39:00 | Arrived at USPS Destination Facility |
| KANSAS CITY, MO, 64121 | August 6, 2016 | 21:24:00 | Arrived at USPS Destination Facility |
| DENVER, CO, 80266 | August 6, 2016 | 04:56:00 | Departed USPS Facility |