

Date: August 16, 2016

Jeff Perry:

The following is in response to your August 16, 2016 request for delivery information on your Certified Mail™/RRE item number 9414811899563052330940. The delivery record shows that this item was delivered on August 2, 2016 at 4:19 pm in SPRINGFIELD, MO 65804. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

3074

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**Plaintiff's Exhibit 14**

| | |
|---|---|
| Return Address: | Jeffrey T. Perry<br>Campbell Perry LLC<br>7240 Muirfield Drive<br>Suite 120<br>Dublin, OH 43017 |
| Delivery Address: | Lauren Lane<br>Skepticon Inc.<br>P.O. Box 3074<br>Springfield, MO 65808-3074 |
| Cost Code: | |

| | |
|---|---|
| Print Date: | July 25, 2016 - 06:47:14 PM |
| Mail Date: | July 26, 2016 |
| User: | jthomasperry |
| Weight: | 0 lbs 2 oz |
| Refund Type: | E-refund |
| Printed Msg: | |

| | | |
|---|---|---|
| Class/Service: | First Class ® | $1.15 |
| Special Services: | Certified Mail ® | $3.30 |
| | Electronic Return Receipt | $1.35 |
| Insurance: | N/A | |
| | **TOTAL COST:** | **$5.80** |

Tracking: 9414811899563052330940

| Location | Date | Local Time | Description |
|---|---|---|---|
| SPRINGFIELD, MO, 65804 | August 2, 2016 | 16:19:00 | Delivered |
| SPRINGFIELD, MO, 65808 | July 30, 2016 | 10:53:00 | Available for Pickup |
| SPRINGFIELD, MO, 65804 | July 30, 2016 | 10:51:00 | Arrived at Unit |
| SPRINGFIELD, MO, 65801 | July 29, 2016 | 23:32:00 | Departed USPS Facility |
| SPRINGFIELD, MO, 65801 | July 29, 2016 | 23:29:00 | Arrived at USPS Destination Facility |