USPS Transaction Details                                                                 8/16/16, 1:28 PM

**Return Address:** Jeffrey T. Perry
Campbell Perry LLC
7240 Muirfield Drive
Suite 120
Dublin, OH 43017

**Delivery Address:** Amy Frank
3411 North 16th Street
Apt. 2040
Phoenix, AZ 85016-7173

**Cost Code:**

**Print Date:** July 05, 2016 - 06:55:54 PM
**Mail Date:** July 06, 2016
**User:** jthomasperry
**Weight:** 0 lbs 1 oz
**Refund Type:** E-refund
**Printed Msg:**

| | | |
|---|---|---|
| **Class/Service:** | First Class ® | $0.94 |
| **Special Services:** | Certified Mail ® | $3.30 |
| **Insurance:** | N/A | |
| | **TOTAL COST:** | $4.24 |

**Tracking:** 9407111899563092215574

| Location | Date | Local Time | Description |
|---|---|---|---|
| PHOENIX, AZ, 85016 | July 9, 2016 | 14:48:00 | Delivered, Left with Individual |
| PHOENIX, AZ, 85043 | July 8, 2016 | 06:26:00 | Arrived at USPS Destination Facility |
| COLUMBUS, OH, 43218 | July 6, 2016 | 22:28:00 | Departed USPS Origin Facility |
| COLUMBUS, OH, 43218 | July 6, 2016 | 20:07:00 | Arrived at USPS Origin Facility |
| DUBLIN, OH, 43017 | July 6, 2016 | 18:52:00 | Accepted at USPS Origin Facility |

**Plaintiff's Exhibit 15**

https://or.stamps.com/PostageTools/USPSInfoBox.aspx?postage_id=5491529363&un=1471368507000                                Page 1 of 1