USPS Transaction Details                                                              8/16/16, 1:28 PM

| | | |
|---|---|---|
| Return Address: | Jeffrey T. Perry<br>Campbell Perry LLC<br>7240 Muirfield Drive<br>Suite 120<br>Dublin, OH 43017 | Print Date: July 05, 2016 - 06:58:22 PM<br>Mail Date: July 06, 2016<br>User: jthomasperry<br>Weight: 0 lbs 1 oz<br>Refund Type: E-refund<br>Printed Msg: |
| Delivery Address: | [redacted] | |
| Cost Code: | | |

| | | |
|---|---|---|
| Class/Service: | First Class ® | $0.94 |
| Special Services: | Certified Mail ® | $3.30 |
| Insurance: | N/A | |

**TOTAL COST:** $4.24

Tracking: 9407111899563092216571

| Location | Date | Local Time | Description |
|---|---|---|---|
| GOODYEAR, AZ, 85338 | July 9, 2016 | 09:23:00 | Delivered |
| PHOENIX, AZ, 85043 | July 8, 2016 | 15:30:00 | Departed USPS Destination Facility |
| PHOENIX, AZ, 85043 | July 8, 2016 | 06:26:00 | Arrived at USPS Destination Facility |
| COLUMBUS, OH, 43218 | July 6, 2016 | 22:28:00 | Departed USPS Origin Facility |
| COLUMBUS, OH, 43218 | July 6, 2016 | 20:07:00 | Arrived at USPS Origin Facility |

Plaintiff's Exhibit 16