**Stephanie Zvan**
2 hrs · Minneapolis, MN · 👥

In case anyone is wondering, I fully stand by my original blog post about the allegations against Richard Carrier. It was and is conservative in its presentation of facts and opinions. I have also since heard from a sixth person, who was subject to his advances after taking actions that should have made it crystal clear to him that she was not interested.

I can only assume that his choosing to blog about this less than a week after having me and others served cease-and-desist letters means that he recognizes those letters for the legally baseless objects of intimidation that they are. That he adopts tactics in that post that he decried when they were used against Karen Stollznow speaks to his integrity in a way that anyone dealing with him should pay close attention to.

Also, for the record, none of the people who have been defending Carrier recently have contacted me at all to find out the details behind that post. If they are relying on the information he presented about that post, they are sadly mistaken in many particulars.

👍😡😮 Miri Mogilevsky and 25 others

👍 Like          💬 Comment          ➡ Share

**Plaintiff's Exhibit 17**

Robert Nekervis added a new photo.