

# Amy Frank Fund

**Share** **Tweet** 247 shares

Amy Frank is a neurobiology student at Arizona State University. Last year, she helped host a campus event, featuring Dr. Richard Carrier. Soon after the event, Amy reported that Dr. Carrier made several romantic and sexual advances toward her. In her own words,

"During the course of the night, Dr. Carrier brought up having sexual relations with my husband and I. He told me that he was disappointed that my husband wouldn't let me just have sex with him, but that'd he'd be willing to have my husband involved. My husband quickly fell asleep after arriving [at a friend's] house. Dr. Carrier kept whispering to me how my husband wasn't awake and wouldn't be for a while (insinuating that he wouldn't know if we did something inappropriate)...He repeatedly pointed out the fact that'd he had a vasectomy and how it much it increased his sexual performance.

Plaintiff's Exhibit 18

**"Dr. Carrier made me feel very uncomfortable. He is very charming so he did not scare me at first, but he got increasingly creepy throughout the night. He is very obsessed with his sex life and has no problem sharing it with students, and trying to involve them in it. I would never feel okay going to another speaking event of his, or being in a private setting with him again. I think it would be unfair to his future female audiences to not say something about his actions. If something happened, I would feel partially at fault for not reporting his behavior."**

In June of this year, Amy Frank decided to publicly break the silence regarding her experience of being sexually harassed. We could not be more proud of her for taking such a brave step and for being an example to women in the same situation.

Unfortunately, following her announcement, Amy learned she was facing a defamation lawsuit for coming forward with her story (view the letter here ). As her friends, we created this campaign to fund her legal defense against the man who harassed her and is now suing her.

It's important that we support women taking a stand against sexual harassment. It is equally important to stand in solidarity with women when they need our help.

We will be bringing a bagged lunch to work and donating the price of lunch ($10) to Amy's defense. We hope you will join us.

If you are unable to donate please share and post this campaign on all of your social media.

Amy should not have to be put under financial strain for voicing her experience. Every bit goes a long way.

Help spread the word!



247 shares on Facebook