

Plaintiff's Exhibit 20