

Plaintiff's Exhibit 21