**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. RICHARD CARRIER<br><br>Plaintiff<br><br>-vs-<br><br>THE ORBIT, *ET AL.*<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.<br><br>Judge:<br><br>**AFFIDAVIT OF DANA CAROL FREDSTI** |

Dana Carol Fredsti being first duly sworn, deposes and states on personal knowledge as follows:

1. Affiant states, I am over the age of eighteen (18) years and I am competent to testify as to all matters set forth herein.
2. Affiant states, my primary occupation is as an author.
3. Affiant states, I have known Dr. Richard Carrier for approximately eleven (11) years.
4. Affiant states, I have been acquainted with Ms. Lauren Lane for approximately eight (8) years. Affiant further states, I first met Ms. Lane, in person, approximately five (5) years ago.
5. Affiant states, I have known ***<redacted>*** for approximately five (5) years.
6. Affiant states, between 2010 and 2012, I was aware of extensive flirtation by and between Ms. Lane and Dr. Carrier who, at the time, was married to another woman, Jennifer. Affiant further states, Jennifer was considerably distressed, having discovered various correspondence between Ms. Lane and her husband.

Plaintiff's
Exhibit 22

7. Affiant states, in November 2011, I attended Skepticon 4, an annual conference in Springfield, Missouri. Affiant further states, Skepticon 4 is where I first met Ms. Lane in person.

8. Affiant states, when I met Ms. Lane, she greeted my boyfriend by wrapping her arms and legs around him, directly in front of me. Affiant further states, when Ms. Lane next greeted Dr. Carrier, she began to jump into his arms as well, but grew self-conscious when she saw his wife Jennifer standing nearby, and sheepishly settled for a more conventional/platonic hug. Affiant further states, Ms. Lane was openly affectionate to Dr. Carrier.

9. Affiant states, while attending Skepticon 4, I spent part of an evening talking with Ms. Lane and ***<redacted>***. Affiant further states, I told Ms. Lane, in no uncertain terms, her conduct was disrespectful of Dr. Carrier's wife and marriage. Affiant further states, Ms. Lane's initial response was indignation.

FURTHER AFFIANT SAYETH NAUGHT.

[signature]

**DANA CAROL FREDSTI**

SWORN TO BEFORE ME and subscribed in my presence this 15 day of August, 2016.

See attached

NOTARY PUBLIC

My Commission Expires: ______________________

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of San Francisco

On 8/15/16 (Date) before me, MA Josephson (Here Insert Name and Title of the Officer),
personally appeared Dara Carol Friedstei (Name(s) of Signer(s))

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

M. A. JOSEPHSON
Commission # 2067579
Notary Public - California
San Francisco County
My Comm. Expires May 22, 2018

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature MA Josephson (Signature of Notary Public)

Place Notary Seal Above

### OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: ______

Document Date: ______ Number of Pages: ______

Signer(s) Other Than Named Above: ______

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ______
☐ Individual
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: ______

Signer Is Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: ______
☐ Individual
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: ______

Signer Is Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5907 Reorder: Call Toll-Free 1-800-876-6827

