**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DR. RICHARD CARRIER<br>Plaintiff<br>-vs-<br>THE ORBIT, ET AL.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No.<br>Judge:<br>**AFFIDAVIT OF DAVID FITZGERALD** |

David Fitzgerald being first duly sworn, deposes and states on personal knowledge as follows:

1. Affiant states, I am over the age of eighteen (18) years and I am competent to testify as to all matters set forth herein.
2. Affiant states, my primary occupation is as a writer and national public speaker.
3. Affiant states, I have known Dr. Richard Carrier for approximately twelve (12) years.
4. Affiant states, I have known Ms. Lauren Lane for approximately six (6) years.
5. Affiant states, between 2010 and 2012, my wife Dana and I witnessed extensive flirtation by and between Ms. Lane and Dr. Carrier who, at the time, was married to another woman. Affiant further states, in 2011 I learned that Dr. Carrier accompanied Ms. Lane and her father to a museum.
6. Affiant states, in or around late 2011, my wife Dana grew concerned that Ms. Lane's seduction had become inappropriate, and encroached upon Dr. Carrier's marriage. Affiant states, my wife Dana had a discussion with both Ms. Lane and <redacted>, and urged consideration for Dr. Carrier's wife and for their marriage.

Plaintiff's Exhibit 23

7. Affiant states, in November 2012, I was an official speaker at Skepticon 5, an annual conference in Springfield, Missouri. Affiant states, Dr. Carrier and I shared a hotel room for the duration of the conference.

8. Affiant states, while attending Skepticon 5, I spent an evening socializing with Dr. Carrier, Ms. Lane, and <redacted>. Affiant further states, throughout the evening, Ms. Lane flirted openly with Dr. Carrier, who reciprocated in kind. Affiant further states, after cocktails and conversation in the hotel lobby, the four of us shared an elevator upstairs.

9. Affiant states, initially, Dr. Carrier and I said 'good night' to Ms. Lane and <redacted>, then parted ways for the evening. Affiant further states, soon after walking away, Ms. Lane and <redacted> turned and walked back to Dr. Carrier and I, just outside our hotel room door.

10. Affiant states, Ms. Lane and <redacted> entered our hotel room wherein Ms. Lane initiated consensual sex with Dr. Carrier, and <redacted> initiated consensual sex with me.

11. Affiant states, the following evening, Ms. Lane said to me that she intended to have sex with Dr. Carrier again.

12. Affiant states, at all times the foregoing was consensual and mutual.

13. Affiant states, I have no personal knowledge whatsoever that Dr. Carrier has ever sexually harassed another person, least of all Ms. Lane.

14. Affiant states, in or around the Spring of 2013, Dr. Carrier ended the affair with Ms. Lane. Affiant further states, in or around the Fall of 2013, Dr. Carrier confessed infidelity to his wife.

15. Affiant states, after ending the affair with Ms. Lane, Dr. Carrier said to me that Ms. Lane had become 'clingy,' and was trying to supplant his wife.

16. Affiant states, for an extended period thereafter, Ms. Lane remained infatuated with Dr. Carrier, and personally communicated as much to me.

FURTHER AFFIANT SAYETH NAUGHT.

______________________________
**DAVID FITZGERALD**

SWORN TO BEFORE ME and subscribed in my presence this 15 day of August, 2016.

See attached

______________________________
NOTARY PUBLIC

My Commission Expires: ______________________________

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of San Francisco

On 8/15/16 before me, M A Josephson, Here Insert Name and Title of the Officer

personally appeared David Fitzgerald, Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature M A Josephson
Signature of Notary Public

M. A. JOSEPHSON
Commission # 2067579
Notary Public - California
San Francisco County
My Comm. Expires May 22, 2018

Place Notary Seal Above

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: ______

Document Date: ______ Number of Pages: ______

Signer(s) Other Than Named Above: ______

### Capacity(ies) Claimed by Signer(s)

Signer's Name: ______
- ☐ Individual
- ☐ Corporate Officer — Title(s): ______
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: ______

Signer Is Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: ______
- ☐ Individual
- ☐ Corporate Officer — Title(s): ______
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: ______

Signer Is Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5907 Reorder: Call Toll-Free 1-800-876-6827