# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DR. RICHARD CARRIER

    Plaintiff

-vs-

THE ORBIT, *ET AL.*

    Defendants

Case No.

Judge:

**AFFIDAVIT OF SPENCER HAWKINS**

Spencer Hawkins being first duly sworn, deposes and states on personal knowledge as follows:

1. Affiant states, I am over the age of eighteen (18) years and I am competent to testify as to all matters set forth herein.
2. Affiant states, I am currently a full time student.
3. Affiant states, I have known Dr. Richard Carrier for approximately two (2) years.
4. Affiant states, I have known Ms. Amy Frank-Skiba for approximately two (2) years.
5. Affiant states, in April 2015, I attended an affiliate meeting of the Arizona State University (ASU) Secular Student Alliance (SSA), where Dr. Carrier was the invited speaker.
6. Affiant states, following the SSA affiliate meeting, a large group of attendees, myself included, went to the Salut Kitchen Bar in Tempe, Arizona. Affiant further states, Dr. Carrier and Ms. Frank-Skiba were among the group.
7. Affiant states, later the same evening, I went to the Blasted Barley Beer Company in Tempe, Arizona. Affiant further states, Dr. Carrier and Ms. Frank-Skiba were among

Plaintiff's Exhibit 24

the group. Affiant further states, I stayed until the bar closed for the night, as did Dr. Carrier and Ms. Frank-Skiba.

8. Affiant states, after the bar closed for the night, a group of people, myself included, retired to the home of Mr. Forrest Schreick, who hosted Dr. Carrier during his visit from California. Affiant further states, Ms. Frank-Skiba and her husband, Phillip Skiba, were among the group.

9. Affiant states, for the next couple of hours, the group talked over drinks in Mr. Schreick's kitchen.

10. Affiant states, Phillip Skiba became especially inebriated and passed out in Mr. Schreick's dining room. Affiant further states, from time to time, Ms. Frank-Skiba went to the dining room to check on her husband.

11. Affiant states, while at Mr. Schreick's home, the group mingled intermittently in the back yard, kitchen, and in the dining room and living room, both adjacent and open to the kitchen area.

12. Affiant states, I recall a group conversation that turned sexual in nature, though not vulgar or offensive. Affiant further states, I recall Dr. Carrier mentioned having undergone a vasectomy, commenting that he now enjoys better stamina during sex.

13. Affiant states, for much of the time, Ms. Frank-Skiba remained in the kitchen, socializing with the group. Affiant further states, for much of the time, Dr. Carrier sat at the end of a kitchen table, surrounded by other guests.

14. Affiant further states, near the end of the night, while in the kitchen and among the group, Mr. Eric Moss became physically affectionate and provocative with Ms. Frank-Skiba. Affiant further states, because Ms. Frank-Skiba's husband was asleep in

the dining room, I was initially surprised to see Mr. Moss touching her in a suggestive manner. Affiant further states, Ms. Frank-Skiba, however, smiled, appeared cheerful, and otherwise welcomed the attention.

15. Affiant states, at the end of the night, I retired to the living room, where I slept on a couch until morning.

16. Affiant states, I did not see any physical contact between Dr. Carrier and Ms. Frank-Skiba. Affiant further states, for the entirety of the evening, all of Dr. Carrier's and Ms. Frank-Skiba's interactions that I saw were at a group level, and at all times friendly and mutual.

17. Affiant states, I have no personal knowledge whatsoever that Dr. Carrier has ever sexually harassed or sexually assaulted another person, certainly not Ms. Frank-Skiba.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SPENCER HAWKINS

SWORN TO BEFORE ME and subscribed in my presence this 12 day of August, 2016.

[Notary Seal: Cameron D. Clemente, Notary Public, Pima County, Arizona, My Comm. Expires 07-19-18]

_____
NOTARY PUBLIC

My Commission Expires: 07/19/2018

3