From: Lauren Lane <lane722@gmail.com>
Subject: Odd Request...
Date: February 16, 2010 at 10:07:51 PM EST
To: Richard Carrier <rcarrier@infidels.org>

RICK!

Hello! It is me! You're (arguably) most favorite person in the Midwestia region-Lauren!

I have an odd request-I am applying for grad school and think it would be both hilarious and so FREAKING awesome if you would do me the honor of writing me a recommendation letter for it. I am going to pursue a degree in Nonprofit Administration and kicking ass, in case you were wondering.

So, what do you think? Can you? Will you? Pleeassee? I can offer you booze! Drugs! Sex! Surely there must be something you would like in exchange for your good word, sir. If not, then I humbly offer my undying gratitude.

Thank you for your time, I hope that you are doing well and are looking forward to Skepticon III!

-Lauren Lane
(You're #1 Super Fan!)


From: Richard Carrier <rcarrier@infidels.org>
Subject: Re: Rec Letter for CFI for Lauren Lane
Date: April 14, 2010 at 8:59:53 PM EDT
To: Lauren Lane <lane722@gmail.com>

Silly girl. You are way too cute to forget. You make me pine for my youth. Of course I know who you are! :-)

I was fuzzy on your last name only because I'm getting senile. Lois Lane's hot sister, the one Superman secretly desires. Got it.

If you know the specific responsibilities you'll be asked to take on at CFI, let me know and I can spin things the right way. And if they state any specific requirements for letters of recommendation, send those, too. I'll get a letter out to you as PDF by end of Friday.

P.S. as my reward I expect you to dye your hair sexy black for me, er, I mean for Skepticon. (Oh wait, is that sexual harassment? Oh, no, no. I'm sure I can come up with a legitimate reason for it. Just let me think on it a whole weekend with a bottle of Glenlivet.)

Plaintiff's Affidavit Exhibit 1

;-)

On Apr 14, 2010, at 12:19 PM, Lauren Lane wrote:

Rick,

Hey there! My full name is Lauren Lane, although many people know me as 'the girl with the microphone' from Skepticon. Anyways, the important things that I did for Skepticon are:

Funding/fundraising
Stage Managed (can handle multiple tasks at one time-with piratey grace and style)
Lecturer wrangler/handler
Organized the bar night
Made the brochure/map to the bar
Helped sell all of your books! (sales)
Thank you so much for writing this for me! I look forward to seeing you at Skepticon III- we are totally making 'Team Carrier' buttons. Be prepared for awesome!

-Lauren Lane


--
Richard C. Carrier, Ph.D.
http://www.richardcarrier.info


From: Lauren Lane <lane722@gmail.com>
Subject: Re: Rec Letter for CFI for Lauren Lane
Date: April 14, 2010 at 9:22:18 PM EDT
To: Richard Carrier <rcarrier@infidels.org>

Yay! You always make me smile. :) Jt was pretty much egging me on to call and ask you but I balked because 1) I didn't have your phone number and 2) you are pretty much THE nerd hotness so I was all redfaced like a schoolgirl.

Aaanyways, the outline for the CFI internship can be found here. A useful excerpt:

"The interns will be trained in campus organizing and outreach, event management, and other skills useful in non-profit advocacy work. Specific projects depend on the skills and experience of the interns but may include:

developing new online campus organizing resources, producing and editing audio and video materials, and designing CFI On Campus promotional materials."

They don't specifically ask for letters of recommendation, but I figure that it sure as hell shouldn't hurt my chances, either. Plus, if I go there I am going to spread the news that you are awesome times five million (which sure is a lot of awesome). It's really a win/win that way, right?

And, you know, IF I dye my hair black for you...I think that really DOES make me your #1 Super Fan, so does that mean I get special privileges?. And you know I would totally do it if there was going to be sexual harassment involved. However, you know it's not harassment if the other party enjoys it, right?

So...that is a definite maybe on the hair dying. I mean, you only get one favor, so are you sure that's the one you want? (Insert pirate sex joke here)

Have a good one, Sir, and thanks again for writing a letter for me, you rule!

-Lauren


From: Richard Carrier <rcarrier@infidels.org>
Subject: Re: Rec Letter for CFI for Lauren Lane
Date: April 14, 2010 at 9:50:35 PM EDT
To: Lauren Lane <lane722@gmail.com>


On Apr 14, 2010, at 6:22 PM, Lauren Lane wrote:

And, you know, IF I dye my hair black for you...I think that really DOES make me your #1 Super Fan, so does that mean I get special privileges?


You have but to ask.


And yes, it would definitely make you my #1 superfan, no bullshit about that.

Just don't tattoo my name on your ass. I might have a hard time explaining that.

I mean, you only get one favor, so are you sure that's the one you want? (Insert pirate sex joke here)

A better one I don't think you'd give me.

So, yes. ;-)

(Though I have to ask...what's a *pirate* sex joke? Are there many of those? Might you write a book full of them? Lauren's Guide to Pirate Sex Jokes. You do know that might sell?)

--
Richard C. Carrier, Ph.D.
http://www.richardcarrier.info


From: Lauren Lane <lane722@gmail.com>
Subject: Re: Rec Letter for CFI for Lauren Lane
Date: April 15, 2010 at 10:59:10 AM EDT
To: Richard Carrier <rcarrier@infidels.org>

Ooh! I think I need some time to think about the special privileges that I would like. Are there any guidelines I should know about? :)

Rest assured, though, I am not going to be tattooing your name on my ass anytime ever. Unless of course you went with me and got my name on your ass, too.

You don't think I'd give you a better favor? I would have to say that I am rather curious as to these secret desires of yours. After all, nothing ventured, nothing gained, as they say. So go ahead and try me.

And here are some pirate sex jokes for you to pass the time:

What`s a pirate`s favorite companion? Hooker.

How does a pirate greet a prostitute? Yo Ho.

What`s is called when a pirate seeks treasure? Booty call.

What's a pirate's worst nightmare? A sunken chest with no booty.

And, of course, there's always pirate pick-up lines. Arrrr ya free Saturday night? Me skull and crossbones arn't the only thing I plan on raisin' tonight. Ya certainly put a shiver in me timber!

Being the head of a piratey organization certainly familiarizes you with the pirate jokes, that's for sure.

YARR!

-Lauren



From: Lauren Lane <lane722@gmail.com>
Subject: HEY!
Date: October 25, 2011 at 10:41:13 PM EDT
To: Richard Carrier <rcarrier@infidels.org>

Rick,

Skepticon is fast approaching so I thought that I would send out the first of many flirty e-mails to precede the event, after all I am a single lady this year ;)

I trust that the year has treated you well and that you've mostly kept out of trouble, or at least pretended to do so. Any chance we can finally consummate our years long flirtations? I would say ask your wife for permission, but I'm pretty sure she hates me still.

Also, any chance I could pick your brain about ancient history sometime? My work seems to be taking a idolatry/myth turn this semester and I hear you have all of the knowledges or something like that.

Yours,

Lauren

From: Lauren Lane <lane722@gmail.com>
Subject: Re: HEY!
Date: October 26, 2011 2:09:20 PM PDT
To: Richard Carrier <rcarrier@infidels.org>

Tell her not to be threatened and that I just need to borrow you for an hour! Or two! Or five! Million! Really, she has no reason to be worried as all we would do is hold hands and read the bible anyhow.

Know any cool shit about mythology? Particularly goddesses and their symbols and the kinds of costume that they wore. Anything you have to offer on that front would be more than helpful. I guess I am just hoping that there is some sort of rhyme or reason as to how symbols were chosen for gods.

Also, do you think I'm pretty?

:D

-Lauren


From: Richard Carrier <rcarrier@infidels.org>
Subject: Re: HEY!
Date: October 27, 2011 at 12:59:46 PM EDT
To: Lauren Lane <lane722@gmail.com>


On Oct 26, 2011, at 2:09 PM, Lauren Lane wrote:

Tell her not to be threatened and that I just need to borrow you for an hour! Or two! Or five! Million!

Two.

(That way I could get in four or five good goes before collapsing from exhaustion.)

Really, she has no reason to be worried as all we would do is hold hands and read the bible anyhow.

Oh damn it. I was hoping at least for a blow job. And I was even going to return the favor! Oh well.

(You know, technically the bible doesn't anywhere prohibit mutual extramarital oral sex. And I do hear tell all you good Christian girls find that fact persuasive.)

> Know any cool shit about mythology? Particularly goddesses and their symbols and the kinds of costume that they wore. Anything you have to offer on that front would be more than helpful. I guess I am just hoping that there is some sort of rhyme or reason as to how symbols were chosen for gods.

Depends on region and era. With those specifics I could direct you to some good references. But my field is not in iconography or archaeology of dress.

I do know there is a lot of debate on the meaning of goddess symbolism (usually someone seeing a vagina everywhere, while others accuse them of seeing vaginas everywhere).

Really, the naked breasts are usually emphasized, as symbols of fertility and the bearing and rearing of new life (and as the most prominent anatomical feature distinguishing women from men, and that literally produce food; plus men love looking at them, more than vaginas even—and of course it was usually men cutting and ogling these statues). Beyond that, there is tremendous diversity and I doubt any common through-line.

Do a Google Images search for "priestess crete" for one of my favorites. Some of the pages for those surviving icons might discuss the imagery and its possible meaning, such as the skirts and snakes and other odd things (these priestesses would likely be embodying the goddess and thus their dress would resemble how the goddess was imagined). This was c. 1300 BC and thus long before the Greco-Roman period, but it is a proto-Greek culture.

For a very different take on the breasts theme, do a Google Images search for "cybele breasts" to see the Roman-era statues literally covered with tits. As well as all kinds of weird creepy animal parts (whatever that's about). And then to see how strong this theme is, do Google Images searches for "Venus of Willendorf" (that's 40,000 years ago) and "lajja gauri" (Hindu sky goddess; note that later Hindi iconography trended massively conservative and anti-sex, whereas ancient iconography was graphic) and "goddess tara" (a Chinese goddess with breasts exposed). The Roman Venus and Greek Aphrodite are similar.

But not all goddesses conform to this model. Many were "chaste" or "matronly"; examples can be found in all cultures for which we have a lot of goddess iconography. Google Images search "roman goddesses statues ancient" and look through the variety, and that's just the one culture. Google "ancient Artemis" for my favorite in the "chaste" category (Artemis was an ass-kicking virgin; she's the Roman version of Athena). I would suggest that the various goddesses represent the ideal fantasy types that men

assigned to women (so ideal virgins are found along with sex pots and ideal moms, with proper matronly gowns or dozens of breasts), but I could be wrong. There is no doubt a lot of literature exploring this and other theories.

Also, do you think I'm pretty?

And witty and gay. Who can that attractive girl be? Such a pretty face. Such a pretty dress. Such a pretty smile. Yadayada.

(Oh wait, that story ends with me getting shot ... )

--
Richard C. Carrier, Ph.D.
http://www.richardcarrier.info


**From:** Lauren Lane <lane722@gmail.com>
**Subject:** Re: HEY!
**Date:** October 28, 2011 1:48:37 PM PDT
**To:** Richard Carrier <rcarrier@infidels.org>

Four or five goes in two hours? ...I have only dated assholes, none of them have been that awesome! And by "holding hands and reading the bible" what I really meant was "doing the nasty." If you expect blowjobs I demand to be serviced first just so you know. Also-I like to have my nipples played with for future reference.

Thank you so much for the information! You have been most helpful indeed.

Now all the information I need to know is when we're gonna get some alone time already.

-Lauren

From: Lauren Lane <lane722@gmail.com>
Subject: Hey
Date: November 18, 2013 at 3:43:15 PM EST
To: Richard Carrier <rcarrier@infidels.org>

Thanks for talking with me last night. It was pretty damned cathartic to say fuck you to your face...to which I should also say thank you for handling so well. While I still have some things to sort through after a shitty and weird year I feel a lot better about everything and think you do, too.

Maybe we can be friends again some day but it's not something I want right now.

Good luck with everything. Remember to communicate and shit.

Fuck you,
Lauren"


From: Lauren Lane <lane722@gmail.com>
Subject: Skepticon 7
Date: March 3, 2014 at 10:18:47 PM EST
To: Richard Carrier <rcarrier@infidels.org>

Rick,

We have nailed down a date for Skepticon 7 and wanted to extend an invite to you to rock it with us again the the lovely town of Springfield, MO. Are you available the weekend of Nov. 22nd?

Hope you're doing amazingly amazing!

-Lauren"


From: Lauren Lane <lane722@gmail.com>
Subject: Re: Skepticon Plans?
Date: June 26, 2014 at 7:31:02 AM EDT
To: Richard Carrier <rcarrier@infidels.org>
Cc: Rebekah Elder <rebekah@skepticon.org>

Rick,

It has been after much consideration that that team and I have decided to not invite you to speak this year. I know that his may look like a slight or something, but we're really trying to make Skepticon the best it can be and really diversify and give new life to the lineup, which sadly means saying no to some of our returning speakers.

We hope that you understand and will still support Skepticon. You are more than welcome to attend Skepticon as an attendee and host your workshop if you'd like.

Thank you,

Lauren and the Skepticon Team