THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DR. RICHARD CARRIER,** | : | Case No. 2:16-cv-00906-MHW-EPD |
| Plaintiff, | : | Judge Michael H. Watson |
| v. | : | |
| **FREETHOUGHTBLOGS NETWORK, PAUL Z. MYERS, PH.D., THE ORBIT, STEPHANIE ZVAN, SKEPTICON, INC., LAUREN LANE, and AMY FRANK-SKIBA,** | : | |
| Defendants. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARC J. RANDAZZA AND D. GILL SPERLEIN AS COUNSEL FOR DEFENDANTS

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Jeffrey M. Nye, trial attorney for defendants FreethoughtBlogs Network, Paul Z. Myers, Ph.D., The Orbit, Stephanie Zvan, Skepticon, Inc., Lauren Lane, and Amy Frank-Skiba, hereby moves the court to admit Marc J. Randazza and D. Gill Sperlein, *pro hac vice* to appear and participate as counsel or co-counsel in this case for all defendants.

*Marc J. Randazza*

The undersigned represents that Marc J. Randazza is a member in good standing of the highest court of Nevada, as attested by the accompanying certificate from that court, and that he is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee, and Randazza understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

1

Randazza's relevant identifying information is as follows:

    Business telephone:    (702) 420-2001

    Business fax:    (305) 437-7662

    Business address:    4035 S. El Capitan Way, Las Vegas, Nevada 89147

    Business e-mail address:  ecf@randazza.com

### *D. Gill Sperlein*

The undersigned represents that D. Gill Sperlein is a member in good standing of the highest court of California, as attested by the accompanying certificate from that court, and that he is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee, and Sperlein understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Sperlein's relevant identifying information is as follows:

    Business telephone:    (702) 420-2001

    Business fax:    (305) 437-7662

    Business address:    345 Grove Street, San Francisco, California 94102

    Business e-mail address:  ecf@randazza.com

Dated this 17th day of November, 2016.

Respectfully submitted,

/s/ Jeffrey M. Nye
Jeffrey M. Nye (0082247)
STAGNARO, SABA & PATTERSON CO. L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6714
(513) 533-6711-facsimile

*Attorney for Freethoughtblogs Network, Paul Z. Myers, Ph.D., The Orbit, Stephanie Zvan, Skepticon, Inc., Lauren Lane, and Amy Frank-Skiba*

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a true and accurate copy of the foregoing was served upon all parties via CM/ECF on November 18, 2016.

                                          /s/ Jeffrey M. Nye
                                          Jeffrey M. Nye (0082247)