# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DR. RICHARD CARRIER.,**

    **Plaintiff,**

    v.

    Civil Action 2:16-cv-906
    Judge Michael H. Watson
    Magistrate Judge Elizabeth P. Deavers

**FREETHOUGHTBLOGS NETWORK,** *et al.*,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the Motion for Admission *Pro Hac Vice* of Marc J. Randazza and D. Gill Sperlein.  (ECF No. 7.)  For good cause shown, the Motion for Admission *Pro Hac Vice* of Marc J. Randazza is **GRANTED**, conditional upon registration for electronic filing with this Court, or seeking leave to be excused from doing so, within fourteen (14) days of date of this Order.

The Motion is **DENIED WITHOUT PREJUDICE**, however, for D. Gill Sperlein because he provided a certificate from the California State Bar rather than from the Supreme Court of California, which is the highest court in California.  *See* S.D. Ohio Civ. R. 83.3(e) (requiring an attorney applying to appear *pro hac vice* to provide a "certificate of good standing from the *highest court of a State* . . . .").

    **IT IS SO ORDERED.**

Date: November 21, 2016          /s/ *Elizabeth A. Preston Deavers*
                                                               ELIZABETH A. PRESTON DEAVERS
                                                               UNITED STATES MAGISTRATE JUDGE