# **EXHIBIT 3**

Frank-Skiba Declaration

DocuSign Envelope ID: 6DC57BDE-01C5-4C6E-B600-A78573C3BB39

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DR. RICHARD CARRIER,** | : | Case No. 2:16-cv-00906-MHW-EPD |
| Plaintiff, | : | Judge Michael H. Watson |
| v. | : | |
| **FREETHOUGHTBLOGS NETWORK, PAUL Z. MYERS, PH.D., THE ORBIT, STEPHANIE ZVAN, SKEPTICON, INC., LAUREN LANE, and AMY FRANK-SKIBA,** | : | |
| Defendants. | : | |

## DECLARATION OF AMY FRANK-SKIBA

I, Amy Frank-Skiba declare:

1. I am over 18 years of age and have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2. I have never lived or worked in Ohio. I have never sued anyone in any court in Ohio.

3. I have never owned a checking account or paid taxes in Ohio.

4. I have only visited Ohio several times as a minor, briefly in 2010, and again in 2015 for a weekend conference.

5. At the time, I published the Facebook post at issue in this action, I believed Defendant Richard Carrier was living in the state of California.

6. I did not learn Carrier was living in Ohio until June 15, 2016.

7. The Secular Student Alliance incident Stephanie Zvan refers to in paragraph 17(b) of her declaration took place in Tempe, Arizona.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/1/2016

*Amy Frank-Skiba*
—7A19B25A0B93481...

Amy Frank-Skiba