# **EXHIBIT 5**

Hammond Declaration

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DR. RICHARD CARRIER,** | : | Case No. 2:16-cv-00906-MHW-EPD |
| Plaintiff, | : | Judge Michael H. Watson |
| v. | : | |
| **FREETHOUGHTBLOGS NETWORK, PAUL Z. MYERS, PH.D., THE ORBIT, STEPHANIE ZVAN, SKEPTICON, INC., LAUREN LANE, and AMY FRANK-SKIBA,** | : | |
| Defendants. | : | |

### DECLARATION OF REBECCA HAMMOND

I, Rebecca Hammond declare:

1. I am over 18 years of age and have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2. I am on the Board of Directors and am the Secretary/Treasurer for Skepticon, Inc.

3. Skepticon is a nonprofit corporation exempt from taxation under 26 U.S.C. § 501(c)(3). Skepticon is incorporated in the State of Missouri and has its principal place of business in the city of Springfield.

4. Skepticon, Inc. does not engage in any business in Ohio. It does not pay taxes in Ohio. It does not have any bank accounts in Ohio. It owns no real estate in Ohio.

5. Skepticon operates a website at the domain <skepticon.org>. The focus of skepticon.org is to provide information.

6. Through the website, individuals can register for the annual Skepticon conference which Skepticon holds in Springfield, Missouri. There is no fee to attend. The only thing Skepticon sells through the skepticon.org website are shirts and that is limited to 15 to 40 per

1

year. The link on the website redirects to shopify.com which does the payment processing and order fulfilment. Individuals can also make donations to Skepticon through the website.

7. From 2013 through 2016 approximately 80 individuals from Ohio attended Skepticon out of a total of 3,737 attendees or approximately 2%. During those same years Skepticon sold approximately nine shirts to residents of Ohio.

8. During the years Dr. Carrier spoke at Skepticon conferences the organization collected money from Dr. Carrier's book sales at the conference and forwarded those funds to Dr. Carrier in California. I obtained a copy of an email between Dr. Carrier and a Skepticon volunteer demonstrates that the organization sent funds to Dr. Carrier in California. This e-mail is part of Skepticon's corporate records. A true and correct copy of that e-mail is attached hereto as **EXHIBIT A**.

9. I have also attached an invoice from Skepticon to Richard Carrier identifying his address in Richmond, California. This invoice is also part of Skepticon's corporate records. **EXHIBIT B**.

10. As an institution, Skepticon has not communicated with Dr. Carrier since 2014 except for receiving his donation and registration for Skepticon 8 in 2015. Neither of those communications contained his address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 11/30/2016

*Rebecca Hammond*
C23FE0208EB2426...

Rebecca Hammond,
Director/Secretary/Treasurer
Skepticon, Inc.

# *<u>EXHIBIT A</u>*

Email

From: **Rebekah Elder** <rebekah@skepticon.org>
Date: Tue, Nov 22, 2016 at 8:00 AM
Subject: Fwd: Skepticon Inventory
To: Rebecca Hammond <rebecca@skepticon.org>


---------- Forwarded message ----------
From: **Rebekah Elder** <rebekah@skepticon.org>
Date: Thu, May 8, 2014 at 9:04 PM
Subject: Re: Skepticon Inventory
To: Richard Carrier <rcarrier@infidels.org>, Lauren Lane <lane722@gmail.com>


Richard,
Thanks for your patience with us while I took another count. After reviewing over invoices and the physical copies of the books in our possession I've reached several conclusions. Firstly, the final book count as of 5/8/14 is as follows:

Why I am not a Christian: 32
Sense and Goodness Without God: 66
Proving History: 15 (initially, one of the books was not stored with the others)
Not the Impossible Faith: 0

Secondly, the reason why I initially stated that Skepticon owned some of the books, specifically "Proving History", is because I have an invoice, receipt of payment, and copy of the Skepticon check paid to Prometheus Books for the original 40 units on sale at Skepticon 5. I have attached these documents in a .pdf for your viewing. The email exchanges were all between yourself, Floyd, and Jeff. If you need me to forward any of them for your review, please let me know, but I have included dates so they should be easy to locate.

My understanding of the merchandise transactions since 2012 for all of your books is based off of our internal documents, receipts, and email chains since you were unable to provide the invoices from your own accounts. My research is as follows:

*- We sent sent 59 units of "Why I Am Not a Christian" to Prometheus Books by accident (per email of December 12, 2011) but that seems to be resolved in the unit count as of 2014.*

*- The math for "Sense and Goodness Without God" seems to be caused by the specific dates of each count and some possible miscommunication. Floyd quoted via email that we had 69 units of Sense and Goodness as of August 18, 2013 and that we had sold 8 the year prior. We sold 3 more at SK6, bringing the total to 66. Your count appears to have subtracted those 8 sold at Skepticon FIVE from the Skepticon SIX inventory, bringing the number down by 8 twice. I was unable to find an accurate count from Skepticon 4 so I can do nothing more than hypothesize why our count and your count*

*vary.*

*- As of August 20,2013 your count for "Proving History" was at 28 units. Those were the 28 units that you had sent to Skepticon at that point in time. We had 8 books already in our ossession. Those were the aforementioned units that Skepticon owned, so they were never remanded back to Prometheus Books as was previously communicated to you by Jeff. The current 15 units are those that remain of your 28 books.*

*-On 12/29/13 Jeff wrote a check to Prometheus Books ($307.20 #1619) for our copies, and sent you a check ($388.35 #1618) for what he determined to be the correct amount for sales on your copies.* On *January 6, 2013, Jeff did another accounting on the books at your behest and sent you a check (dated 1/8/13, $384.22 #1620) for the sales on the units that we actually owned. While I agree that he did need to inform you of additional book sales, I do not agree with his decision to pay an additional $384.22. As you can see in the following chart, we sent you $25 for taxi + $747.57 for books. The correct amount for the books you owned would have been $445.87.*

| Title | Starting Stock | Amount Sold | Amt Gifted | Ending Amt | Price | Total Income | Prometheus price to us | Total to Prometheus | Richard Charges | Total to Richard | CC Charge | CC charge / order | # of CC purchases | Total Fee | Total to Richard after CC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Proving History | 40 | 32 | 0 | 8 | 25 | 800 | 15.4 | 492.8 | 9.6 | 307.2 | 2.75 | 0.6875 | 8 | 5.5 | 301.7 |
| Why I am not a Christian | 58 | 9 | 1 | 48 | 10 | 90 | 0 | 0 | 10 | 90 | 2.75 | 0.275 | 3 | 0.825 | 89.175 |
| Sense and Goodness | 77 | 8 | 0 | 69 | 20 | 160 | 0 | 0 | 20 | 160 | 2.75 | 0.55 | 2 | 1.1 | 158.9 |
| Not the Impossible Faith | 10 | 10 | 0 | 0 | 20 | 200 | 0 | 0 | 20 | 200 | 2.75 | 0.55 | 4 | 2.2 | 197.8 |
| Total | 185 | 59 | 1 | 125 | 75 | 1250 | 15.4 | 492.8 | 59.6 | 757.2 | 11 | 2.0625 | 17 | 9.625 | 747.575 |

Finally, there has been enough miscommunication and poor record keeping on both sides that the Skepticon Team has decided to take action and reevaluate the way we handle our speaker merchandise. We are operated entirely via unpaid volunteers and occasionally the right hand does not know what the left hand is doing. To this end, we have created a new Merchandise Policy which you can view here: http://skepticon.org/policy/

The summary of the policy is that we are no longer going to store merchandise between events.

Because we are in possession of your books and you are inadvertently in possession of our donor's money, we have decided the most fair way for both parties to resolve this will be to ship the books back to you at our expense and invoice you for the $301.70 that you were accidentally sent on sales for units of Proving History that Skepticon owned.

As I'd mentioned a few days ago, this time of year is fairly tight financially for Skepticon because it's "so far away" that most people don't feel a need to donate. The $301.70 is crucial to our operating costs, and would have been given to us exclusively by donors in good faith in 2013. We will ship 32 units of "Why I am not a Christian", 66 units of "Sense and Goodness Without God" and 15 units of "Proving History" to you at 936 Wilson Ave. Richmond CA 94805-1351 as soon as possible. Please remit payment of $301.70 to Skepticon at 710 W. Greenwood, Springfield, MO 65807.

We appreciate your help getting this resolved quickly so we can move forward.

Thanks,
Rebekah

# *EXHIBIT B*

Invoice

# SKEPTICON, INC

710 W Greenwood
Springfield, MO 65807

info@skepticon.org
rebekah@skepticon.org

# INVOICE

13-May-2014
Invoice #2334889

**Att: Dr. Richard Carrier**
**Skepticon Merchandise Reconciliation**

Dear Dr. Richard Carrier,

Please find below an updated invoice for the books currently in Skepticon's inventory. Per our email, we are renegotiating to a $0.00 balance for 15 units of Proving History. We have agreed to bill only for $100.00 in shipping and $50.00 in labor. Any shipping costs for labor, materials, shipping, and insurance over the amount of $150.00 will be paid by Skepticon at the time of shipping. An additional $100.00 is added for various shipping and credit card expenses for the prior year.

Many thanks,
Rebekah
Skepticon Organizer

| # | Item Description | Quantity | Unit price ($) | Total ($) |
|---|---|---|---|---|
| 1 | Invoice #2334889 Total for Proving History | 1 | 301.70 | 301.70 |
| 2 | Renegotiated invoice amount | 1 | -301.70 | -301.70 |
| 3 | Shipping & Handling | 1 | 150.00 | 150.00 |
| 4 | Sundry expenses for 2013 Fiscal Year | 1 | 100.00 | 100.00 |
| 5 | | | | - |
| 6 | | | | - |
| 7 | | | | - |
| 8 | | | | - |
| **Subtotal** | | | | 250.00 |
| **Sales Tax (0%)** | | | | 0.00 |
| **Total** | | | | 250.00 |

Please make payment at your earliest convenience, and do not hesitate to contact me with any questions. Payment terms: to be received within 30 days. On receipt of a check or money order for $250.00 we will ship the following units:

Why I am not a Christian: 32
Sense and Goodness Without God: 66
Proving History: 15

To:
Richard Carrier
936 Wilson Ave.
Richmond, CA 94805-1351

*paid in full
check #1715 received
$250.00
6/2/14
Rebekah*