# **EXHIBIT 8**

Serpify Webpage

×

## JOIN SERPIFY.ME



×

## Crowdsourcing



The Serpify traffic exchange network leverages the power of cloud delegated crowdsourcing. This is especially beneficial in a traffic exchange because it enables the server to delegate the tasks, ensuring a natural spread of traffic from real IP addresses across our entire network. This means the same IP will never search the same keyword and find the same website two times in a row.

Serpifys' cloud server works via a proprietary API, allowing all the clients on the network to communicate with the server through a connection secured by SSL. The server manages the list of pending tasks and delegates accordingly across the network. This feature alone is not an "industry first," but the way our traffic network works certainly is. When we were developing Serpify, we were trying to develop a traffic exchange that could actually benefit search engine rankings and not raise any red flags in the Analytics metrics. Serpify does just that.

×

## Search, Visit & Browse



Serpify was designed to outperform every other traffic network in the history of the internet, not in quantity of traffic, but in quality. When it comes to internet marketing, specifically search engine optimization, it's important you understand that quality always outperforms quality. This is true when it comes to your link building and content writing, and it's equally important to have quality traffic.

Quality is KING. While developing Serpify, we kept this methodology in mind. We have determined the most beneficial type of website traffic, how the big G places authority on certain factors and how we could simulate authentic search, visit & browse activity in a way that was virtually undetectable. Serpify searches your keywords, it finds your web pages that are in the top 200 positions (20 pages) for those keywords, and then it

spends a significant amount of time scrolling around and browsing your website. It can browse specific secondary pages if you are trying to promote a certain goal funnel, or it can just browse your website at random.

When the majority of people searching for a specific keyword ends up finding your website and spending a lot of time on your site once they find it, this tells the big G that you're the authority for that keyword, and naturally, your rankings improve!



**No Bounces**



Bounce rates are a very important metric in internet marketing. A website with a high bounce rate is ineffective and/or undesirable to it's visitors. Many people purchase traffic in large volumes to lower their Alexa position and increase rankings, but what they don't realize is the extraordinarily high bounce rate does more harm than good. A high bounce rate can get you banned from Google Adsense, it will make your clients question your internet marketing practices and most importantly, it will NOT drive results.

Lowering your bounce rates is crucial, and this usually starts with your on-page optimization. When most people think of "on-page optimization" they are thinking in terms of SEO, but no necessarily readability and goal conversions, and all of those things are important and should be equally considered. While this is true for 100% organic traffic, if you are buying traffic, you can almost count on having an unnaturally high bounce rate. Serpify solves this problem by ensuring each website visitor takes the time to read, scroll and browse multiple pages of your site. This results in a very low (no) bounce rate (from our traffic at least), and will provide an immediate impact on your metrics.



**Safe Private Network**



The problem with the other popular traffic exchanges available today, well, one of the problems at least is the fact that their browser window is visible to all the users on the network. Not only does this bog down system resources every time a video plays or a poorly designed site with a large file size and tons of javascript loads, but it also makes its users vulnerable. This is especially true if you have ads placed on the website(s) you're sending traffic to. What happens if someone clicks an Adsense banner on your site 20 times? This raises a red flag at Google and can actually get your account terminated for abuse.

Serpify addresses the privacy and safety concerns by simply hiding our browser. No one can see your websites as their client is searching and browsing, no one can click a bunch of banners or do anything out malicious that

could cause harm to your site. While showing the sites could result in some free promotion (doubtful), keeping your site safe and private is of utmost importance.



## Lightweight Client



One of the biggest complaints about the HitLeap traffic exchange client is how much of a resource hog their Windows client is. For such a simple application, there is truly no need to bog down system resources. Serpify is a super lightweight application that won't slow down your computer or create performance issues. We've taken extreme precaution to make sure it remains lightweight and never becomes a nuisance to have installed. It's so lightweight you can login, minimize the window (send it to the system tray) and you won't even notice it's running!

In addition to our ultra-lightweight Windows application, we are actively developing versions for Mac and Linux. Once available, Serpify will be compatible with any operating system, that's the goal! The workaround for Mac and Linux users right now would be to get a cheap Windows VPS with remote desktop, install the client on there and just connect to that desktop to edit your campaigns. You can find a reliable VPS for $25/month, there's always a workaround!



## Improve Rankings



Because Serpify works by searching your keywords, finding your website in the organic search results and then visiting and browsing your website for random and natural intervals, one side effect of using this traffic exchange is an increase in SERP (Search Engine Ranking Positions). For example, if your keyword is "Miami Car Dealership" and your website is currently in the 89th position of Googleâ€™s organic search index for that keyword, by searching for that keyword, finding your site in the 89th position, visiting your site and then spending a significant amount of time browsing your site, this shows Google people value your content for that search phrase.

We first came to realize the impact this has on SERP by noticing how difficult it becomes to lose rankings once you are in the top 1-3 of the organic search results. The top 3 listings in the organic search results receives 75%+ of the traffic, and coincidentally, once you're in the top 3, you can easily stay there for years without doing any further link building or off-page SEO work. This made it pretty evident that Google places a lot of authority on who's getting visited for specific search phrases.

### Ignite Your Backlinks



Backlink Igniter™ is a feature unique to Serpify. We're making it available to all PRO members and above. We recognized that Google decides how much link-juice and authority to pass through a do-follow link based on the amount of people who visit the page and end up clicking on that link without bouncing once they land on the destination site. An example scenario of how this feature works is as follows:

You have a link with an anchor of "Miami Car Dealership" on a friends blog. The page your link is on is ranking for "Car Dealers In Miami" and your friends website is currently in the top 200 pages of the Google organic search index. You'd create a new Backlink Igniter™ campaign, telling Serpify to first search for "Car Dealers In Miami" and to locate, and visit your friends website. After visiting your friends website and browsing around for a couple of minutes, it will click the link pointing back to your target URL. Once it lands on your website, it will spend a few minutes scrolling around and browsing your website. This shows Google that people found what they were looking for after clicking this link, thereby giving this link more authority and allowing more link-juice to flow from your friends site to yours!

### Monetization Friendly



While other traffic exchanges claim they're Adsense friendly (and some obviously claim they're NOT), none of them are 100% Adsense friendly. Anytime your website is visible in a third party traffic exchange browser it is vulnerable to malicious click activity. If the abnormally high bounce rates alone won't get you banned, some careless individuals randomly clicking banner ads very well could be the final nail in your ad-serving coffin.

Why take the risk? Is getting massive amounts of traffic really so important that you're willing to risk your monetization relationships? It really isn't worth it in the long run to order junk traffic that is almost guaranteed to cause issues with the top ad networks. Serpify keeps your website and target keywords 100% private. They'll never be shared or visible with any third party, and our solution will never click on any ads. That's the only reason we can definitively claim to be 100% monetization friendly.

### Privacy Policy



## Terms of Use

### Accounts
1. By using this service, you agree to to be bound by these Terms of Service.
2. Only one account is allowed per person, household or IP.
3. Serpify reserves the right to terminate an account without a prior warning if we suspect a violation of our Terms of Service.
4. Use of Exit-Intent Javascripts or any script prohibiting our browser from leaving a page are prohibited. If detected, will result in the deactivation of your account.

### Affiliate Commissions
1. You are not allowed to earn commissions from a referral with whom you have shared the same IP address or PayPal account.
2. Serpify reserves the right to reverse commissions if it is found that you have violated the Terms of Service in any way.

### Liabilities
1. Serpify can not be held liable for any performance issues on a computer that runs the Serpify Client software, our client is super lightweight, but slower machines may have performance issues and this is not our responsibility.
2. Serpify can not be held liable for any damage caused to the websites promoted in the Traffic Exchange system. Use the traffic exchange at your own discretion, if you send 5x the amount of traffic to your site that a keyword gets in monthly searches, there could be a negative impact. Use it wisely and you will benefit, use it carelessly and you may experience problems, that's on you.
3. Serpify can not be held liable for any other damages caused by the use or misuse of this service.

### Guarantees about your results
1. Serpify does not provide any guarantees whatsoever about the results you might get when using this service. From our extensive testing we did experience significantly positive results, but results may vary from user to user depending on how it is used.
2. Serpify makes no guarantees about the number of hits that will be registered on 3rd party websites such as YouTube.
3. You must keep your client opened and signed in on one computer in order for your campaigns to be executed. If you prefer not to use the client, you can purchase the upgrade and we will replace your IP on the network.
4. Search volumes and traffic totals are estimations, depending on the stability of your rankings, and results based on various locations, you may not receive the total amount of allocated visits. We are constantly working to improve our delegation algorithm in hopes of one day offering a guarantee on specified values, but at this time we cannot guarantee you will receive the entire allocated amounts of traffic. We cannot be held responsible if your keywords are dancing and/or are not showing up from certain locations.

### Privacy
1. Serpify does not share your information with 3rd party services under any circumstances whatsoever.
2. Serpify reserves the right to keep all the data related to your account even after you request the deletion or deactivation of your account.

### Refund policy
1. Serpify is a non-refundable intangible service. No refunds!



- Home
- Features
- Get Started
- Testimonials
- Members Login



## Improve Rankings with SERPIFY

**A Cloud-Delegated Crowd-Sourced Traffic Exchange Solution**



Serpify.me | Improve Search Engine Ranking Positions

SIGN UP FOR FREE!

Our

Current Member Count As Of 12/01/2016

- 0
- 0
- 0
- 7
- 7
- 7
- 0
- 5

The larger Serpify grows, the more powerful it is!

- **Crowdsourcing**

Tasks are managed and delegated from the cloud, enabling network delegated crowd sourcing. Imagine thousands of real IP's searching your keywords and finding your websites!

- **Find, Visit & Browse**

Our traffic isn't direct or cloaked referrer. Serpify will search for your keywords and find your pages (in the top 200 positions of Google), visit, and randomly browse your websites!

- **No Bounces**

Everytime your website is visited from the Serpify network, the visitor will spend up to 5 minutes randomly scrolling and browsing different pages of your website.

- **Safe Private Network**

Unlike other services like HitLeap where you can view the sites in being visited, we keep our clients sites private and protected.

- **Lightweight Client**

Our Windows application is super light-weight, it won't use much system CPU or memory resources. Don't want to use it? We have an upgrade so you don't have to!

- **Improve Rankings**

When people search for a keyword and end up on your website for a long duration, that shows Google your site is a valued resource. This results in improved rankings!

- **Ignite Your Backlinks**

Serpify can first find any site that links to your site, spend time on that site, then continue to your site, helping get you more link juice! (coming soon)

- **Monetization Friendly**

Serpify will NEVER click on any third party advertisements, making our solution totally safe for Adsense and other ad networks.

# It's time to say goodbye to junk traffic!

# PICK THE PLAN THAT'S RIGHT FOR YOU!

## ROOKIE

- FREE
- Exchange: 4:1
- 5 Keywords
- Up To 2 Pages Per Visit
- 1-2 Minutes Per Visit
- Ticket Support
- 25% Affiliate Commissions
- Sign Up

## NOVICE

- $29 / Month
- Exchange: 2:1
- 25 Keywords
- 2 Pages Per Visit

- 2-3 Minutes Per Visit
- Ticket Support
- 30% Affiliate Commissions
- Sign Up

- # AMATEUR

  - $49 / Month
  - Exchange: 1:1
  - 50 Keywords
  - 3 Pages Per Visit
  - 2-4 Minutes Per Visit
  - Ticket Support
  - 40% Affiliate Commissions
  - Sign Up

- # PRO

  - $99 / Month
  - Exchange: 1:2
  - 150 Keywords
  - 5 Pages Per Visit
  - 3-5 Minutes Per Visit
  - Backlink Igniter*
  - Geo-Location Restrictions*
  - Priority Support
  - 50% Affiliate Commissions
  - Sign Up

* Represents a feature that is not yet implemented.

# Customer Testimonials

1
2

# If you wait until there is another case study in your industry, you w

Seth Godin, Author of Permission Marketing

**REAL IP ADDRESSES SEARCHING YOUR KEYWORDS**

- 0
- 0
- 2
- 0
- 2
- 7
- 0
- 5

## SEARCHES TODAY

- 0
- 0
- 0
- 1
- 2
- 1
- 5
- 4

## SEARCHES THIS MONTH

- 0
- 0
- 0
- 1
- 2
- 1
- 5
- 4

SERPS IMPROVED

- 0
- 0
- 1
- 2
- 0
- 4
- 4
- 3

RANKINGS TRACKED

- 0
- 0
- 5
- 8
- 2
- 7
- 8
- 8

# Ready to improve your Search Engine Ranking Positions?

GET SERPIFIED FOR FREE!

- 

Terms of Use

© Serpify.me Traffic Exchange | All rights reserved