# EXHIBIT 9

Userator Webpage

12/1/2016 Userator – продвижение сайта за счет поведенческих факторов, автоматизация поведенческих факторов, социальные факторы

Case: 2:16-cv-00906-MHW-EPD Doc #: 10-9 Filed: 12/01/16 Page: 2 of 7 PAGEID #: 297

# Userator – самостоятельное продвижение сайтов

Автоматическая система Userator предоставляет услуги по продвижению сайта по технологии улучшения социальных и поведенческих факторов. Это лучший способ достижения ТОПа в поисковых системах Яндекс и Google!

НАЧАТЬ ПРОДВИЖЕНИЕ

ПОСМОТРИТЕ ВИДЕО                    О РАБОТЕ СИСТЕМЫ

Case: 2:16-cv-00906-MHW-EPD Doc #: 10-9 Filed: 12/01/16 Page: 3 of 7 PAGEID #: 298

## Статистика сервиса



## Что мы предлагаем

По статистике нашего сервиса **68%** запросов обходятся всего **в 352 руб./месяц**

12/1/2016 Userator - Продвижение сайта за счет поведенческих факторов, автоматизация поведенческих факторов, социальные факторы

Case: 2:16-cv-00906-MHW-EPD Doc #: 10-9 Filed: 12/01/16 Page: 4 of 7 PAGEID #: 299

## Wizard

Бесплатная настройка продвижения

### Настройка в ТОП за 2 клика!

OT 450 РУБЛЕЙ

(/cgi-bin/wizard_addsite.cgi)

### Поведенческие факторы

Интеллектуальные алгоритмы поведенческих факторов

### Результат за 1 месяц!

OT 4 РУБЛЕЙ

(/cgi-bin/account.cgi)

### Социальные факторы

Новые подписчики. Переходы из социальных сетей. Лайки постов. Оценки и комментарии в Appstore и Google play

OT 450 РУБЛЕЙ

(/cgi-bin/sn_page.cgi)

### Подсказки в строке поиска в Яндекс и Google

При введении запроса пользователь получает в рекомендацию ВАШ запрос

### Качественный трафик за копейки!

2 РУБЛЯ

(/cgi-bin/tips.pl)

Case: 2:16-cv-00906-MHW-EPD Doc #: 10-9 Filed: 12/01/16 Page: 5 of 7 PAGEID #: 300

**Усиление ссылок**

Продвигаетесь ссылками?

**Получите живые переходы по ним!**

5 РУБЛЕЙ

(/cgi-bin/plinks.cgi)

**Юзабилити-аудит сайта**

Посетители будут покупать

**Даем рекомендации по улучшению сайта**

ОТ 7 500 РУБЛЕЙ

(/cgi-bin/usability.pl)

## Оптимизатору

1. Userator — это хороший способ поднять позиции сайта в поисковых системах за счет влияния на социальные и поведенческие факторы.

2. Система изменяет следующие факторы ранжирования в Яндексе, Google, Rambler: CTR сайта по продвигаемым запросам.

3. Работа с социальными факторами в vk, twitter, facebook, google+ и др. Изменение репутации в социальных сетях. Привлечение трафика с социальных сетей.

4. Усиление купленных ссылок (http://seonly.ru/?p=909) за счет поведенческих факторов. Накрутка подсказок в Яндексе и Google (http://seonly.ru/?p=62).

5. Ручной режим выполнения заданий по усилению поведенческих факторов.

НАЧАТЬ ПРОДВИЖЕНИЕ

\* Для начала раскрутки Вам достаточно только зарегистрироваться (/registration.shtml).

Case: 2:16-cv-00906-MHW-EPD Doc #: 10-9 Filed: 12/01/16 Page: 6 of 7 PAGEID #: 301

ПОСМОТРЕТЬ ВИДЕООБЗОР

## Пользователю

1. Userator — это отличная возможность заработать или продвинуть сайт, пока Ваш компьютер отдыхает.

2. Заработок на выполнении простых и понятных заданий.

3. Вывод денежных средств из системы всего от 100 руб.

4. Еженедельные выплаты на WMR кошелек.

5. Возможность хорошего заработка на профилях социальных сетей. Заработок в Интернете в среднем 1000 рублей/день без вложений.
   Простота использования сервиса, интуитивно понятный интерфейс, привлекательный дизайн.

ПОСМОТРЕТЬ ВИДЕО

СКАЧАТЬ USERATOR 3.0 (/soft/UseratorInst3.exe)

\* Чтобы начать зарабатывать, нужно зарегистрироваться (/registration.shtml) и скачать программу userator (/soft/UseratorInst3.exe) последней версии. Для заработка с телефона (IPhonne, Android), планшета или без программы лучше воспользоваться проектом VZadache.Ru (https://vzadache.ru).

## Результаты оптимизаторов

| Поисковая система | Было | Стало | Запрос |
|---|---|---|---|
| Google | — | ТОП 3 | 1 1 ru |
| Яндекс | ТОП 25 | ТОП 3 | пилинг холи ленд |
| mail.ru | — | ТОП 3 | ковролин выставочный |
| Google | ТОП 50 | ТОП 1 | стоматология расходные материалы |
| mail.ru | — | ТОП 1 | цена жалюзи |

ХОЧУ ТАКЖЕ!

12/1/2016 Userator – Продвижение сайта за счет поведенческих факторов. Автоматизация поведенческих факторов, социальные факторы.

Case: 2:16-cv-00906-MHW-EPD Doc #: 10-9 Filed: 12/01/16 Page: 7 of 7 PAGEID #: 302

## Прочитайте отзывы наших клиентов



*Дмитрий Севальнев*
Компания «Пиксель Плюс» руководитель отдела SEO

*«Userator» — включай мозги!*
*Долой шаблоны и работы по наработанным схемам! Чтобы показать настоящую эффективность по конкурентным запросам в SEO требуется включать мозги и креативно подходить к оптимизации. Большое число сложных заданий и возможность настройки многоходовых схем — отличительная черта и огромное конкурентное преимущество системы «Userator».*

## Читайте наш блог

Самые свежие новости и тренды в мире SEO

16 НОЯБРЯ, 14:19

### Userator 6 лет!

Сегодня проекту исполняется 6 лет! В этот важный день мы хотим сказать огромное «спасибо» всем рекламодателям и пользователям: спасибо, что вы с нами! В этом году мы сделали много всевозможных доработ…

(https://seonly.ru/?p=4368)

15 НОЯБРЯ, 14:04

### Может ли оптимизатор использовать для рабочих нужд почту от Яндекса ?

Недавно нашел удивительное интервью основателя Яндекса Ильи Сегаловича. Илья, в отличие от большинства сотрудников Яндекса, всегда прямо и открыто отвечал на вопросы. Прошло 3,5 года, думаю, тут есть …

(https://seonly.ru/?p=4364)