# **EXHIBIT 10**

Past Secular Student Alliance Conference Webpage

Search   Follow @SecularStudents   Like 39K    Home Donate Contact Login

  

About SSA    For Students    For Alumni    For Educators    For Everyone    Donate

# Past Secular Student Alliance Conferences

Share / Save
(https://www.addtoany.com/share#url=https%3A%2F%2Fsecularstudents.org%2Fconference%2Fpast&title=Past%20Secular%20Student%20Alliance%20Conferences)

For information about this year's conference and events, go to www.secularstudents.org/conference (/conference) .

To watch videos of sessions and events from our past conferences, please visit our Youtube channel (https://www.youtube.com/user/SecularStudents) !

## 2017

July 2017: SSA Annual Conference (/2017con) on the campus of The Ohio State University in Columbus, OH



(/2017con)

## 2016

**July 2016:** SSA Annual Conference (/2016con) on the campus of The Ohio State University in Columbus, OH





---

**2015**

**July 2015:** SSA Annual Conference (/2015con) on the campus of The Ohio State University in Columbus, OH





Check out the Conference Wrap-Up here (/node/6398)

---

**2014**

**June 2014**: SSA West (https://www.secularstudents.org/2014con/west/) , University of Arizona in Tempe, AZ

**July 2014**: SSA East (https://www.secularstudents.org/2014con/east/) , The Ohio State University in Columbus, OH



## 2013

**June 2013**: SSA West (https://www.secularstudents.org/2013con/vegas/) , University of Nevada, Las Vegas in Las Vegas, NV

**July 2013**: SSA East (https://www.secularstudents.org/2013con/columbus/) , The Ohio State University in Columbus, OH




## 2012

**July 2012:** SSA Annual Conference, The Ohio State University in Columbus, OH (https://www.secularstudents.org/2012con)



## 2011

**February 2011:** SoCal Leadership Summit at California Lutheran University (/socal)

**April 2011:** Boston Leadership Track (/aha2011)

**July 2011:** The Annual Leadership Conference (/2011con)

**October 2011:** Leadership Track at Texas Freethought Conference (https://www.secularstudents.org/tfc2011)

**October 2011:** Leadership Track at Sacramento Freethought Day (http://freethoughtday.org/)



## 2010

In 2010, we held two regional leadership summits during the spring semester, in addition to our annual conference in the summer. This enabled us to reach more students at more campuses than ever before! Click the links below for details about each event.

**November 2010:** Columbia Leadership Summit at the University of South Carolina (/columbia)

**February 2010**: Nor Cal Regional Leadership Summit at Stanford University (/node/2888)

**April 2010**: New England Regional Leadership Summit in Boston, MA: April 16-18 at Harvard University (/node/3009)

**Summer 2010**: SSA 2010 Annual Conference in Columbus, OH: July 23-25 at the Ohio State University (/node/3086)



## 2009

The 2009 Annual Conference, held in Columbus, OH was a resounding success.

- Read a short review (/node/2653) of the 2009 Annual Conference!
- Our keynote speaker was renowned blogger PZ Myers (http://scienceblogs.com/pharyngula/about.php) .
- We offered a once-in-a-lifetime chance to visit the Creation Museum (http://creationmuseum.org/) with 300 atheists! Read more about the trip (/node/2569) !
- We also featured a full series of activist training, workshops on group-running, and presentations from national organizations, published authors and more.
- Download the complete schedule (/sites/default/files/Full%20Conference%20Schedule.pdf) or the 2009 Conference Proceedings (/sites/default/files/SSA09proceedings.web.pdf) .
- Listen to the audio of the 2009 conference (https://www.secularstudents.org/node/102) or check out videos on our YouTube channel (https://www.youtube.com/user/SecularStudents) !

## 2008
The 2008 SSA conference was part of the American Humanist Association/International Humanist and Ethical Union conference "**E Pluribus Unum: Reclaiming Humanist Values**" in Washington, DC (http://www.americanhumanist.org/conference/index.php) .  Our events ran June 6-8 2008.

**Update #1:** Applications for the 2008 Best Awards (/node/2000) (with greatly increased awards) are now being accepted.
**Update #2:** Travel Grants (/node/2010) are now available.
**Update #3:** SSA Conference Programming Schedule (/node/2104)

## 2007

Our 2007 Conference was April 20th to the 22nd at Harvard University in Cambridge, Massachusetts. We held it as part of the 30th Anniversary and Gala of the Humanist Chaplaincy at Harvard (http://www.thenewhumanism.org) . SSA student member registration was $29 (non-SSA member student registration is $50). Join today (/join) . We gave away over 45 $100 and $200 travel grants (/node/579) .

**2007 Update #1:** Recommendations for having the most fun at the lowest price (/node/583) at our 2007 conference.
**2007 Update #2:** non-student SSA members under 30 can register for only $39. Read more... (/node/584)
**2007 Update #3:** The New Humanism Conference: Word Is Spreading (/node/616) **2007 Update #4:** Campus Activist Training Schedule (/node/614) Available

## 2006

Our 2006 conference was held Easter weekend in Kansas City, MO as part of the annual conference of Atheists Alliance International. Read more... (/node/432)

## 2005

Our 2005 conference was held in August on the campus of the Ohio State University in Columbus, OH. This was the first conference where we had an academic call for papers (read the papers in the Proceedings (/node/245) ). Read more... (/node/242)

## 2004

Our 2004 conference was held in August just outside of Washington, DC. Read more... (/node/160)

## 2002

Our 2002 conference was held in August in Chicago, IL. Read more... (/node/159)

## 2001

Our 2001 conference was held in August on the campus of the Ohio State University. Read more... (/node/158)

## 2000

Our first conference was held on the campus of the University of Minnesota in Minneapolis, MN. Read more... (/node/157)

Submitted by Old_August on Sat, 04/25/2009 - 04:16

  

Powered by Drupal