## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DR. RICHARD CARRIER,** | : | Case No. 2:16-cv-00906-MHW-EPD |
| | : | |
| Plaintiff, | : | Judge Michael H. Watson |
| | : | |
| v. | : | |
| | : | |
| **FREETHOUGHTBLOGS NETWORK, PAUL Z. MYERS, PH.D., THE ORBIT, STEPHANIE ZVAN, SKEPTICON, INC., LAUREN LANE, and AMY FRANK-SKIBA,** | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' NOTICE OF FILING REDACTED EXHIBIT

Pursuant to the Court's Order (Dkt 15) defendants hereby give notice of filing a redacted version of Exhibit 10-4.

Respectfully submitted,

/s/ Jeffrey M. Nye
Jeffrey M. Nye (0082247)
STAGNARO, SABA & PATTERSON CO. L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6714
(513) 533-6711-facsimile
jmn@sspfirm.com
*Attorney for Freethoughtblogs Network, Paul Z. Myers, Ph.D., The Orbit, Stephanie Zvan, Skepticon, Inc., Lauren Lane, and Amy Frank-Skiba*

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served upon all parties via CM/ECF on December 9, 2016.

/s/ Jeffrey M. Nye
Jeffrey M. Nye (0082247)

# EXHIBIT 4

Lane Declaration

DocuSign Envelope ID: 12DD08AF-A4E4-40BE-A7B7-1C008B147AE1

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DR. RICHARD CARRIER,** | : | Case No. 2:16-cv-00906-MHW-EPD |
| | : | |
| Plaintiff, | : | Judge Michael H. Watson |
| | : | |
| v. | : | |
| | : | |
| **FREETHOUGHTBLOGS NETWORK, PAUL Z. MYERS, PH.D., THE ORBIT, STEPHANIE ZVAN, SKEPTICON, INC., LAUREN LANE, and AMY FRANK-SKIBA,** | : | |
| | : | |
| Defendants. | : | |

---

**DECLARATION OF LAUREN LANE**

---

I, Lauren Lane declare:

1.    I am over 18 years of age and have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2.    I have never resided, worked, or operated a business in Ohio.  I have never sued anyone in any court in Ohio.  I have never registered to vote in Ohio.  I have never owned a checking account or paid taxes in Ohio.

3.    The only time I recall visiting Ohio was to attend the Secular Student Alliance Conferences in 2011 (as a speaker), 2013 (as a speaker), and 2014 (as an attendee).

4.    On June 20, 2016, when Skepticon published the statements at issue in this action on its website, I believed Defendant Richard Carrier was living in the state of California.  This belief was based on various documents I had seen over the years including the following:

- A letter from Richard Carrier recommending me for an internship with the Center of Inquiry Internship, including his address in Richmond, California.  **EXHIBIT A**.

- An invoice regarding Dr. Carrier's books with the delivery address as Richmond, California.  **EXHIBIT B**.

1

DocuSign Envelope ID: 12DD08AF-A4E4-40BE-A7B7-1C008B147AE1

- Skepticon 6 Speaker Travel Information Spreadsheet indicating Richard Carrier would be traveling from either Oakland airport or San Francisco Airport. **EXHIBIT C**.

- Skepticon Check log indicating a check for Richard Carrier would be sent to him at an address in Richmond, California. **EXHIBIT D**.

- A spreadsheet of blogs identifying Richard Carrier's location as Oakland, California at page 3, line 5. **EXHIBIT E**.

- An e-mail trail discussing a letter sent to an incorrect address. The letter from Richard Carrier contains a return address located in Richmond, California. **EXHIBIT F**.

5.      I did not learn Richard Carrier was living in Ohio until July 14, 2016. Prior to that I believed he was still living in California.

6.      Skepticon, like many of the organizations related to the atheist/secular/skeptic communities has strict conduct and harassment policies, which govern writers, speakers, and participants. Skepticon's conduct policy includes a prohibition on "inappropriate physical contact, unwelcome sexual attention, and any other act that may cause harm to oneself or others." The policy also states that "[b]latant instances of racism, sexism, homophobia, or other stereotyping and harmful behaviors should be reported to conference staff immediately. 'Yes' means yes; 'No' means no; and 'Maybe' means no. Please accept no for an answer for any request or activity. You are encouraged to ask for unequivocal consent for all activities during the conference. No touching other people without asking. This includes hands on knees, backs, shoulders—and hugs (ask first!)."

Pursuant to the laws of the United States, I declare under penalty of perjury the foregoing is true and correct.

Dated: 11/29/2016

_DocuSigned by:_

_lauren lane_

7F308C225E394F2...

Lauren Lane

2

# ***<u>EXHIBIT A</u>***

Letter of Recommendation

15 April 2010

To the selection officer or committee
for the Center for Inquiry Internship:

I became acquainted with Lauren Lane two years ago when I was a speaker for Skepticon in 2008 at MSU (Springfield, Missouri) and Lauren was an event organizer. It was so successful it has become a famous annual event. I saw her in action again at Skepticon II in 2009, which was more ambitious and even more successful. I saw Lauren play a vital role in making both events operate with consummate success. Thanks to her and her colleagues, Skepticon III is on track for this November and will be even bigger and better. I watched this experience lead her from a major in art to a passionate interest in pursuing a degree in Nonprofit Administration. She's a full-on convert to the cause.

One of my ongoing complaints with national freethought organizations has been a lack of touch with the modern youth and youth culture and how to get them passionately involved. Lauren is ideally suited to change that. Not only is she a part of that culture and knows it well, she has directly participated in and observed effective campus event and group organization, and understands the methods and importance of generating enthusiasm and retention and continuity in secular campus groups, issues I often discuss with campus event organizers like her, and with her I had many conversations about it. I can honestly say she gave me hope for the future. I've also personally seen her in action and can vouch for the fact that she has natural charisma and is fearless in public and can approach and communicate with anyone. Lauren can also manage complex events well, from stage operations to cocktail parties, and having seen many events badly run, I and other speakers were amazed at how smoothly the Skepticons have operated, despite being entirely conceived, promoted, and run by college students. And as an author I have a particular amazement of my own: every year I bring more books to sell, expecting to return home with unsold stock, and Lauren manages to move every last unit. At no event but hers have I ever sold fifty books in one go. Even her art degree has been an asset in the creation of promotional materials.

It's time the 21st century freethought movement saw a rise in women leaders, with the charm, know-how, passion, and professionalism to get them noticed and influential. Lauren Lane is the most promising candidate I have yet met in my twenty years of involvement in the cause. She would benefit immensely from the experience and connections your internship will provide, more even I expect than other applicants. She has a long term vision, and the talent to realize it. All she needs is broader experience. For all these reasons I strongly recommend Lauren for this position.

Dr. Richard C. Carrier

www.richardcarrier.info
rcarrier@infidels.org
(510) 932-9536
936 Wilson Ave.
Richmond, CA 94805

(author of *Sense and Goodness without God* and *Not the Impossible Faith*, contributing author for *The Empty Tomb* and *The Christian Delusion*, and editor emeritus of The Secular Web www.infidels.org)

# ***EXHIBIT B***

Invoice

# SKEPTICON, INC

# INVOICE

710 W Greenwood
Springfield, MO 65807

13-May-2014
Invoice #2334889

info@skepticon.org
rebekah@skepticon.org

**Att: Dr. Richard Carrier**
**Skepticon Merchandise Reconciliation**

Dear Dr. Richard Carrier,

Please find below an updated invoice for the books currently in Skepticon's inventory. Per our email, we are renegotiating to a $0.00 balance for 15 units of Proving History. We have agreed to bill only for $100.00 in shipping and $50.00 in labor. Any shipping costs for labor, materials, shipping, and insurance over the amount of $150.00 will be paid by Skepticon at the time of shipping. An additional $100.00 is added for various shipping and credit card expenses for the prior year.

Many thanks,
Rebekah
Skepticon Organizer

| # | Item Description | Quantity | Unit price ($) | Total ($) |
|---|---|---|---|---|
| 1 | Invoice #2334889 Total for Proving History | 1 | 301.70 | 301.70 |
| 2 | Renegotiated invoice amount | 1 | -301.70 | -301.70 |
| 3 | Shipping & Handling | 1 | 150.00 | 150.00 |
| 4 | Sundry expenses for 2013 Fiscal Year | 1 | 100.00 | 100.00 |
| 5 | | | | - |
| 6 | | | | - |
| 7 | | | | - |
| 8 | | | | - |
| **Subtotal** | | | | **250.00** |
| **Sales Tax (0%)** | | | | **0.00** |
| **Total** | | | | **250.00** |

Please make payment at your earliest convenience, and do not hesitate to contact me with any questions. Payment terms: to be received within 30 days. On receipt of a check or money order for $250.00 we will ship the following units:

Why I am not a Christian: 32
Sense and Goodness Without God: 66
Proving History: 15

To:
Richard Carrier
936 Wilson Ave.
Richmond, CA 94805-1351

*paid in full*
*check #1715 received*
*$250.00*
*6/2/14*
*Rebekah*

# ***<u>EXHIBIT C</u>***

Spreadsheet

Skepticon 6 Mega-Sheet - Speaker Flight/Travel Info

| First Name | Last Name | Desired Arrival | Desired Departure | Desired Airport | Desired Airline | Full Legal Name | Birthday | Cell Phone Number | Companion Info | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Richard | Carrier | | 11/14/2013 | 11/18/2013 | Oakland or San Fran (whichever is cheaper) | | Richard Cevantis Carrier, Jr. | | | | Due to local transit schedules and/or traffic, I can't do departure times earlier than 8:00am (weekday) or 9:30am (weekend), and I need a return arrival time before 11pm (Oakland) or 10pm (SF). |
| PZ | Myers | 11/15/2013 (early morning) | 11/17/2013 (late afternoon) | MSP | | Paul Zacary Myers | | | Mary Louise Gjerness ███ | OMG PZ IS BRINGING THE WIFE |
| Rebecca | Watson | 11/14/2013 | 11/17/2013 (evening) | BUF | Delta | Rebecca Kay Watson | | | | |
| Greta | Christina | | 11/14/2013 | 11/18/2013 (or 11/17/2013 if need be) | San Francisco or Oakland (slight preference for Oakland) | | Greta December Christina | | | Lisa Ingrid Nelson ███ | Needs a window seat for Ingrid because she is a nervous flyer |
| Hemant | Mehta | 11/16/2013 (night--after 8pm) | 11/17/2013 (afternoon) | CHI (Chicago--Ohare or Midway) | n/a | Hemant Anant Mehta | | | | |
| Aron | Ra | | | | | | | | | Aron will be driving and needs to be reimbursed for his gas. He has not yet told me what nights he needs a hotel room. |
| Amanda | Knief | 11/15/2013 (at least) | 11/18/2013 (wants to stay for whole con) | EWR (Newark) | UNITED FF# UT909895 | Amanda Kneif | | | | Needs advanced notice of what airline so she can clear Sagan |
| John | Corvino | | | | | | | | | John will buy his own ticket and we will reimburse him because he has another speaking gig that weekend so travel will be tricky. We DO need to get him a hotel room for Saturday and Sunday night, however. |
| Amanda | Marcotte | 11/15/2013 (morning) | 11/17/2013 at night or 11/18/2013 morning | Ranked by preference: JFK, Newark, La Guardia | | Amanda Marie Marcotte | | | | |
| Seth | Andrews | 11/15 (anytime) | 11/16 (evening) | Tulsa | | Seth Spreiter | | | | |
| JT | Eberhard | | | | | | | | | JT is driving and housing his own butt |
| David | Tamayo | 11/13/2013 (evening) or 11/14/2013 between 8am and noon | 11/18/2013 afternoon | Dulles International Airport | | David Tamayo | | | Lorena Rios ███ | |
| Monica | Miller | 11/14/2013 (evening) | 11/17/2013 | ABE | | Monica R. Miller | | | Christopher M. Driscoll ███ | |
| David | Fitzgerald | 11/14/2013 early | 11/17/2013 late | SFO or OAK | | David Glenn Currie Fitzgerald | | | | David and Rick will be rooming together for the weekend to save us some cash monies. |
| Debbie | Goddard | | 11/14/2013 | 11/18/2013 | BUF | | Deborah Lynn Goddard | | | | |

Skepticon 6 Mega-Sheet - Speaker Flight/Travel Info

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Rebecca | Hensler | 11/14/2013 | 11/17/2013 | SFO or OAK | | Rebecca Moffett Hensler | | | Would like to travel with Greta and Ingrid |
| Shelly | Segal | 11/14/2013 or 11/15/2013 if arrival is in the morning | 11/172013 or 11/18/2013 | Melbourne Airport Tullamarine Australia | | Shelly Sarah Segal | | | |
| Keith | Lowell-Jensen | 11/15/13 (as late as possible) | 11/17/2013 (not before 11am) | Sacramento, CA | | Keith Lowell Jensen | | | Would like to arrive that Friday as late as possible |

# ***EXHIBIT D***

Check Log

## Skepticon Checks - Outgoing

| Individual | Group | Address | Check Date | Deposit Date | Check Number | Amount | Memo/Note | For...? |
|---|---|---|---|---|---|---|---|---|
| Kurt Volkan | Pitchstone LLC | 848 Sedgefield St Durham, NC 27705 | 11/25/2013 | | 1692 | $894.91 | SK6 > Greta/Knief Books | Greta Christina and Amanda Knief Books Minus 10% for SK Minus 27.59 for shipping |
| Maria Holt | | | 11/17/2013 | | 1005 | $100.00 | | Travel Grant |
| Miri Mogileveski | | | 11/17/2013 | | 1006 | $500.00 | | Travel Grant |
| Amber Adamson | | | 11/17/2013 | | 1007 | $200.00 | | Travel Grant |
| David Gier | | | 11/17/2013 | | 1008 | $90.00 | | Travel Grant |
| Tommy Torres | | | 11/17/2013 | | 1001 | $400.00 | | Travel Grant |
| Rita Messer | | | 11/17/2013 | | 1002 | $150.00 | | Travel Grant |
| Brianne Triggs | | | 11/17/2013 | | 1003 | $250.00 | Voided | Travel Grant |
| Xanda Best | | | 11/17/2013 | | 1004 | $275.00 | | Travel Grant |
| AronRa | | | 11/26/2013 | | 1N426031P154679 | $225.00 | Paypal | Travel Reimbursement |
| Rebekah Elder | | 710 W Greenwood Springfield, MO 65804 | 11/24/2013 | | ? | $32.25 | | SK Merch Shelving |
| Foundation Beyond Belief | | | 11/19/2013 | | 9LW945271W27344 | $1,666.16 | | Haiyan Response Red/Blue Charity |
| | Target | | 12/12/2013 | | 1631 | $419.36 | Speaker Gifts | Nerf Guns |
| Richard Carrier | | 936 Wilson Ave Richmond, CA 94805 | 1/12/2014 | | 1694 | $486.25 | | Book Sales - Square Reader Fees |
| Kelley Freeman | | 2830 Clark Street Columbia, SC 29201 | 1/12/2014 | | 1695 | $850.00 | | Pony Art |

# ***<u>EXHIBIT E</u>***

Spreadsheet

skepticon lists (12-21-12) - Blogs

| Title | Author | email | Twitter | Network | Location |
|-------|--------|-------|---------|---------|----------|
| (A)theologies | Sarah Sentilles | | | Independent | |
| 360 Degree Skeptic | Andrew Bernardin | andrew@360skeptic.com | 360skeptic | Independent | |
| A Citizen of Earth | Hank Fox | | | FTB | |
| A Humanist View | Roy Speckhardt | | | Patheos | |
| A Million Gods | | | | FTB | |
| Abandoning Eden | | abandoningeden@gmail.com | | Independent | Southern US |
| Ace of Clades | Aron Ra | | | FTB | Texas |
| Alencon's Place | | alencon13@hotmail.com | | Independent | River Valley, NJ |
| Alethian Worldview | Deacon Duncan | | | FTB | |
| Almost Diamonds | Stephanie Zvan | | | FTB | |
| Amanda the Atheist | | amandatheatheistwp@gmail.co | | Independent | |
| American Freethought | John C. Snider | john@americanfreethoguht.con | amerfreethough | Independent | |
| An American Atheist | | Web Form | | Independent | |
| Ashley Miller | Ashley Miller | | | FTB | |
| Assasin Actual | Pseudonym | FTBAssassinActual@gmail.con | | FTB | |
| Atheism: Proving the Negative | Mathhew McCormic | | | Independent | Sacramento, CA |
| AtheismResource.com | | | | Independent | |
| Atheist Camel | Bart Centre | atheistcamelchronicles@msn.c | | Independent | Alstead, NH |
| Atheist Ethicist | Alonzo Fyfe | | | Independent | Lafayette, CO |
| Atheist Media Blog | | atheistmedia@gmail.com | | Independent | |
| Atheist, Intermarried | Larry Tanner (Pseu | Web Form | | Skeptic Ink | New England |
| Background Probability | Damien Reinhardt | | D4M10N | Skeptic Ink | Oklahoma City, OK |
| Bad Astronomy | Phill Plait | | | Slate | |
| Biodork | Brianne Bilyeu | | | FTB | Minneapolis, MN |
| Black Skeptics | Sikivu Hutchinson | blackskeptics@gmail.com | | FTB | Los Angeles, CA |
| Blag Hag | Jen McCreight | blaghagblog@gmail.com | | FTB | |
| Blasphemous Blogging | Edwin Kagan | | | FTB | |
| Brian Sapient | Brian Sapient | | | Independent | |
| Brother Richard's Life Without Faith | Richard Haynes | | | Patheos | |
| Brute Reason | Miriam | | | FTB | Midwest |
| Butterflies & Wheels | Ophelia Benson | | | FTB | |
| Camels with Hammers | Daniel Finke | camelswithhammers@gmail.co | | Patheos | New York, NY |
| Cheap Signals | Gretchen Koch | rillion@gmail.com | | Independent | |
| Christina Rad | Christina Rad | | | FTB | |
| Coffee Loving Skeptics | | ladygrey82@gmail.com | | Independent | |
| Comradde PhysioProffe | Pseudonym | | | FTB | |

skepticon lists (12-21-12) - Blogs

| | | | | | |
|---|---|---|---|---|---|
| Consider the Tea Cosy | Aoife | | | Independent | Ireland |
| Considered Exclamations | Andrew Tripp | atripp277@gmail.com | | Independent | |
| Cross Examined | Bob Seidensticker | crossexaminedblog@gmail.com | | Patheos | Seattle, WA |
| Cynical-C | | cc@cynical-c.com | | Independent | |
| Dangerous Talk | Staks Rosch | Web Form | | Skeptic Ink | Philadelphia, PA |
| Daylight Atheism | Adam Lee | | | BigThink | |
| Dead-Logic | Bud Uzoras | Web Form | Dead_Logic | Independent | |
| Dispatches from the Culture Wars | Ed Brayton | | | FTB | Michigan |
| Dwindling in Unbelief | Steve Wells | swwells@gmail.com | | Independent | |
| emilyhasbooks | Emily Dietle | emily@emilyhasbooks.com | emilyhasbooks | Independent | |
| En Tequila Es Verdad | Dana Hunter | | dhunterauthor | FTB | |
| Evangelical Realism | | | | Independent | |
| Evolution News and Views | | editor@evolutionnews.org | | Independent | |
| Exchristian.net | | Web Form | exchristian_net | Independent | |
| Foxhole Atheism | Mike | Web Form | | Independent | |
| Friendly Atheist | Hemant Mehta | | | Patheos | Northern, IL |
| Garbage In, Gospel Out | Andy Breeden | | | Independent | |
| Good Without God | Greg Epstein | | | Patheos | Boston, MA |
| Greta Christina's Blog | Greta Christina | Greta@gretachristina.com | GretaChristina | FTB | San Francisco, CA |
| ICBS Everywhere | Barbara Drescher | | badrescher | Independent | |
| Laughing in Purgatory | | | | Independent | |
| Leave Faith Behind | Jeff Olsson | | | Independent | |
| Life without a Net | | Hambydammit@gmail.com | | | |
| Lousy Canuck | Jason Thibeault | | | FTB | |
| Mano Singham | Mano Singham | Mano.singham@case.edu | | FTB | Cleveland, OH |
| Maryam Namazie | Maryam Namazie | | | FTB | Great Britain |
| Mike's Weekly Skeptic Rant | Michael McCarron | michael.mccarron@hotmail.ca | RealHeathenMi | | Ontario, CA |
| Near-Earth Object | Paul Fidalgo | | PaulFidalgo | FTB | Maine |
| Neuroskeptic | | neuroskeptic@gmail.com | Neuro_Skeptic | Independent | United Kingdom |
| No Country for Women | Taslima Nasreen | | | FTB | |
| Non Prophet Status | | | | Independent | |
| NonStampCollector | Pseudonym | | | FTB | Japan |
| Odd Oklahoma | | | | Independent | |
| Panda's Thumb | Richard B. Hoppe | thecrew@pandasthumb.org | | Independent | |
| Pharyngula | PZ Myers | | | FTB | Morris, MN |
| Polyskeptic | Multiple | ps@polyskeptic.com | | Independent | |

skepticon lists (12-21-12) - Blogs

| | | | | | |
|---|---|---|---|---|---|
| RantaSarah Rex | Sarah Moglia | | | Independent | Columbus, Ohio |
| Rationally Speaking Blog | Massimo Pigliucci | | mpigliucci | | New York, NY |
| Reason Being | | | | Independent | |
| Reasonable Doubts | | | | FTB | |
| Richard Carrier Blogs | Richard Carrier | | | FTB | Oakland, CA |
| Rock Beyond Belief | Justin Griffith | | | FTB | |
| Rosa Rubicondior | | | | | UK |
| Secular Right | | contact@secularright.org | | | |
| Serving Atheists | | | tarcaro | Independent | |
| Sincerely, Natalie Reed | Natalie Reed | sincerelynataliereed@gmail.com | nataliereed84 | FTB | Vancouver, BC |
| Skepchick | Rebecca Watson | | | Skepchick | |
| Skeptic Family | | ticktock.colin@gmail.com | | | |
| Skeptic Money | Phil Ferguson | | SkepticMoney | Independent | Champaign, IL |
| Skeptical Software Tools | Tim Farley | | | Independent | Atlanta, GA |
| Skepticblog | | | | Independent | |
| Skeptico | | skeptico@skeptico.net | | Independent | |
| Temple of the Future | James Croft | jflcroft@gmail.com | | Patheos | Boston, MA |
| The Atheist Experience | Matt Dillahunty | | | FTB | Austin, TX |
| The Blog for WhyWontGodHealAmp | | | | Independent | |
| The Calladus Blog | Mark | calladus@gmail.com | | Independent | Fresno, CA |
| The Crommunist Manifesto | Ian Cromwell | crommunist@gmail.com | | FTB | |
| The Digital Cuttlefish | Pseudonym | | | FTB | |
| The Doubting Thomases | Zachary Moore | | | Independent | |
| The Heresy Club | Multilple | Web Form | | Independent | |
| The Jewish Atheist | | | | Independent | |
| The Merely Real | Chana Messinger | | | Independent | Chicago, IL |
| The Monster's Ink | Alyson Miers | | | Independent | |
| The Perplexed Observer | | | tpobserver | | Alabama |
| The Secular Outpost | Internet Infidels | Web Form | | Independent | Colorado Springs, C |
| The Silver Skeptic | | skepticzaq@gmail.com | | | |
| The Uncredible Hallq | Chris Hallquist | | | Patheos | |
| The Viable Humanist | David | | | | Myrtle Beach, SC |
| The Zingularity | Stephen Andrew | DarkSydoTheMoon@AOL.com | SAndrewDKos | FTB | |
| This Week in Christian Nationalism | Chris Rodda | | | FTB | |
| Token Skeptic | Kylie Sturgess | | | FTB | Perth, WA |
| Towards a Free Society | Jacques Rousseau | | JacquesR | Skeptic Ink | South Africa |

skepticon lists (12-21-12) - Blogs

| Towards a Rational America and an | | | | Independent | |
|---|---|---|---|---|---|
| Triangulations | Sabio Lantz (Pseud | SabioLantz@gmail.com | | | |
| Unreasonable Faith | Daniel Florien | | | Patheos | |
| What Would JT Do? | JT Eberhard | wwjtd21@gmail.com | | Patheos | |
| Why Evolution Is True | Jerry Coyne | | | Independent | |
| Zinnia Jones | Zinnia Jones | zjemptv@gmail.com | Zjemptv | FTB | Florida |

# *<u>EXHIBIT F</u>*

Emails



**Lauren Lane <lane722@gmail.com>**

---

## Re: Skepticon Mailing Address?
12 messages

---

**Richard Carrier** <rcarrier@infidels.org>             Tue, May 27, 2014 at 4:46 PM
To: Rebekah Elder <rebekah@skepticon.org>
Cc: Lauren Lane <lane722@gmail.com>

The invoice you sent me had this address for you:

SKEPTICON, INC
710 W Greenwood
Springfield, MO 65807

But the check I sent to that address was just returned as "no such number / unable to forward."

Is that a misprint? Is there some other address I should send it to?


On May 13, 2014, at 5:43 PM, Rebekah Elder <rebekah@skepticon.org> wrote:

> I think that is very fair, thank you. I also think the idea for a binder of physical copies of documents is a great idea. I'm slowly getting the team organized, but that would certainly make the inevitable transition to the next generation of Skepticon organizers a little easier.
>
> I've updated Invoice #2334889 to show $250.00. Please make the check out to Skepticon. I will not ship anything until at least Monday the 26th, but I can delay shipping a little longer than that if you'd prefer.  I also appreciate you not getting robbed!
>
> Rebekah
> Skepticon Organizer



--
Richard C. Carrier, Ph.D.
http://www.richardcarrier.info

---

**Rebekah Elder** <rebekah@skepticon.org>             Thu, May 29, 2014 at 12:39 PM
To: Richard Carrier <rcarrier@infidels.org>, Lauren Lane <lane722@gmail.com>

Not having seen the envelop I couldn't say if it's addressed incorrectly. I literally own the home at 710 W Greenwood, Springfield, MO 65807, so I can assure you that there is an address 710.

We can give you another address, you can try again to 710 W Greenwood, or at this point it may just be easier to make a "donation" through our PayPal account. I'd prefer mailing, since we'd have to pay service charges, but it's busy than nothing.

Thoughts, Lauren?

On May 28, 2014 9:09 PM, "Richard Carrier" <rcarrier@infidels.org> wrote:
When they write "no such number" they mean there is no address 710. Is the location marked incorrectly? Or the street name wrong on my envelope? Just changing the name of address won't solve the problem they claim to be having. I want to make sure it gets through. Is there maybe a different address altogether I could try?


On May 27, 2014, at 6:26 PM, Rebekah Elder <rebekah@skepticon.org> wrote:

> No, that's the correct address. I've seen problems where there was an issue because someone put "East Greenwood", as that's a valid address in Springfield as well, but you have it perfectly. That's strange. I guess you could just address the envelope to me directly. My last name is Elder.
>
> I'll let you know as soon as we've received it. After I receive it, are we all clear to ship the books?
>
> Rebekah
[Quoted text hidden]

---

**Lauren Lane** <lane722@gmail.com>             Thu, May 29, 2014 at 1:43 PM
To: Rebekah Elder <rebekah@skepticon.org>
Cc: Richard Carrier <rcarrier@infidels.org>

It is very strange that this envelope would not make it to us when we have never had a problem with anything else (merchandise, sponsorships, etc.) being delivered to this address at any point in the past.

If you like, you can send us the money through paypal to our info@skepticon.org email address or use one of our donate buttons, which might be faster at this point. I think we're all ready to move on and resolve this.

I am starting to lose patience here and am beginning to feel that Skepticon's good nature is being abused.

Lauren

[Quoted text hidden]

---

**Richard Carrier** <rcarrier@infidels.org>               Fri, May 30, 2014 at 4:50 PM
To: Lauren Lane <lane722@gmail.com>
Cc: Rebekah Elder <rebekah@skepticon.org>

> On May 29, 2014, at 11:43 AM, Lauren Lane <lane722@gmail.com> wrote:
>
>> It is very strange that this envelope would not make it to us when we have never had a problem with anything else (merchandise, sponsorships, etc.) being delivered to this address at any point in the past.
>>
>> If you like, you can send us the money through paypal to our info@skepticon.org email address or use one of our donate buttons, which might be faster at this point. I think we're all ready to move on and resolve this.
>>
>> I am starting to lose patience here and am beginning to feel that Skepticon's good nature is being abused.
>>
>> Lauren

I'm not sure what you mean. See attached if you are not sure what I mean.

Although looking at it again, I suspect they must have mistook the zero for a nine. I'll see if that's it and try again with a cleaner script.

I'm just trying to get the check to you.

--
Richard C. Carrier, Ph.D.
http://www.richardcarrier.info



---

**Lauren Lane** <lane722@gmail.com>               Fri, May 30, 2014 at 5:11 PM
To: Richard Carrier <rcarrier@infidels.org>
Cc: Rebekah Elder <rebekah@skepticon.org>

Dude. It's gotta be your crazy doctor-like handwriting. Do you make your 0's backwards? WITCHCRAFT.

I'm just sick of this whole book situation, I feel like we've been talking about them for an eternityyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyy

P.s. the Zip Code is 65807 not 95807

[Quoted text hidden]

---

**Richard Carrier** <rcarrier@infidels.org>               Fri, May 30, 2014 at 5:27 PM
To: Lauren Lane <lane722@gmail.com>
Cc: Rebekah Elder <rebekah@skepticon.org>

> On May 30, 2014, at 3:11 PM, Lauren Lane <lane722@gmail.com> wrote:

> Dude. It's gotta be your crazy doctor-like handwriting. Do you make your 0's backwards? WITCHCRAFT.
>
> I'm just sick of this whole book situation, I feel like we've been talking about them for an eternityyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyyy

Hey, you are in the Big Time now, boss. That entails hours and hours of annoying businessy stuff with various vendors and clients and venues and whatnot. The price of success. It will only get worse from here. ;-)

(Although we are nearly done with this laborious action item; nearly...remember, we still have to negotiate a contract for the stock-and-sale for this November...)

> P.s. the Zip Code is 65807 not 95807

Zing! That might be the thing.

Fixed. It will go out tomorrow!

[Quoted text hidden]

---

**Rebekah Elder** <rebekah@skepticon.org>                                    Sun, Jun 8, 2014 at 7:31 PM
To: Richard Carrier <rcarrier@infidels.org>, Lauren Lane <lane722@gmail.com>

Good news, everyone!
The check was received and deposited, and we shipped the books with a copy of the invoice. I signed off on the invoice to indicate that it was paid in full. (and put it in my new merchandise notebook!) The estimated delivery date is 6/11/14 and your tracking number with FedEx is 780005187974. Due to the contents and their value, we decided to have it held for delivery at the FedEx location closest to you so that you can pick it up at your leisure and we don't have to worry about them sitting in the rain.

The FedEx Office is:
9989 San Pablo
El Cerrito, CA 94530

They'll call you at 510-932-9536 as soon as it's there. I'm told you'll generally have about a week or so to pick it up.

Rebekah
Skepticon Organizer

[Quoted text hidden]

---

**Richard Carrier** <rcarrier@infidels.org>                                    Mon, Jun 9, 2014 at 9:30 PM
To: Rebekah Elder <rebekah@skepticon.org>
Cc: Lauren Lane <lane722@gmail.com>

Thank you. That pickup arrangement won't be a problem.

[Quoted text hidden]

---

**Richard Carrier** <rcarrier@infidels.org>                                    Thu, Jun 12, 2014 at 10:56 AM
To: Rebekah Elder <rebekah@skepticon.org>
Cc: Lauren Lane <lane722@gmail.com>

Everything received. Thank you.

On Jun 8, 2014, at 5:31 PM, Rebekah Elder <rebekah@skepticon.org> wrote:

> Good news, everyone!
> The check was received and deposited, and we shipped the books with a copy of the invoice. I signed off on the invoice to indicate that it was paid in full. (and put it in my new merchandise notebook!) The estimated delivery date is 6/11/14 and your tracking number with FedEx is 780005187974. Due to the contents and their value, we decided to have it held for delivery at the FedEx location closest to you so that you can pick it up at your leisure and we don't have to worry about them sitting in the rain.
>
> The FedEx Office is:
> 9989 San Pablo
> El Cerrito, CA 94530
>
> They'll call you at 510-932-9536 as soon as it's there. I'm told you'll generally have about a week or so to pick it up.
>
> Rebekah
> Skepticon Organizer

[Quoted text hidden]

---

**Richard Carrier** <rcarrier@infidels.org>                                    Thu, Jun 12, 2014 at 11:04 AM
To: Rebekah Elder <rebekah@skepticon.org>
Cc: Lauren Lane <lane722@gmail.com>

I should ask to be sure, did you send everything in one large box, or was there also a second small box?


On Jun 8, 2014, at 5:31 PM, Rebekah Elder <rebekah@skepticon.org> wrote:

> Good news, everyone!
> The check was received and deposited, and we shipped the books with a copy of the invoice. I signed off on the invoice to indicate that it was paid in full. (and put it in my new merchandise notebook!) The estimated delivery date is 6/11/14 and your tracking number with FedEx is 780005187974. Due to the contents and their value, we decided to have it held for delivery at the FedEx location closest to you so that you can pick it up at your leisure and we don't have to worry about them sitting in the rain.
> 
> The FedEx Office is:
> 9989 San Pablo
> El Cerrito, CA 94530
> 
> They'll call you at 510-932-9536 as soon as it's there. I'm told you'll generally have about a week or so to pick it up.
> 
> Rebekah
> Skepticon Organizer

[Quoted text hidden]

---

**Rebekah Elder** <rebekah@skepticon.org>                                        Thu, Jun 12, 2014 at 5:15 PM
To: Richard Carrier <rcarrier@infidels.org>, Lauren Lane <lane722@gmail.com>

Yes, we played some Book Tetris and were able to get everything consolidated into just the one box. I put a copy of the invoice with the count inside the box so it would be easy for you to check everything back into your inventory. Glad everything arrived ok.

Rebekah

[Quoted text hidden]

---

**Richard Carrier** <rcarrier@infidels.org>                                        Thu, Jun 12, 2014 at 6:07 PM
To: Rebekah Elder <rebekah@skepticon.org>
Cc: Lauren Lane <lane722@gmail.com>

Well, there were 51 Sense and Goodness in the box (and the box was indeed packed without remainder), your inventory said 66.

I'll just count those missing 15 as a loss for my business. If they ever turn up, let me know.

[Quoted text hidden]