# Secular Student Alliance

From Wikipedia, the free encyclopedia

The **Secular Student Alliance (SSA)** is an educational nonprofit organization whose purpose is to educate high school and college students about the value of scientific reason and the intellectual basis of secularism in its atheistic and humanistic manifestations. The SSA also offers these students and their organizations a variety of resources, including leadership training and support, guest speakers, discounted literature and conference tickets, and online articles and opinions.



Affidavit
Exhibit D

**Secular Student Alliance**



| | |
|---|---|
| Abbreviation | SSA |
| Motto | *Empowering Students for a Secular Future* |
| Formation | November 21, 2001 |
| Type | non-profit |
| Legal status | corporation (http://www2.sos.state.oh.us/pls/bsqry/f?p=100:7:602190836324672::NO:7:P7_CHARTER_NUM:1272988) |
| Purpose | scientific rationality, secularism, and human-based ethics (http://secularstudents.org/sites/default/files/SSA_regulations_2013_1_24.pdf) |
| Headquarters | Columbus, Ohio |
| Region served | United States |
| Official language | English |
| Key people | August E. Brunsman IV, Executive Director<br>Alex DiBranco, Chair of the Board of Directors |
| Staff | 12[1] |
| Website | http://www.secularstudents.org/ |

## Contents

- 1 History
- 2 Membership growth
- 3 Events
- 4 Conferences
- 5 See also
- 6 References
- 7 Further reading
- 8 External links

## History

In 1999, the students on the Executive Council of the Campus Freethought Alliance, along with some other students, faculty advisors, and off-campus supporters, decided that a national student organization needed autonomy (the Campus Freethought Alliance was governed by the Council for Secular Humanism).[2] Therefore, in April 2000, a majority of the members of the Campus Freethought Alliance Executive Council decided to become independent from the Council for Secular Humanism.[2] The Secular Student Alliance was thus founded in May 2000 by eight student leaders from the grassroots secular movement.[2] It was organized under the nonprofit corporation laws[3] of the State of Ohio on November 21, 2001.[4] The corporation's principal office is located in Columbus, Ohio.[5]