

### Hydrogen Cars: The Future is Now!

Submitted by STEM on Tue, 11/03/2015 - 08:59

The long-awaited "Back to the Future Day" turned out to be more exciting than anyone could have imagined: Toyota released the first hydrogen fuel cell car! And at 2am on October 21st 2015, a Camp Quest volunteer became the very first person ever to own one! Congrats to Neil Polzin, the Vice Chair of Camp Quest, Camp Director at Camp Quest West, and new Mirai owner. Check out that Camp Quest sticker! Also for more fun check out the activities at the end of this article for more science fun!

The Back to the Future movie trilogy came out in the 1980s and showed what life would be like 30 years from then, in 2015. Well, we don't have flying cars, Mr. Fusion personal power plants, or hoverboards...but we do have some pretty amazing technologies that no one predicted. Your phone has way more computing power than the car-sized computers NASA used to land on the moon!

» Read more

STEM's blog      SHARE

1 2 3 4 5 6 7 8 9 ... next › last »



Affidavit Exhibit G

Copyright ©2011-2015 Camp Quest, Inc.
P.O. Box 2552
Columbus, OH 43216
614-441-9534
Home | Contact | Terms of Use