http://freethoughtblogs.com/carrier/archives/10017    Go    MAR **APR** MAY (/WEB/20160520092356/HTTP://FREETHOUGHTBLOGS.COM/CARRIER/ARCHIV
9 captures    **16** ▶ (/web/20160417110610/http://freethoughtblogs.com/carrier/archives/10017)
(/web/)  (/web/20160416112518*/http://freethoughtblogs.com/carrier/archives/10017)   2015 **2016** 2017    Help
16 Apr 16 – 7 Jul 16

# FREETHOUGHT BLOGS



# Richard Carrier Blogs

**Affidavit Exhibit I**



Richard Carrier is the renowned author of several books including *Sense and Goodness without God* (/web/20160416112518/http://www.richardcarrier.info/BooksbyRichardCarrier.html#SAG), *Proving History* (/web/20160416112518/http://www.richardcarrier.info/BooksbyRichardCarrier.html#PH), and *On the Historicity of Jesus* (/web/20160416112518/http://www.richardcarrier.info/BooksbyRichardCarrier.html#OHJ), as well as numerous articles online and in print. His avid readers span the world from Hong Kong to Poland. With a Ph.D. in ancient history from Columbia University, he specializes in the modern philosophy of naturalism, humanism, and social justice, the origins of Christianity, and the intellectual history of Greece and Rome, with particular expertise in ancient philosophy, science and technology. He has also become a noted defender of scientific and moral realism, Bayesian reasoning, and the methods and epistemology of history. For more about him and his work visit richardcarrier.info (/web/20160416112518/http://www.richardcarrier.info)

« Appearing at UCLA Next Week! (/web/20160416112518/http://freethoughtblogs.com/carrier/archives/10014)

## Announcing The Richard Carrier Exists Tour!

I may be visiting your town soon! And I may need your help. I'll explain in a moment. But here's the basic idea…

Because Christians don't understand how evidence works, they've **literally argued** (/web/20160416112518/http://rightreason.org/2012/does-richard-carrier-exist/) that there is no more evidence for my existence than there is for the existence of Jesus their Christ. Never mind that that's already wildly false. Here is your chance to see how evidence works, and confirm for yourself, as an eyewitness, that I do indeed exist! No silly hearsay for you anymore. Oh no. This is the real deal. (Jesus, meanwhile, promised he'd be back lickity split, and it's been nearly 2,000 years, so…)

I am moving to Columbus, Ohio, for good and all this May (2016). And I'm taking a moving truck and towing my car all the way across country from my current and soon past home in Stockton, California, with the assist of some of my girlfriends as relief drivers on different legs of the trip (that's really above and beyond…I'm extremely grateful

It's a modern day whistle stop tour. I'll be driving each day from one major city to the next, and giving a talk, or appearing in some public fashion selling and signing my books, and happily chatting and glad-handing and posing for photos for anyone who wants to verify my historicity.

I'm developing tour stops already for **Reno, Nevada** (Tuesday night, May 24), **Omaha, Nebraska** (Friday night, May 27), and **Kansas City, Missouri** (Saturday night, May 28). I'll announce those details as soon as they are finalized and there is a public pa somewhere promoting them.

**But here is where I need your help.**

I have made all possible efforts to contact organizations and arrange tour stops for Salt Lake City, Utah; Denver, Colorado; and Indianapolis, Indiana. And that hasn't worked. There is a campus group near SLC that might pull something together for my stop **Wednesday night May 25**, but I haven't gotten a confirmation, so I don't know if that will happen. Indianapolis doesn't want to compete with Memorial Day parties that **Sunday May 29**. And Denver just seems not to have been interested for **Thursday night May 26**.

So anyone who lives in or near those three places and wants to see me make an appearance on the respective date, I'd apprecial any help you can offer to make something happen. I'd love to show up and speak about something, hang out, sell some books…a confirm my historicity with you and all, with photos, or signing odd things, or whatever. Here are some ideas…

**For Indianapolis**, maybe the best plan would be if there is already a large enough gathering of interested atheists for a Memorial Day party (at least thirty or so!), I could just show up and join you all. As long as I can publicly announce the location, sell books at and there's any alcohol other than beer, I'm golden. So anyone who has a bead on that, let me know! It needn't be exactly in Indianapolis. Anywhere within an hour's drive around that epicenter. All the better if you have a place my girlfriend and I can crash for the night (not a requirement, just a hope). And BTW, given what Memorial Day is all about, do recall, as it happens, I am a veteran! Of a war even (I very importantly guarded an estuary in San Diego against Saddam Hussein's phantom submarine). True am not dead. Nor have any fallen comrades. But I'll have my National Service Medal on hand. And Letters of Commendation. And marksmanship ribbons. They'll just be in a little box, like a Korean Toe (only *Kids in the Hall* fans will get that one). I'll still make a point of calling a solemn toast to those who've died for us in service. Because, seriously.

**For Denver**, I can make anything along the I-25 that's *en route* to KC (e.g. Fort Collins, Boulder, Colorado Springs). Surely some group out there wants to be in on this historic(ity) event! If you want me to deliver a lecture, my only charge is $200 (negotiable). If it's a party, and I don't have to work, it's free (see Indianapolis above for requirements). And I am also looking for anyone with a guest room for my girlfriend and I to stay that night.

**For Salt Lake City**, or anything within an hour's drive of SLC, the same.

### Freethought Blogs

A Trivial Knot (/web/20160416112518/http://freethoughtblogs.com/atrivialknot/)

Affinity (/web/20160416112518/http://freethoughtblogs.com/affinity/)

Alethian Worldview (/web/20160416112518/http://freethoughtblogs.com/alethianworldview/)

Anjuli Pandavar (/web/20160416112518/http://freethoughtblogs.com/anjuli/)

Atheism, Music, and More... (/web/20160416112518/http://freethoughtblogs.com/natehevens/)

Bi Any Means (/web/20160416112518/http://freethoughtblogs.com/bianymeans/)

Comradde PhysioProffe (/web/20160416112518/http://freethoughtblogs.com/physioprof/)

Death to Squirrels (/web/20160416112518/http://freethoughtblogs.com/iris/)

Fierce Roller (/web/20160416112518/http://freethoughtblogs.com/fierceroller/)

Geeky Humanist (/web/20160416112518/http://freethoughtblogs.com/geekyhumanist/)
Great American Satan (/web/20160416112518/http://freethoughtblogs.com/gas/)
Heteronormative Patriarchy for Men (/web/20160416112518/http://freethoughtblogs.com/hetpat/)
Incongruous Circumspection (/web/20160416112518/http://freethoughtblogs.com/inspection/)
Kittywhumpus (/web/20160416112518/http://freethoughtblogs.com/kittywhumpus/)
Mano Singham (/web/20160416112518/http://freethoughtblogs.com/singham/)
Maryam Namazie (/web/20160416112518/http://freethoughtblogs.com/maryamnamazie/)
Nastik Deliberations (/web/20160416112518/http://freethoughtblogs.com/arun/)
New Frontier (/web/20160416112518/http://freethoughtblogs.com/frontier/)
Nirmukta on FTB (/web/20160416112518/http://freethoughtblogs.com/nirmukta/)
Oceanoxia (/web/20160416112518/http://freethoughtblogs.com/oceanoxia/)
Pharyngula (/web/20160416112518/http://freethoughtblogs.com/pharyngula/)
Pro-Science (/web/20160416112518/http://freethoughtblogs.com/kriswager/)
Reasonable Doubts (/web/20160416112518/http://freethoughtblogs.com/reasonabledoubts/)
Recursivity (/web/20160416112518/http://freethoughtblogs.com/recursivity/)
Richard Carrier Blogs (/web/20160416112518/http://freethoughtblogs.com/carrier/)
Taslima Nasreen (/web/20160416112518/http://freethoughtblogs.com/taslima/)
The Atheist Experience (/web/20160416112518/http://freethoughtblogs.com/axp/)
The Digital Cuttlefish (/web/20160416112518/http://freethoughtblogs.com/cuttlefish/)
The Hispanic Atheist (/web/20160416112518/http://freethoughtblogs.com/thathispanicatheist/)
The Indelible Stamp (/web/20160416112518/http://freethoughtblogs.com/indelible/)

Anyone who has offers, ideas, anything helpful, email me (mailto:rcarrier@infidels.org). If we can pull something togethe I'll appreciate it!

Print    More

Like this:

Loading...

« Appearing at UCLA Next Week! (/web/20160416112518/http://freethoughtblogs.com/carrier/archives/10014)

Richard Carrier (/web/20160416112518/http://freethoughtblogs.com/carrier/archives/author/carrier)    April 16, 2016

appearances (/web/20160416112518/http://freethoughtblogs.com/carrier/archives/category/appearances), Christianity (/web/20160416112518/http://freethoughtblogs.com/carrier/archives/category/christianity), Jesus (/web/20160416112518/http://freethoughtblogs.com/carrier/archives/category/jesus), philosophy (/web/20160416112518/http://freethoughtblogs.com/carrier/archives/category/philosophy)

Log in to comment (/web/20160416112518/http://freethoughtblogs.com/wp-login.php?redirect_to=http://freethoughtblogs.com/carrier/archives/10017)

Leave a Reply
Connect with

Your email address will not be published. Required fields are marked *
Comment

Name *

Email *

Website

Post Comment Preview
Click the "Preview" button to preview your comment here.

☐ Notify me of followup comments via e-mail. You can also subscribe (/web/20160416112518/http://freethoughtblogs.com/carrier/comment-subscriptions?srp=10017&srk=6cb7cc689fe96095a88eda211db07f9a&sra=s) without commenting.
☐ Notify me of follow-up comments by email.
☐ Notify me of new posts by email.