


(/web/20160707070237/http://freethoughtblogs.com/)    (/web/20160707070237/http://freethoughtblogs.com/carrier)



Richard Carrier is the renowned author of several books including *Sense and Goodness without God* (/web/20160707070237/http://www.richardcarrier.info/BooksbyRichardCarrier.html#SAG), *Proving History* (/web/20160707070237/http://www.richardcarrier.info/BooksbyRichardCarrier.html#PH), and *On the Historicity of Jesus* (/web/20160707070237/http://www.richardcarrier.info/BooksbyRichardCarrier.html#OHJ), as well as numerous articles online and in print. His avid readers span the world from Hong Kong to Poland. With a Ph.D. in ancient history from Columbia University, he specializes in the modern philosophy of naturalism, humanism, and social justice, the origins of Christianity, and the intellectual history of Greece and Rome, with particular expertise in ancient philosophy, science and technology. He has also become a noted defender of scientific and moral realism, Bayesian reasoning, and the methods and epistemology of history. For more about him and his work visit richardcarrier.info (/web/20160707070237/http://www.richardcarrier.info/).

### Freethought Blogs

A Trivial Knot (/web/20160707070237/http://freethoughtblogs.com/atrivialknot/)

Affinity (/web/20160707070237/http://freethoughtblogs.com/affinity/)

Against the Grain (/web/20160707070237/http://freethoughtblogs.com/atg/)

Aged Reasoner: Common Sense for Now People (/web/20160707070237/http://freethoughtblogs.com/reasoner/)

Alethian Worldview (/web/20160707070237/http://freethoughtblogs.com/alethianworldview/)

Anjuli Pandavar (/web/20160707070237/http://freethoughtblogs.com/anjuli/)

Atheism, Music, and More... (/web/20160707070237/http://freethoughtblogs.com/natehevens/)

Bi Any Means (/web/20160707070237/http://freethoughtblogs.com/bianymeans/)

Comradde PhysioProffe (/web/20160707070237/http://freethought

« Learn the Basics of New Testament Scholarship & How to Make Good Use of It! (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10255)

Regarding the Accusations Made by Amy Fra (/web/20160707070237/http://freethoughtblogs.com/carrier/arch

## The Richard Carrier Exists Tour Begins!

Today I head out across the country. Come visit me on one of my stops!

I am moving to Columbus, Ohio, for good and all. And I'm taking a moving truck and towing my car all the way across country from my current and soon past home in Stockton, California.

Because Christians don't understand how evidence works, they've **literally argued** (/web/20160707070237/http://rightreason.org/2012/does-richard-carrier-exist/) that there is no more evidence for my existence tha there is for the existence of Jesus their Christ. Never mind that that's already wildly false. Here is your chance to see how evidenc works, and confirm for yourself, as an eyewitness, that I do indeed exist!

This is a modern-day whistle-stop tour. I'll be driving each day from one major city to the next, and giving a talk, or appearing in some public fashion selling and signing my books, and happily chatting and glad-handing and posing for photos for anyone who wants to verify my historicity.

Here is the tour schedule...

- Reno (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10208) (May 24)
- SLC (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10198) (May 25)
- Denver (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10219) (May 26)
- Omaha (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10187) (May 27)
- Kansas City (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10177) (May 28; then (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10219) May 29)
- Columbus (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10164) (June 14)

Come join us at any of the above events!

Print        More

Like this:

Loading...

« Learn the Basics of New Testament Scholarship & How to Make Good Use of It! (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10255)

Regarding the Accusations Made by Amy Fra (/web/20160707070237/http://freethoughtblogs.com/carrier/arch

Richard Carrier (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/author/carrier)    May 24, 2016

appearances (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/category/appearances)

Log in to comment (/web/20160707070237/http://freethoughtblogs.com/wp-login.php?redirect_to=http://freethoughtblogs.com/carrier/archives/10259)

**Affidavit Exhibit J**

blogs.com/physioprof/)
Death to Squirrels (/web/20160707070237/http://freethoughtblogs.com/iris/)
Fierce Roller (/web/20160707070237/http://freethoughtblogs.com/fierceroller/)
FtB News (/web/20160707070237/http://freethoughtblogs.com/ftbnews/)
Geeky Humanist (/web/20160707070237/http://freethoughtblogs.com/geekyhumanist/)
Gestaltz (/web/20160707070237/http://freethoughtblogs.com/gestaltz/)
Great American Satan (/web/20160707070237/http://freethoughtblogs.com/gas/)
Heteronormative Patriarchy for Men (/web/20160707070237/http://freethoughtblogs.com/hetpat/)
Incongruous Circumspection (/web/20160707070237/http://freethoughtblogs.com/inspection/)
Jonathan's Musings (/web/20160707070237/http://freethoughtblogs.com/musings/)
Kittywhumpus (/web/20160707070237/http://freethoughtblogs.com/kittywhumpus/)
Mano Singham (/web/20160707070237/http://freethoughtblogs.com/singham/)
Maryam Namazie (/web/20160707070237/http://freethoughtblogs.com/maryamnamazie/)
Nastik Deliberations (/web/20160707070237/http://freethoughtblogs.com/arun/)
New Frontier (/web/20160707070237/http://freethoughtblogs.com/frontier/)
Nirmukta on FTB (/web/20160707070237/http://freethoughtblogs.com/nirmukta/)
Oceanoxia (/web/20160707070237/http://freethoughtblogs.com/oceanoxia/)
Pharyngula (/web/20160707070237/http://freethoughtblogs.com/pharyngula/)
Primate Chess (/web/20160707070237/http://freethoughtblogs.com/primatechess/)
Pro-Science (/web/20160707070237/http://freethoughtblogs.com/kriswager/)
Reasonable Doubts (/web/20160707070237/http://freethoughtblogs.com/reasonabledoubts/)
Recursivity (/web/20160707070237/http://freethought

## Comments

1.  Jonathan C says

   May 24, 2016 at 4:13 am (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059480)

   Hi Rich, I am surprised you survived for as long as you did in Stockton? I have heard it is one of the worst hit places regarding the economy in California and is riddled with crime and drugs etc. BTW, why Columbus? Will any of your talks on your upcomi tour be recorded and posted online? Thanks, John

    Richard Carrier (/web/20160707070237/http://www.richardcarrier.info/) says

   May 28, 2016 at 11:18 am (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059491)

   Yes, some were recorded but not all, and some video and some just audio. Keep your eye out for those.

   Why Columbus? Things (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059487).

   Stockton? In actual fact, the news makes everything sound scarier than it is. I lived in one of the worst neighborhoods for over year and I was fine. The worst to worry about is petty crime. Which can be harmful financially, but it's not life threatening. I hea more gunfire nightly in Richmond. Almost none ever in Stockton. Most of the "crime" is drug related; thus, created by government Prohibition.

   And as far as the poverty, which is indeed bad, Stockton is on the upturn, and most poor people by far are law-abiding. Indeec I'd bet if a study were done, the rate of criminality probably increases with wealth (when you count all forms of white collar crin including non-petty tax evasion and fraud).

2.  Shivam Brahmin says

   May 24, 2016 at 10:09 pm (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059481)

   Are you in advising Robert Price in his upcoming debate with Ehrman, particularly the material in your last Ehrman rebuttal?

    Richard Carrier (/web/20160707070237/http://www.richardcarrier.info/) says

   May 28, 2016 at 11:09 am (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059490)

   That's a long way off. I doubt he needs advice. But I'll help if I can.

3.  cdaj9e3voqacrjak566z says

   May 25, 2016 at 2:19 pm (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059482)

   Hi Richard Carrier,
   So the ancient Jews were Judaizing Hellenism rather than Hellenizing Judaism? Are they just two sides of the same coin in th historical case?

   I don't think you could have been invented so quickly. But if there was a conspiracy…I think there were probably many minimalist historians minted who grew up knowing the patriarchs were mythical.

   Laurence Crossen

    Richard Carrier (/web/20160707070237/http://www.richardcarrier.info/) says

   May 28, 2016 at 11:05 am (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059489)

   I don't know what you are referring to.

4.  Ironymuch says

   May 25, 2016 at 7:36 pm (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059483)

   Uhh… That post questioning your existence was a satire of your arguments. Sorry to break it to you.

   Richard Carrier (/web/20160707070237/http://www.richardcarrier.info/) says

   May 28, 2016 at 11:04 am (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059488)

blogs.com/recursivity/)

SecularVoices on FtB
(/web/20160707070237/http://freethought
blogs.com/secularvoices/)

Stderr
(/web/20160707070237/http://freethought
blogs.com/stderr/)

Taslima Nasreen
(/web/20160707070237/http://freethought
blogs.com/taslima/)

The Atheist Experience
(/web/20160707070237/http://freethought
blogs.com/axp/)

The Digital Cuttlefish
(/web/20160707070237/http://freethought
blogs.com/cuttlefish/)

The Hispanic Atheist
(/web/20160707070237/http://freethought
blogs.com/thathispanicatheist/)

The Indelible Stamp
(/web/20160707070237/http://freethought
blogs.com/indelible/)

The Zingularity
(/web/20160707070237/http://freethought
blogs.com/zingularity/)

Thoughts of Crys
(/web/20160707070237/http://freethought
blogs.com/thoughtsofcrys/)

YEMMYnisting
(/web/20160707070237/http://freethought
blogs.com/yemmynisting/)

### RECENT POSTS ON FTB

[Last 50 Recent Posts]
(/web/20160707070237/http://freethoughtblogs.com/recent-posts/)

Light It Up: UK Black Pride 2016
(/web/20160707070237/http://freethoughtblogs.com/yemmynisting/2016/07/07/light-it-up-uk-black-pride-2016/)
YEMMYnisting
(/web/20160707070237/http://freethoughtblogs.com/yemmynisting) - Published by Yemisi Ilosanmi
(/web/20160707070237/http://freethoughtblogs.com/yemmynisting/author/yemmynisting)

Helium discovery in Africa - a game changer?
(/web/20160707070237/http://freethoughtblogs.com/arun/2016/07/06/helium-discovery-in-africa-a-game-changer/)
Nastik Deliberations
(/web/20160707070237/http://freethoughtblogs.com/arun/) - Published by Arun
(/web/20160707070237/http://freethoughtblogs.com/arun/author/arunmadhavan)

The Nature of Democracy
(/web/20160707070237/http://freethoughtblogs.com/gestaltz/2016/07/06/the-nature-of-democracy/)
Gestaltz
(/web/20160707070237/http://freethoughtblogs.com/gestaltz/) - Published by gestaltz
(/web/20160707070237/http://freethoughtblogs.com/gestaltz/author/gestaltz)

"Ask The Strategic Genius" thread
(/web/20160707070237/http://freethoughtblogs.com/stderr/2016/07/06/ask-the-strategic-genius-thread/)
Stderr
(/web/20160707070237/http://freethoughtblogs.com/stderr/) -

---

The satire only works if they believe the analogy holds.

If in fact the evidence for my existence is good, in precisely the ways it isn't for Jesus, the analogy doesn't hold.

So at best, they are writing a satire of themselves.

Which of course they were not doing. They actually think their argument holds. That's why they think it's a satire of me and not them.

5. **Minus says**
May 25, 2016 at 8:26 pm (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059484)

Why-o Ohio?



**Richard Carrier** (/web/20160707070237/http://www.richardcarrier.info/) says
May 28, 2016 at 11:02 am (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059487)

Maximum concentration of girlfriends. Better living at less expense. Better geographic location for speaking tours. But mostly t girlfriends.

6. **Matthew Prorok** (/web/20160707070237/http://inaweofeverything.blogspot.com/) says
May 26, 2016 at 12:07 pm (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059485)

Looking forward to welcoming you to Columbus! It's a great city.

7. **cdaj9e3voqacrjak566z says**
May 28, 2016 at 5:58 pm (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059495)

In response to Richard Carrier: "I don't know what you are referring to."
Sorry, I did not express myself well.
I was referring to the "they've literally argued" link you gave in this post, which said;
"He is also supposed to be relatively young, which makes him one of, say, 3,000 or so History Ph. D.s to have been minted in the past five years... Of the 3,000 or so History Ph.D.s minted in the last five years, and... how many are mythicists? It's a pre safe bet that the number is close to zero." So I said; "I think there were probably many minimalist historians minted who grew knowing the patriarchs were mythical." And I think there are many millions of people ready to learn and recognize that Jesus was not in origin a historical person.

Referring to your demonstrations that Christianity could have been invented in a short period of time I said; "I don't think you could have been invented so quickly. But if there was a conspiracy...:)

In at least one of your talks I heard you say that the ancient Israelite's Judaized elements of Greco-Roman tradition. So I wonder, "So the ancient Jews were Judaizing Hellenism rather than Hellenizing Judaism? Are they just two sides of the same syncretistic coin in this historical case?" Did Philo see himself as Judaizing Hellenism or Hellenizing Judaism?
-Laurence Crossen

8. **Alif says**
May 28, 2016 at 11:56 pm (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059496)

hullo dr carrier

U cud easily du lecturs at OSU https://religion.osu.edu/ (/web/20160707070237/https://religion.osu.edu/)

9. **cdaj9e3voqacrjak566z says**
May 29, 2016 at 9:20 am (/web/20160707070237/http://freethoughtblogs.com/carrier/archives/10259#comment-1059497)

The only way the Christians could maintain the historicity of Jesus was to ignore the issue and maintain the assumption. Fortunately, Richard Carrier is not going away and the more Christians engage him the more unmistakable it becomes that Jesus never existed.
-Laurence Crossen