

INTERNET ARCHIVE
**WayBack Machine**

http://www.meetup.com/REASON-Rationalists-Empiricists-And-Skeptics-   **Go**

JUN **JUL** AUG

◀ **7** ▶

2015 **2016** 2017

Close
Help

2 captures
19 Jun 16 – 7 Jul 16

meetup

Log in    **Sign up**

# REASON (Rationalists, Empiricists And Skeptics Of Nebraska)

Home    Members    Photos    Pages    Discussions    More

Join us!

## The OmahaCoR Presents: An Evening with Dr. Richard Carrier, Ph.D.

May 27 · 7:30 PM
University of Nebraska at Omaha, CPACS Bldg, Rm 101



BibleName Foto © 2013
facebook.com/Biblenamefoto
flickr.com/biblename_photo

The Omaha Coalition of Reason is hosting a special talk by Dr. Richard Carrier, Ph.D. entitled "*Science as Philosophy in Ancient Rome.*"

Dr. Carrier will discuss how ancient science evolved from Western philosophy, and set the foundations for modern science, whose remaining connections with philosophy remain nearly the same. What did they accomplish back then? And what has changed?

Dr. Carrier has a Ph.D. in the history of philosophy from Columbia University, and is a published philosopher and historian, specializing in contemporary philosophy of naturalism, and in Greco-Roman philosophy, science, and religion, and the origins of Christianity. He blogs regularly, lectures for community groups worldwide, and teaches courses online. He is the author of many books including *Sense and Goodness without God*, *On the Historicity of Jesus*, and *Proving History*, as well as chapters in several anthologies and articles in academic journals. For more about Dr. Carrier and his work see www.richardcarrier.info.

22 went

**William Danger N.**
+11
Co-Organizer, Event Host

**Laurey S.**
Organizer, Event Host

**Edie S.**

**Les L.**
Co-Organizer

**Joe M.**

**Dan M.**

**Joel W.**
Co-Organizer

**Charles**
Co-Organizer

Affidavit
Exhibit K



This event is part of the "*Richard Carrier Exists*" tour (http://freethoughtblogs.com/carrier/archives/10017). A whistle-stop on his move across country to Ohio. Come verify Dr. Carrier's historicity! You can even document it with a photograph. Or a signature on a book.

Tickets are just $5.00 in advance ($8.00 at the door) and can be purchased at any of our scheduled meetups between now and the event, or online at omahacor.brownpapertickets.com.

You'll also have the chance to meet:

7 People from "Atheist Community of Omaha"

9 Humanists from "Omaha Metro Area Humanist Association (OMAHA)"

A total of 22 people are expected to attend!

Edit Linking

Join or login to comment.

Julia +1

A former member

**Start a Meetup Group**

Log in

Help   About Us   Jobs   Apps   API   Topics   Browse Countries   Blog   Tech Blog   Made in NYC