INTERNET ARCHIVE WayBackMachine
http://freethoughtblogs.com/carrier/archives/10187
9 captures
4 May 16 – 7 Jul 16




(/web/20160707070203/http://freethoughtblogs.com/)  (/web/20160707070203/http://freethoughtblogs.com/carrier)



Richard Carrier is the renowned author of several books including *Sense and Goodness without God* (/web/20160707070203/http://www.richardcarrier.info/BooksbyRichardCarrier.html#SAG), *Proving History* (/web/20160707070203/http://www.richardcarrier.info/BooksbyRichardCarrier.html#PH), and *On the Historicity of Jesus* (/web/20160707070203/http://www.richardcarrier.info/BooksbyRichardCarrier.html#OHJ), as well as numerous articles online and in print. His avid readers span the world from Hong Kong to Poland. With a Ph.D. in ancient history from Columbia University, he specializes in the modern philosophy of naturalism, humanism, and social justice, the origins of Christianity, and the intellectual history of Greece and Rome, with particular expertise in ancient philosophy, science and technology. He has also become a noted defender of scientific and moral realism, Bayesian reasoning, and the methods and epistemology of history. For more about him and his work visit richardcarrier.info (/web/20160707070203/http://www.richardcarrier.info/).

« Kinky Sexy Stuff: Speaking in Columbus, Ohio, This June (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/10180)

The Richard Carrier Exists Tour: Stop 2, Salt Lake C (/web/20160707070203/http://freethoughtblogs.com/carrier/arch

## The Richard Carrier Exists Tour: Stop 4, Omaha!

I'll be announcing the events along the Richard Carrier Exists Tour as they are finalized. Second in is Omaha, Nebraska. **That's my fourth stop on the move across country.** And that's Friday night, May 27. Come verify my historicity! Pictures & signatures welcome.

Sponsored by the **Omaha Coalition of Reason** (/web/20160707070203/http://unitedcor.org/coalition-of-reason/omaha/), I'll be speaking on **Science as Philosophy in Ancient Rome**. In which I'll talk about "how ancient science evolved from Western philosophy, and set the foundations for modern science, whose remaining connections with philosophy remain nearly the same. What did they accomplish back then? And what has changed?"

Starts at 7:30pm at the University of Nebraska at Omaha, CPACS Building, Room 101 (6001 Dodge Street in Omaha). The CPAC Building is located immediately southeast of the iconic UNO clock tower.

I'll also be doing Q&A and selling and signing books after.

Tickets $5 in advance, $8 at the door.

Tickets **here** (/web/20160707070203/http://omahacor.brownpapertickets.com/). More details and updates **here** (/web/20160707070203/http://www.meetup.com/REASON-Rationalists-Empiricists-And-Skeptics-Of-Nebraska/events/230751196/).

Print    More

Like this:

Loading...

« Kinky Sexy Stuff: Speaking in Columbus, Ohio, This June (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/10180)

The Richard Carrier Exists Tour: Stop 2, Salt Lake C (/web/20160707070203/http://freethoughtblogs.com/carrier/arch

Richard Carrier (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/author/carrier)    May 4, 2016

ancient history (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/category/ancient-history), ancient science (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/category/ancient-science), appearances (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/category/appearances), history (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/category/history), history of science (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/category/history-of-science), philosophy (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/category/philosophy), science (/web/20160707070203/http://freethoughtblogs.com/carrier/archives/category/science)

Log in to comment (/web/20160707070203/http://freethoughtblogs.com/wp-login.php?redirect_to=http://freethoughtblogs.com/carrier/archives/10187)

**Affidavit Exhibit L**

### Freethought Blogs

A Trivial Knot (/web/20160707070203/http://freethoughtblogs.com/atrivialknot/)

Affinity (/web/20160707070203/http://freethoughtblogs.com/affinity/)

Against the Grain (/web/20160707070203/http://freethoughtblogs.com/atg/)

Aged Reasoner: Common Sense for Now People (/web/20160707070203/http://freethoughtblogs.com/reasoner/)

Alethian Worldview (/web/20160707070203/http://freethoughtblogs.com/alethianworldview/)

Anjuli Pandavar (/web/20160707070203/http://freethoughtblogs.com/anjuli/)

Atheism, Music, and More... (/web/20160707070203/http://freethoughtblogs.com/natehevens/)

Bi Any Means (/web/20160707070203/http://freethoughtblogs.com/bianymeans/)

Comradde PhysioProffe (/web/20160707070203/http://freethought