Find friends



**Richard Carrier**
May 4 · Twitter ·

Follow

The Richard Carrier Exists Tour: Stop 4, Omaha! https://t.co/aJCPYnobIT
https://t.co/xVF6Iw7Q7E



Dr. Richard Carrier (@RichardCCarrier) posted a photo on Twitter

Get the whole picture - and other photos from Dr. Richard Carrier

PIC.TWITTER.COM/XVF6IW7Q7E | BY DR. RICHARD ...

Like    Share

24

 **Matti Dwyer** Would love to attend! Keep us posted if you head through Portland, OR!
Like · May 4 at 12:54pm

 **Michael Jonckheere** I'll be there. Do I get extra credit? 😉
Like · May 4 at 10:13pm



**Chic Mermaid Blanket**
www.dresslily.com
Free Shipping & Extra $10 OFF $95 Code: CHRISTMAS10. Ends 12/26/16.

**Step Up Your Undies Game**
meundies.com
Life feels better in MeUndies.

English (US) · Español · Português (Brasil)
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More

Facebook © 2016

**FAVORITES**

Mike Nelson
Glen Gardner — 1h
Greg Fitzsimmons
Eric S. Lynch
Lisa McCoy — 18m
Karin Warner — 37m
Matt Ferguson — 31m
Amy Perry — 19h
Rachel Allen Howard — 2h
Kent Llewellyn — 1h
Karen Rogers — 1m

Search

Affidavit Exhibit M