

 Home   Moments   Notifications   Messages  Search Twitter   

    



| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|---|---|---|---|
| 2,441 | 503 | 2,535 | 316 |

   Follow

### Dr. Richard Carrier
@RichardCCarrier

Author, Speaker, Philosopher, Historian.

📍 Columbus, OH
🔗 richardcarrier.info
📅 Joined September 2015
🎈 Born in 1969

✏️ Tweet to    ✉️ Message

📷 94 Photos and videos

  

**Tweets**   Tweets & replies   Media

**Dr. Richard Carrier** @RichardCCarrier · Dec 4
Dude! For next half hour, donations get @ShelleySegal to sing & it's a double match, so your donation is tripled!

**24-Hour Broadcast!**
Dogma Debate 24-Hour Broadcast Benefiting Camp Quest Starting Saturday Dec 3 at 4PM US/Central! What better way to cultivate a secular society, than through ...
dogmadebate.com

↩   ⇄ 2   ♡ 2   •••

**Dr. Richard Carrier** @RichardCCarrier · Dec 4
Oh, next hour, one of my favorite comedians, @keithlowell is going to be on the Dogma Debate Camp Quest marathon!

**24-Hour Broadcast!**
Dogma Debate 24-Hour Broadcast Benefiting Camp Quest Starting Saturday Dec 3 at 4PM US/Central! What better way to cultivate a secular society, than through ...
dogmadebate.com

↩   ⇄ 1   ♡ 2   •••

**Dr. Richard Carrier** @RichardCCarrier · Dec 4
Hey everyone! Check out the Dogma Debate marathon for Camp Quest today: dogmadebate.com/cq/ Amazing guests & stories. In 20th hour now!

**Affidavit Exhibit O**