HOME          CONTACT          PUBLICITY                              

VIDEOS          WRITINGS



ABOUT | GET BOOKS | TAKE CLASSES | HOW TO HELP | BOOKING DR. CARRIER

Affidavit Exhibit P

# Booking Dr. Carrier

For any speaking engagement I usually require travel & lodging, a $300 honorarium, and an opportunity to sell my books at your event. Some of that is negotiable. If you want to do a teleconference, I charge $150 per hour, and no expenses. I also teach regular **courses online** for considerably less, though not live.

But here are some additional options and things to know…

- **The largest expense is always transportation**

I live in Columbus, Ohio, within twenty minutes of its airport. Often the lowest expense is lodging. I prefer a nonsmoking room at any reasonable establishment. But if you can find volunteers to take me in, all I need is a

*Search This Blog*

SEARCH HERE...

*Follow Richard Carrier's Work & Announcements*

