55. **PZ Myers**
24 June 2016 at 8:24 am

Yes, I have more information than you do. I was the contact person who got the personal accounts and relayed them to the Ethics Committee, so I've read everything. I'm also in contact with the people at the-orbit and skepticon who've been dealing with this. I've had a short phone conversation with Carrier in which he presented his ultimatums. And most damningly, we've seen his 'defense', which I sincerely hope he doesn't use for his own sake, which consists almost entirely of extortionate threats to reveal secrets of the sex life of his accusers.

The hole he's digging in public really is *nothing* compared to the mohole he's excavating in private.

56. **Caine**
24 June 2016 at 8:31 am

PZ:

> And most damningly, we've seen his 'defense', which I sincerely hope he doesn't use for his own sake,

I sincerely hope he doesn't use that for *everyone's* sake.

**Affidavit Exhibit Q**