62. **Stephanie Zvan**
24 June 2016 at 11:03 am

cadfile @48:

Where were we? Reading, watching, collecting information. Arguing with Carrier's self-justifications, sometimes more publicly, sometimes less. Are you objecting that we weren't blogging about it all then? If you are, go talk to the people who claim every objection to bad behavior short of rape is a witch-hunting overreaction.

Thing is, you have to choose. Are we going to be allowed to talk about low-level problems as they problems they are at that type without being pushed out of our own damned movement because we're "destroying" the lives and reputations of oh so important men? Or are you going to get hit like this with the wall of information required to convince people this is a problem worth talking about? One or the other. Which is it?

If you want the first one, go deal with all the people who have been pushing for the second for the last five years. I've been working on that problem the entire time. Your turn.

**Affidavit Exhibit R**

63. **Stephanie Zvan**
24 June 2016 at 11:06 am

Blergh, typos. I'm tired. Everyone who says we do this kind of thing for the hits has no idea how much writing time we lose to dealing with everything behind the scenes.