81. **PZ Myers**
25 June 2016 at 10:25 am

He wants to sue for defamation, for knowingly issuing false statements about his behavior. That's going to be difficult, since all we said is that we had reports of aggressive sexual behavior, which is true, and that we were investigating further. Skepticon said more and took direct action, but they have multiple witnesses to what they're saying happened. Even if he somehow discredits those accusers by dumping their sexual histories into the record, it doesn't change the truth of what we said, or that Skepticon had legitimate concerns that they had to act upon, and it also effectively confirms what all the accusers said.

82. **Tethys**
25 June 2016 at 10:28 am

PZ

> No. I've yelled and hollered that backchannel conversations are totally private and not to be breached in public. That's not going to change, ever.

Do you not make a specific exception for threats right in the sidebar? I absolutely agree that any communications between him and the ethics board/SSA/victims should remain completely private, but if he is now no longer

**Affidavit Exhibit S**