
(/)

# PHARYNGULA
*Evolution, development, and random biological ejaculations from a godless liberal*

(http://freethoughtblogs.com/pharyngula)

## Freethought Blogs

FREETHOUGHT RESISTANCE
(http://freethoughtblogs.com/resist/)

A Trivial Knot
(http://freethoughtblogs.com/atrivialknot/)

Affinity
(http://freethoughtblogs.com/affinity/)

Against the Grain
(http://freethoughtblogs.com/atg/)

Aged Reasoner: Common Sense for Now People
(http://freethoughtblogs.com/reasoner/)

Alethian Worldview
(http://freethoughtblogs.com/alethianworldview/)

Anjuli Pandavar
(http://freethoughtblogs.com/anjuli/)

Atheism, Music, and More...
(http://freethoughtblogs.com/natehevens/)

Bi Any Means
(http://freethoughtblogs.com/bianymeans/)

Comradde PhysioProffe
(http://freethoughtblogs.com/physioprof/)

Death to Squirrels
(http://freethoughtblogs.com/iris/)

Druthers
(http://freethoughtblogs.com/druthers/)

Fierce Roller
(http://freethoughtblogs.com/fierceroller/)

Freethinking Ahead
(http://freethoughtblogs.com/freethinkingahead/)

FtB News
(http://freethoughtblogs.com/ftbnews/)

Geeky Humanist
(http://freethoughtblogs.com/geekyhumanist/)

Great American Satan
(http://freethoughtblogs.com/gas/)

Heteronormative Patriarchy for Men
(http://freethoughtblogs.com/hetpat/)

I Have Forgiven Jesus
(http://freethoughtblogs.com/forgiven/)

Incongruous Circumspection
(http://freethoughtblogs.com/inspection/)

Intransitive
(http://freethoughtblogs.com/intransitive/)

Jonathan's Musings
(http://freethoughtblogs.com/musings/)

Kittywhumpus
(http://freethoughtblogs.com/kittywhumpus/)

Mano Singham
(http://freethoughtblogs.com/singham/)

« Winter is coming
(http://freethoughtblogs.com/pharyngula/2016/09/24/winter-is-coming/)

Move over, Martin Shkreli: Palmer Luckey is he
(http://freethoughtblogs.com/pharyngula/2016/09/24/move-ov
martin-shkreli-palmer-luckey-is-here/

## Commutation of sentence

There I was, heaving a bow saw against the shrubbery, sweat running into my eyes, red-faced, and *maybe* lookin a little over-stressed, and my wife gives me one of her looks and tells me that maybe I ought to call it a day, she was about to drive off to the dump with a load of brush and was a little bit afraid that she'd find me slumped into a unconscious heap when she got back.

Now you know, this is an affront to my manhood. I quickly marshaled many fierce replies, but I was slowed in delivering them because I was panting so hard. Otherwise, I was ready to tell her…

"At least I will have died like a man, with my tool in my hand!"

Or maybe the classic,

"We all gotta go some time."

But then it sunk in that if I said anything like that, I would sound like Gary Johnson.



NPC Luncheon with Gary Johnson

My gob, what an idiot. Aren't you New Mexicans a little embarrassed about having elected this guy?

So I surrendered meekly and have gone into the house. I guess being sensible and cautious is one way to avoid surrendering to our fate.

Oh! And as I walked into the house, I got handed some bulky certified mail. ==Richard Carrier is suing 7 entities, and I'm two of them.== He's demanding $1,050,000 in compensation and another $1,050,000 in punitive damages. ==So there's another fate I won't be surrendering to.==

Share this:

Print
Email
G+1 1    submit

(https://www.pinterest.com/pin/create/button/?url=http%3A%2F%2Ffreethoughtblogs.com%2Fpharyngula%2l
Share %2F&media=http%3A%2F%2F1.gravatar.com%2Favatar%2F700a584924f4f6c16fd6fd578d59b65b%3Fs

Tweet

**Affidavit Exhibit T**

Nastik Deliberations (http://freethoughtblogs.com/arun/)
New Frontier (http://freethoughtblogs.com/frontier/)
Nirmukta on FTB (http://freethoughtblogs.com/nirmukta/)
Oceanoxia (http://freethoughtblogs.com/oceanoxia/)
Pharyngula (http://freethoughtblogs.com/pharyngula/)
Primate Chess (http://freethoughtblogs.com/primatechess/)
Pro-Science (http://freethoughtblogs.com/kriswager/)
Reasonable Doubts (http://freethoughtblogs.com/reasonabledoubts/)
Recursivity (http://freethoughtblogs.com/recursivity/)
SecularVoices on FtB (http://freethoughtblogs.com/secularvoices/)
Small Town Deviant (http://freethoughtblogs.com/deviant/)
Stderr (http://freethoughtblogs.com/stderr/)
Taslima Nasreen (http://freethoughtblogs.com/taslima/)
The Atheist Experience (http://freethoughtblogs.com/axp/)
The Digital Cuttlefish (http://freethoughtblogs.com/cuttlefish/)
The Hispanic Atheist (http://freethoughtblogs.com/thathispanicatheist/)
The Indelible Stamp (http://freethoughtblogs.com/indelible/)
The Zingularity (http://freethoughtblogs.com/zingularity/)
Thoughts of Crys (http://freethoughtblogs.com/thoughtsofcrys/)
YEMMYnisting (http://freethoughtblogs.com/yemmynisting/)

### RECENT POSTS ON FTB

[Last 50 Recent Posts] (http://freethoughtblogs.com/recent-posts/)

Welcome Our New Oligarch (http://freethoughtblogs.com/stderr/2016/12/14/welcome-our-new-oligarch/)
Stderr (http://freethoughtblogs.com/stderr) - Published by Marcus Ranum (http://freethoughtblogs.com/stderr/author/mjranum)

Rally in New York (http://freethoughtblogs.com/resist/2016/12/14/rally-in-new-york/)
FREETHOUGHT RESISTANCE (http://freethoughtblogs.com/resist) - Published by PZ Myers (http://freethoughtblogs.com/resist/author/pharyngula)

---

Related

(http://freethoughtblogs.com/pharyngula/2015/01/12/christina-has-a-new-book/)
It's called Bending: Dirty Kinky Stories About Pain, Power, Religion, Unicorns, & More. I bought it. I read the first page of the introduction, my gnarled and liver-
In "Books"


Sooooooooup (http://freethoughtblogs.com/pharyngula/2015/10/21/sooooooooup/)
In "Atheism and Skepticism"

(http://freethoughtblogs.com/pharyngula/2015/10/21/call-me-chad/)
I have never been so flattered in my life. Usually the angry MGTOWs and MRAs just call me a beta cuck, but I've now discovered what they really, secretly think of me. Dave
In "Miscellaneous and Meta"

« Winter is coming (http://freethoughtblogs.com/pharyngula/2016/09/24/winter-is-coming/)

Move over, Martin Shkreli: Palmer Luckey is here (http://freethoughtblogs.com/pharyngula/2016/09/24/move-over-martin-shkreli-palmer-luckey-is-here/)

👤 PZ Myers (http://freethoughtblogs.com/pharyngula/author/pharyngula/)    📅 24 September 2016

📁 Miscellaneous and Meta (http://freethoughtblogs.com/pharyngula/category/misc/)

💬 Log in to comment (/wp-login.php?redirect_to=http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/)

## Comments

1. **Ulgaa**
   24 September 2016 at 4:40 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041546)
   
   Have you seen Gary Johnson's tongue debacle?

2. **slithey tove (twas brillig (stevem))**
   24 September 2016 at 4:53 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041548)
   
   "yeah, climate is getting warmer, man-made yada-yada-yada. so we should build more coal power plants. yes we should"
   yuk yuk yuk not even wrong.
   long term view does not mean Billions of year timeframe.
   what a dimwit.

3. **unclefrogy**
   24 September 2016 at 5:09 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041549)
   
   I could not get 2 minutes into what he was saying. I take it he does not live near a sea port any where in the world. It will be really expensive to relocate all of the sea ports in the world to higher ground. I have no idea how to even estimate what it will cost, probably considerably more than switching to alternative energy sources cou cost.
   
   I have learned that when I start to throb and sweat profusely from exertion I am getting old and am not in the condition I was when I was in my 20's and 30's. It means it is time to take a break and maybe not try to accomplish too much all at once. And remember I am getting "payed" by the hour not by the piece .
   uncle frogy

4. **Kreator**
   24 September 2016 at 5:10 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041551)
   
   > He's demanding $1,050,000 in compensation and another $1,050,000 in punitive damages.

Zero Gravity Space Art, And You Can Be A Part! (http://freethoughtblogs.com/affinity/2016/12/14/zero-gravity-space-art-and-you-can-be-a-part/)
Affinity (http://freethoughtblogs.com/affinity) - Published by Caine (http://freethoughtblogs.com/affinity/author/caine)

Is that in my job description? (http://freethoughtblogs.com/pharyngula/2016/12/14/is-that-in-my-job-description/)
Pharyngula (http://freethoughtblogs.com/pharyngula) - Published by PZ Myers (http://freethoughtblogs.com/pharyngula/author/pharyngula)

THE PARADOX OF SCIENCE: The surprising success of science (http://freethoughtblogs.com/singham/2016/12/14/the-paradox-of-science-the-surprising-success-of-science/)
Mano Singham (http://freethoughtblogs.com/singham) - Published by Mano Singham (http://freethoughtblogs.com/singham/author/singham)

Feeling Helpless (http://freethoughtblogs.com/thoughtsofcrys/2016/12/14/feeling-helpless/)
Thoughts of Crys (http://freethoughtblogs.com/thoughtsofcrys) - Published by thoughtsofcrys (http://freethoughtblogs.com/thoughtsofcrys/author/thoughtsofcrys)

Quoting Jordan Peterson is "muckraking" now (http://freethoughtblogs.com/atg/2016/12/14/quoting-jordan-peterson-is-muckraking-now/)
Against the Grain (http://freethoughtblogs.com/atg) - Published by Siobhan (http://freethoughtblogs.com/atg/author/echamilton)

As an atheist, what curse would you use… (Responses) (http://freethoughtblogs.com/deviant/2016/12/14/as-an-atheist-what-curse-would-you-use-responses/)
Small Town Deviant (http://freethoughtblogs.com/deviant) - Published by Cadyn (http://freethoughtblogs.com/deviant/author/deviant)

The Indian demonetisation fiasco (http://freethoughtblogs.com/arun/2016/12/13/the-indian-demonetisation-fiasco/)
Nastik Deliberations (http://freethoughtblogs.com/arun) - Published by Arun (http://freethoughtblogs.com/arun/author/arunmadhavan)

To Build A Bridge Or Burn It? (http://freethoughtblogs.com/bianymeans/2016/12/13/to-build-a-bridge-or-burn-it/)
Bi Any Means (http://freethoughtblogs.com/bianymeans) - Published by Trav Mamone (http://freethoughtblogs.com/bianymeans/author/tmamone)

Search this website…

Register (http://freethoughtblogs.com/pharyngula/wp-login.php?action=register)
Log in (/wp-login.php?redirect_to=http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/)

Recent Posts   Recent Comments   Archives

Is that in my job description? (http://freethoughtblogs.com/pharyngula/2016/12/14/is-that-in-my-job-description/)

Does evolution have a purpose? (http://freethoughtblogs.com/pharyngula/20

Well, serves you right. I reckon that the *nothing* that you and your pals did to him must have been quite devastating to his bottom line.

5. **Silver Fox**
   24 September 2016 at 5:16 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041552)

   *"At least I will have died like a man, with my tool in my hand!"*

   You have no idea how lucky you are that you didn't say that! Your wife probably would have died laughing.

6. **raven**
   24 September 2016 at 5:22 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041553)

   Gary Johnson is truly an idiot.
   "Since the sun will go red giant in 2 billion years, we don't have to worry about global warming in the next century."
   It's basically, we are all going to die someday so why worry about anything?

   We are all going to die someday. So why bother even getting up in the morning?
   For a lot of reasons. We don't own the earth. We just take care of it for the next generations, some of whom are our friends and children.

7. **Paul Cowan**
   24 September 2016 at 5:26 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041555)

   He's suing? Wow, any plans to setup some kind of GoFundMe or for legal costs? It's a model that worked well f Steven Novella I understand.

   I'll contribute!

8. aaronbaker (http://www.facebook.com/profile.php?id=1360322113)
   24 September 2016 at 5:28 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041556)

   *He's demanding $1,050,000 in compensation and another $1,050,000 in punitive damages.*

   What a schmuck. Whatever else it was, proving deductively that Jesus didn't exist was mostly harmless. Now he's graduated from abusing history to abusing the legal system–where a lot more damage can be done.

9. **PZ Myers** (http://freethoughtblogs.com/pharyngula)
   24 September 2016 at 5:31 pm
   (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041558)

   Yeah, we'll probably have to set up something. It involves several specific individuals, the FtB network (which, according to the suit, I *totally control*), the Orbit network, and Skepticon, Inc, though, so we're probably going to have to coordinate something.

   It's just so ludicrous, though. He feels justified demanding a *million dollars* in lost compensation from FtB? I had no idea we paid so well!

10. EigenSprocketUK
    24 September 2016 at 5:32 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041559)

    Dr. Evil: "One *million* dollars!"
    Dr Evil's lawyer: "Don't forget my fee?"
    Dr. Evil: "One *million and fifty thousand* dollars!"

11. raven
    24 September 2016 at 5:41 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041560)

16/12/14/does-evolution-have-a-purpose/)

I had no idea quantum computing was so kinky (http://freethoughtblogs.com/pharyngula/2016/12/14/i-had-no-idea-quantum-computing-was-so-kinky/)

If we're going to allow piano lessons, we must also allow penis-chopping (http://freethoughtblogs.com/pharyngula/2016/12/13/if-were-going-to-allow-piano-lessons-we-must-also-allow-penis-chopping/)

Even so-called "moderate" Republicans are unfeeling reptiles (http://freethoughtblogs.com/pharyngula/2016/12/13/even-so-called-moderate-republicans-are-unfeeling-reptiles/)

Aren't you *ashamed* of your job? (http://freethoughtblogs.com/pharyngula/2016/12/13/arent-you-ashamed-of-your-job/)

An epistemological battering (http://freethoughtblogs.com/pharyngula/2016/12/13/an-epistomological-battering/)

Mary's Monday Metazoan: The reindeer are suffering (http://freethoughtblogs.com/pharyngula/2016/12/12/marys-monday-metazoan-the-reindeer-are-suffering/)

What a wonderful endorsement! (http://freethoughtblogs.com/pharyngula/2016/12/12/what-a-wonderful-endorsement/)

Keep your biological reductionism off us men, too (http://freethoughtblogs.com/pharyngula/2016/12/12/keep-your-biological-reductionism-off-us-men-too/)

PROFILE

HATE ADS? Subscribe to FTB Ad Free (http://freethoughtblogs.com/wp-admin/admin.php?page=noadsub).

Commenting Rules (http://freethoughtblogs.com/pharyngula/rules/)
Report a problem (mailto:guardians-of-pharyngula@googlegroups.com)

Discuss: Racism in America (http://freethoughtblogs.com/pharyngula/2016/07/racism-in-america-3/)
Discuss: Art (http://freethoughtblogs.com/pharyngula/2016/05/art-4/)
Discuss: Through a feminist lens (http://freethoughtblogs.com/pharyngula/2016/07/through-a-feminist-lens-4/)
Discuss: Moments of Political Madness (http://freethoughtblogs.com/pharyngula/2016/11/moments-of-political-madness-6/)

---

> He's demanding $1,050,000 in compensation and another $1,050,000 in punitive damages.

No big deal.

1. I've been threatened with lawsuits so many times, I've lost count. All that happened was two guys ended up i federal court, charged with felonies.

2. I'll echo some of the above.
Set up some sort of defense fund. I've contributed to many. We've never lost one yet.

I'm in for a few bucks. And a few more if it is needed.

**I really, really don't like bullies!!!**

PS The truth is an absolute defense.
PPS Carrier is an idiot. Most of us had forgotten all about him and his problems. He just reminded us again. Really, he should sue himself for being an idiot.
Hmmm, I just called him an idiot. Twice. Maybe he will sue me. I can hope anyway.

12. **Lofty**
24 September 2016 at 5:54 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041563)

Carrier seems to be all Wave and no Modulation.

13. **Azkyroth, B°Cos[F(u)]==Y**
24 September 2016 at 6:02 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041567)

> He's demanding $1,050,000 in compensation and another $1,050,000 in punitive damages.

Well, that goes a long way towards clearing him of the charge of being unethical.

14. **Nerd of Redhead, Dances OM Trolls**
24 September 2016 at 6:03 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041568)

Ah, the usual. He is free to express himself, anytime, anyplace, and in any situation, including criticizing you. You aren't free to criticize him at all. Somebody who doesn't truly understand free speech due to ego problems, like Trump.

15. **Azkyroth, B°Ços[F(u)]==Y**
24 September 2016 at 6:06 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041569)

...and predatory.

16. **whheydt**
24 September 2016 at 6:17 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041572)

How is Johnson any different from any other Republican ex-governor? Just because he's running as a Libertarian doesn't cover up the basic insanity of the modern Republican party, to which he used to belong. (I'l make an exception for Jon Huntsman. In 2008, he was pretty reasonable. so far as one found out anything abo his opinions.)

17. **gijoel**
24 September 2016 at 7:43 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041577)

Rabbit in the headlights stupid. SNL should do a skit on him, every time I see him he looks like he has no idea what he's doing, and was some how talked into running due to a bet.

Is Richard suing for defamation, or is he going the full thunderfoot? Either way I don't like his chances.

Discuss: Music (http://freethoughtblogs.com/pharyngula/2015/08music/)
Discuss: World Politics (http://freethoughtblogs.com/pharyngula/2015/08world-politics/)
Discuss: Interesting Stuff (http://freethoughtblogs.com/pharyngula/2016/11interesting-stuff-5/)

The Pharyngula Wiki (http://pharyngula.wikia.com/wiki/Pharyngula_Wiki)
  Social Justice and Economics (http://pharyngula.wikia.com/wiki/Economics#Social_Justice)
  Llink Roundup (http://pharyngula.wikia.com/wiki/Feminist_link)



(http://freethoughtblogs.com/pharyngula/files/201)
PZ Myers (mailto:pzmyers@gmail.com) is a biologist and associate professor at the University of Minnesota, Morris (http://www.morris.umn.edu/). **This is a personal weblog. The opinions expressed here represent my own and not those of my employer.**

(http://www.powells.com/biblio/1-9780307379344-2)

• a longer profile of yours truly (http://www.citypages.com/2005-11-23/news/the-mad-scientist/)
• my calendar (actually updated!) (https://www.google.com/calendar/embed?src=pzmyers%40gmail.com&ctz=America/Chicago)
• Nature Network (http://network.nature.com/profile/pzmyers)
• facebook (http://minnesota.facebook.com/p/PZ_Myers/13937490)
• MySpace (http://www.myspace.com/pharyngula)
• Twitter (http://twitter.com/pzmyers)
• Atheist Nexus (http://www.atheistnexus.org/profile/PZMyers)

18. raven
24 September 2016 at 8:40 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041581)

PZ et al./FTB's should try to get this declared a SLAPP suit. Which it is.
Strategic Lawsuit Against Public Participation.
Losers of SLAPP suits pay your attorney fees and court costs.
Minnesota is an anti-SLAPP state.
This will BTW, end up in federal court. Not all the accused live in the same state as Richard Carrier.

19. themadtapper
24 September 2016 at 9:26 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041584)

PPS Carrier is an idiot. Most of us had forgotten all about him and his problems. He just reminded us again. Really, he should sue himself for being an idiot.

Pretty much this. The "compensation", I'm willing to bet, is not for supposed lost revenue from FTB, but lost revenue because he thinks the reputation hit will affect his book sales. Thing is, if he'd just left peaceably and just gone somewhere else, and just kept doing his thing, he'd have been better off. Yeah, he'd get talked bad about in some circles, but he's had plenty of defenders and I'd imagine most people who find his books for scholarly reasons won't have been digging into his past before deciding on whether or not to buy. By filing a ridiculous (and ultimately doomed) lawsuit and making a complete spectacle of himself, he's just reminding everyone of the very thing he's worried people will think of when they hear his name. He really is his own worst enemy here.

20. raven
24 September 2016 at 9:48 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041586)

he's just reminding everyone of the very thing he's worried people will think of when they hear his name.

1. He has forgotten the First Rule of Holes.
When you find yourself in a hole, the first thing to do is...**stop digging!!!**.
This is really dumb.

2. He has turned something nebulous and minor into some major issue that is going to last for years. The federal courts are backlogged due to the GOP not letting any judge appointments through.

3. My knowledge of this whole situation is cursory. But from what I've seen, he is dead wrong and going to lose badly. He really doesn't have a case at all.

4. I'm guessing based on how flimsy his case is, that he is simply trying to bully people. A lot of the time, they hope the accused get scared and refuse to show up. This actually works a lot of the time and they get a default judgement easily. They'll keep the case going until the first day of court.

It wouldn't work on me. I've been in federal court before on high stakes IP cases. I was nervous until after the first day. It's no big deal.
The Plaintiffs pulled a bunch of pathetic tricks to try to intimidate me. It didn't work but it did make me mad.

21. raven
24 September 2016 at 10:06 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041587)

California Federal Court Update: Backlog Of Cases Reaches Crisis ...
www.ibtimes.com/ california-federal-court-update-backlo...
International Business Times
Nov 12, 2015 – Only six judges handle thousands of cases in the U.S. District Court for the Eastern District of California.

1. The federal courts are seriously backlogged.
This article called it a crisis, a year ago.

2. I don't know exactly how this translates into when a civil case filed now, gets heard.

- the Pharyngula chat room (http://wbe001.mibbit.com/?server=irc.synirc.net&channel=%23pharyngula) (#pharyngula on irc.synirc.net)


(https://plus.google.com/117447138737788378765/?prsrc=3)

Follow @pzmyers



I reserve the right to publicly post, with full identifying information about the source, any email sent to me that contains threats of violence.

(http://atheism.about.com/od/ReadersChoiceAwards/ss/Choice-Awards-2012.htm)

(http://outcampaign.org/)
I support Americans United for Separation of Church and State. (http://www.au.org)

RECENT COMMENTS

John Morales on Even us sacrilegious jerks have limits (http://freethoughtblogs.com/pharyngula/2016/12/10/even-us-sacrilegious-jerks-have-limits/comment-page-1/#comment-1054273)
Tethys on Even us sacrilegious jerks have limits (http://freethoughtblogs.com/pharyngula/2016/12/10/even-us-sacrilegious-jerks-have-limits/comment-page-1/#comment-1054272)
Fair Witness (https://plus.google.com/104945236537187901781) on Is that in my job description? (http://freethoughtblogs.com/pharyngula/2016/12/14/is-that-in-my-job-description/comment-page-1/#comment-1054271)
Tom Foss (http://dubitoergosum.net) on An epistemological battering (http://freethoughtblogs.com/pharyngula/2016/12/13/an-epistomological-battering/comment-page-1/#comment-1054270)
Tom Foss (http://dubitoergosum.net) on An epistemological battering (http://freethoughtblogs.com/pharyngula/2016/12/13/an-epistomological-battering/comment-page-1/#comment-1054269)
gijoel on Aren't you *ashamed* of your job? (http://freethoughtblogs.com/pharyngula/2016/12/13/arent-you-ashamed-of-your-

3. I'm guessing the wait time will be a few years.

No point in waiting up on this one. Most likely, nothing is going to happen for years.

22. Gregory in Seattle (http://www.gregory-gadow.net)
    25 September 2016 at 12:58 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041595)

Regarding Carrier, didn't he leave FtB voluntarily and on his own initiative?

23. Silentbob
    25 September 2016 at 4:11 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041601)

@ 22 Gregory in Seattle

He's said so himself.

> I do not want FreethoughtBlogs or its mission to be compromised by having to devote resources to defending me or vetting claims or choosing sides.
> [...]
> I have therefore decided it's best for me to move my blog content to my own domain where I can operate independently and take all the heat myself, now and in future. Accordingly I have moved my blog here to m own website.

(Source: richardcarrier.info/archives/586)

24. Andrew G. 
    25 September 2016 at 4:27 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041602)

Wow, is he representing himself or did he somehow find a lawyer who has somehow missed the last 20 years o US legal history?

The magic word in this context is "47 USC 230(c)(1)", and anyone who knows *anything at all* about Internet la knows about this one. (It has even been relevant specifically to the skeptic movement: Stephen Barrett of Quackwatch lost a case because of it, see *Barrett v. Rosenthal*.)

Carrier in a comment on his own blog made it clear that he believes that a blog network is subject to the same rules regarding liability as a print newspaper; this hasn't been the case since 1996, and there's a long list of lega precedents about it.

25. =8)-DX
    25 September 2016 at 5:01 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041603)

RIP my respect for Carrier as a human being (arrogant, entitled prat is how this makes him look) As far as I car see he's pissed at people discussing women complaining about his flirting/inappropriate sex-talk, he's enraged anyone can call it harassment/a mistake. Which seeing as he's trying to be open and above-board poly is something he should take as an expected risk. If he cared about his reputation, he'd admit, apologise and try to do better (even if causing harm was never his intent – misunderstandings are miscommunications, intentional or not).

But his scholarly work remains interesting and worthwhile.

26. Giliell, professional cynic -Ilk- (http://giliellthinkingaloud.blogspot.com/)
    25 September 2016 at 5:25 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041607)

I'm choosing to read that as German numbers. He's suing for 1 dollar 5 cent, which seems about right.

27. marinerachel
    25 September 2016 at 6:33 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041611)

job/comment-page-1/#comment-1054268)
gijoel on Even so-called "moderate" Republicans are unfeeling reptiles (http://freethoughtblogs.com/pharyngula/2016/12/13/even-so-called-moderate-republicans-are-unfeeling-reptiles/comment-page-1/#comment-1054267)
gijoel on Even so-called "moderate" Republicans are unfeeling reptiles (http://freethoughtblogs.com/pharyngula/2016/12/13/even-so-called-moderate-republicans-are-unfeeling-reptiles/comment-page-1/#comment-1054266)
tardigrada on Even so-called "moderate" Republicans are unfeeling reptiles (http://freethoughtblogs.com/pharyngula/2016/12/13/even-so-called-moderate-republicans-are-unfeeling-reptiles/comment-page-1/#comment-1054265)
gijoel on I had no idea quantum computing was so kinky (http://freethoughtblogs.com/pharyngula/2016/12/14/i-had-no-idea-quantum-computing-was-so-kinky/comment-page-1/#comment-1054264)
John Morales on Even us sacrilegious jerks have limits (http://freethoughtblogs.com/pharyngula/2016/12/10/even-us-sacrilegious-jerks-have-limits/comment-page-1/#comment-1054263)
gijoel on Is that in my job description? (http://freethoughtblogs.com/pharyngula/2016/12/14/is-that-in-my-job-description/comment-page-1/#comment-1054262)
John Morales on Is that in my job description? (http://freethoughtblogs.com/pharyngula/2016/12/14/is-that-in-my-job-description/comment-page-1/#comment-1054261)
loop on Is that in my job description? (http://freethoughtblogs.com/pharyngula/2016/12/14/is-that-in-my-job-description/comment-page-1/#comment-1054260)
Lynna, OM (http://www.artmeetsadventure.com) on Discuss: Moments of Political Madness (http://freethoughtblogs.com/pharyngula/2016/11/05/discuss-moments-of-political-madness-6/comment-page-3/#comment-1054259)

ATHEISM

American Atheists (http://www.atheists.org/)
American Humanist Association (http://www.americanhumanist.org/)
Atheist Alliance International (http://www.atheistalliance.org/)
Canadian Atheist (http://canadianatheist.com/)
Daylight Atheism (http://www.patheos.com/blogs/daylightatheism/)
Ex-Muslims of North America (http://www.exmna.org/)
Free Thinking

What a fucking child.

Johnson is just a boob. Glad his chances of a presidency are less than zero.

28. Marcus Ranum (http://www.ranum.com)
25 September 2016 at 9:17 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041623)

*he thinks the reputation hit will affect his book sales.*

That's bestseller territory. Carrier's in no danger of losing that kind of money from his books.

29. SC (Salty Current) (http://saltycurrent.blogspot.com)
25 September 2016 at 9:31 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041624)

> But his scholarly work remains interesting and worthwhile.

Just one note because it was something that annoyed me: I read *Proving History: Bayes's Theorem and the Quest for the Historical Jesus* when it came out. It was interesting. But – I didn't become aware until after I'd purchased it that it was essentially the first part of an argument about Jesus that he would continue in another (and more expensive) book. That should have been made plain in the book's description itself; better yet, it should have been one book. *Proving History* had far too much about Bayes' Theorem in general and far too litt[le] about its application to the existence of Jesus. I haven't read, and won't read, *On the Historicity of Jesus* becau[se] I was and remain thoroughly ticked off by the bait and switch, which has no place in scholarly publishing.

30. Marcus Ranum (http://www.ranum.com)
25 September 2016 at 10:19 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041630)

Lofty@#12:
Clever signal!

31. Rob Grigjanis
25 September 2016 at 11:30 am (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041637)

SC @29: I've read a few reviews of that book by mathematicians, and they all seem to be rather critical of his u[se] of Bayes' Theorem, even ones who are sympathetic to his views (https://irrco.wordpress.com/2012/09/08/a-mathematical-review-of-proving-history-by-richard-carrier/);

> I can't help but think that Carrier is using Bayes's Theorem in much the same way that apologists such as William Lane Craig use it: to give their arguments a veneer of scientific rigour that they hope cannot be challenged by their generally more math-phobic peers.

32. themadtapper
25 September 2016 at 1:37 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041656)

> That's bestseller territory. Carrier's in no danger of losing that kind of money from his books.

To be sure. But that's the whole point of the suit anyway, to start with a ridiculous sum and hope to bully the other parties into settling for less. His argument will be that he is losing or will lose book revenue, but his goal [is] probably to NOT have to defend that in court. When he does have to though, he's going to like how it ends.

33. themadtapper
25 September 2016 at 1:39 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041657)

He's NOT going to like how it ends. Dammit, still too tired to type.

34. Beatrice, an amateur cynic looking for a happy thought

(http://www.centerforinquiry.net/blogs)
Jesus and Mo (http://www.jesusandmo.net/)
Minnesota Atheists (http://mnatheists.org/)
Rosa Rubicondior (http://rosarubicondior.blogspot.com)
Sandwalk (http://sandwalk.blogspot.com/)
SSA (https://www.secularstudents.org/)
The Morning Heresy (http://www.centerforinquiry.net/blogs/pfidalgo)

## CULTURE

Alas! A blog (http://www.amptoons.com/blog/)
Amanda Marcotte (http://www.salon.com/writer/amanda_marcotte/)
Americans United (http://au.org/)
Blue Gal (http://bgalrstate.blogspot.com/)
Butterflies & Wheels (http://www.butterfliesandwheels.org/)
Charles P. Pierce (http://www.esquire.com/blogs/politics/)
Driftglass (http://driftglass.blogspot.com/)
Hullabaloo (http://digbysblog.blogspot.com/)
I Blame the Patriarchy (http://blog.iblamethepatriarchy.com/)
Joe. My. God. (http://www.joemygod.com/)
Lance Mannion (http://lancemannion.typepad.com/)
Making Light (http://nielsenhayden.com/makinglight/)
Rewire (https://rewire.news/)
Sadly, No! (http://www.sadlyno.com/)
Secular Woman (http://www.secularwoman.org/)
Skeptical Humanities (http://skepticalhumanities.com/)
We Hunted the Mammoth (http://wehuntedthemammoth.com/)
Whatever (http://whatever.scalzi.com/)

## SCIENCE

Coyot.es Network (http://coyot.es)
Coyote Crossing (http://coyot.es/crossing)
Discover blogs (http://blogs.discovermagazine.com/)
Genomicron (http://www.genomicron.evolverzone.com/)
Judge Starling (Dan Graur) (http://judgestarling.tumblr.com/)
NCSE (http://ncse.com/)
Panda's Thumb (http://www.pandasthumb.org/)
Preposterous Universe (http://www.preposterousuniverse.com/blog/)
Sandwalk (http://sandwalk.blogspot.com/)
SciAm blogs (http://blogs.scientificamerican.com/)
Scicurious (https://www.sciencenews.org/blog/scicurious)
Science after Sunclipse (http://www.sunclipse.org/)

 25 September 2016 at 1:42 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041658)

themadtapper

> To be sure. But that's the whole point of the suit anyway, to start with a ridiculous sum and hope to bully the other parties into settling for less.

Just another way US let's-settle-that-in-court culture is maddening. There is not sense of justice or respect for the legal system in that, it's just using the legal system to bully and harass people.

35. Golgafrinchan Captain
    25 September 2016 at 1:55 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041659)

It seems to me that Carrier's approach may be an attempt at a Streisand-Trump PR move.

36. anthrosciguy
    25 September 2016 at 2:04 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041660)

I clicked on the Johnson video but then decided I really didn't want to listen to him being stupid again, and started watching it with the sound off. His doofus act is even more effective when you just look at his facial and body movements. Try it.

37. Michael B. Conway (https://plus.google.com/117059889305233110333)
    25 September 2016 at 2:30 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041666)

You should have said, "At least I will have died in your arms."

38. mostlymarvelous
    25 September 2016 at 2:32 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041667)

whheydt

> I'll make an exception for Jon Huntsman. In 2008, he was pretty reasonable.

Bob Inglis was also outstanding (until he was knocked out of selection by a tea-partier).

39. jrkrideau
    25 September 2016 at 2:42 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041669)

@31 Rob Grigjanis

I never have gotten a real feel for Bayesian statistics—but I'm still working on it!

However my first thought when reading about Carrier using Bayes Theorem was the thought that Bayes Theorem is history's new Quantum "whatsit" in medical woo.

That review seems to support me. Thanks

40. blf
    25 September 2016 at 3:13 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041673)

> "Since the sun will go red giant in 2 billion years, we don't have to worry about global warming in the next century."

Not sure that's a real quote?

Snopes (http://www.snopes.com/gary-johnson-forget-global-warming/) rates the 2011 press club luncheon *Mostly True*, but gives a very different quote:

ScienceBlogs (http://scienceblogs.com/)
Scientopia (http://scientopia.org/blogs/)
Skulls in the Stars (http://skullsinthestars.com/)
Telliamed Revisited (http://telliamedrevisited.wordpress.com/)
The Well-Timed Period (http://thewelltimedperiod.blogspot.com/)
What's in John's Freezer? (http://whatsinjohnsfreezer.com/)

SKEPTICISM

Skepchick (http://skepchick.org/)
Skeptical Humanities (http://skepticalhumanities.com/)

TAGS

aliens (http://freethoughtblogs.com/pharyngula/tag/aliens/)
anti-asshole (http://freethoughtblogs.com/pharyngula/tag/anti-asshole/)
anti-sexism (http://freethoughtblogs.com/pharyngula/tag/anti-sexism/)
apophenia (http://freethoughtblogs.com/pharyngula/tag/apophenia/)
back in the gutter (http://freethoughtblogs.com/pharyngula/tag/back-in-the-gutter/)
big guns (http://freethoughtblogs.com/pharyngula/tag/big-guns/)
bloody-mindedness (http://freethoughtblogs.com/pharyngula/tag/bloody-mindedness/)
blue tongued lizard (http://freethoughtblogs.com/pharyngula/tag/blue-tongued-lizard/)
Brexit (http://freethoughtblogs.com/pharyngula/tag/brexit/)
comic book movies (http://freethoughtblogs.com/pharyngula/tag/comic-book-movies/)
courage (http://freethoughtblogs.com/pharyngula/tag/courage/)
creationism (http://freethoughtblogs.com/pharyngula/tag/creationism2/)
critiquing feminism (http://freethoughtblogs.com/pharyngula/tag/critiquing-feminism/)
cuddly (http://freethoughtblogs.com/pharyngula/tag/cuddly/)
cute (http://freethoughtblogs.com/pharyngula/tag/cute/)
don't ask me about mine (http://freethoughtblogs.com/pharyngula/tag/dont-ask-me-about-mine/)
envy (http://freethoughtblogs.com/pharyngula/tag/envy/)
games (http://freethoughtblogs.com/pharyngula/tag/games/)
Gender workshop (http://freethoughtblogs.com/pharyngula/tag/gender-

---

> WHAT'S TRUE: Gary Johnson said during a 2011 press club luncheon that global warming is in our future' and 'the sun is going to actually grow and encompass the Earth.'
>
> WHAT'S FALSE: Johnson criticized proposed spending on global warming as a largely ineffective waste of money, but he didn't literally say that we should do nothing about global warming because the sun will eventually envelop the Earth anyway.

It gives the quote, in context, as (all **emboldening** in the original):

> Well, climate change — I think the world is getting warmer. I think that it's man-caused. That said, should we be engaged in cap and trade taxation? No. I don't think that we should. We should lend certainty to the energy field. We should be building new coal-fired plants. When you look at the amount of money that we're looking to spend on global warming, in the trillions, and look at the result, I just argue that the result is completely inconsequential to the money that we would end up spending, and that we could direct those monies in other ways that would be much more beneficial to mankind.
>
> We have a long-term view. **Should we take the long-term view when it comes to global warming? I think that we should. And the long-term view is that in billions of years, the sun is going to actually grow and encompass the Earth, right. So global warming is in our future.**

Snopes points out he is acknowledging AGW, and after some additional analysis concludes he seems to think spending money on AGW is pointless. He certainly does not seem to get it; e.g., that silliness about building new GHG generators ("building new coal-fired"). (I myself also detect hints that he may think AGW is, with apologies to Douglas Adams, "mostly harmless".)

41. Rob Grigjanis
    25 September 2016 at 5:01 pm (http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/#comment-1041700)

jrkrideau @39: My own way of coming to grips with Bayes' Theorem back in the day was to draw pictures. No idea if this will help you or anyone else, or if I'm telling anyone anything they don't already know, but what the heck...

Draw a circle to represent the entire population. We'll call the area of that circle 1 unit, so that areas correspond to overall probabilities. Within that, draw a circle to represent people with red hair; call that area A. Draw another circle to represent people with blue eyes; call that area B. Those last two circles will overlap, because some people have both red hair and blue eyes. So we have four distinct regions;

1) The one excluding all people with either red hair or blue eyes. Call this area w.
2) The one with red-haired people without blue eyes; that's A excluding the overlap with B. Call this area x.
3) The one with blue-eyed people without red hair; that's B excluding the overlap with A. Call this area y.
4) The overlap between A and B, which has people who have both red hair and blue eyes. Call this area z.

The probability of finding someone with red hair is $P(A) = x+z$

The probability of finding someone with blue eyes is $P(B) = y+z$

The probability that you will find someone with blue eyes *among* people with red hair is the conditional probability $P(B|A)$, and that is the area of the overlap divided by the area A;

$P(B|A) = z/(x+z)$

The probability that you will find someone with red hair *among* people with blue eyes is the conditional probability $P(A|B)$, and that is the area of the overlap divided by the area B;

$P(A|B) = z/(y+z)$

You can see right away that

$P(B|A)P(A) = P(A|B)P(B) = z$

So, assuming $P(B)$ isn't zero, we can write

$P(A|B) = P(B|A)P(A)/P(B)$

Leave a Reply

workshop/) god's weird dicktates (http://freethoughtblogs.com/pharyngula/tag/gods-weird-dicktates/) jealousy (http://freethoughtblogs.com/pharyngula/tag/jealousy/) just plain viciousness (http://freethoughtblogs.com/pharyngula/tag/just-plain-viciousness/) language (http://freethoughtblogs.com/pharyngula/tag/language/) learning stuff (http://freethoughtblogs.com/pharyngula/tag/learning-stuff/) movies (http://freethoughtblogs.com/pharyngula/tag/movies/) needed more bats (http://freethoughtblogs.com/pharyngula/tag/needed-more-bats/) NO (http://freethoughtblogs.com/pharyngula/tag/no/) oblivious to global impact (http://freethoughtblogs.com/pharyngula/tag/oblivious-to-global-impact/) outreach (http://freethoughtblogs.com/pharyngula/tag/outreach/) paradigm symposium (http://freethoughtblogs.com/pharyngula/tag/paradigm-symposium/) principles (http://freethoughtblogs.com/pharyngula/tag/principles/) Ray Comfort (http://freethoughtblogs.com/pharyngula/tag/ray-comfort/) reptile (http://freethoughtblogs.com/pharyngula/tag/reptile/) sarcasm (http://freethoughtblogs.com/pharyngula/tag/sarcasm/) slimy (http://freethoughtblogs.com/pharyngula/tag/slimy/) tea (http://freethoughtblogs.com/pharyngula/tag/tea/) the goddamn batman (http://freethoughtblogs.com/pharyngula/tag/the-goddamn-batman/) transfeminism (http://freethoughtblogs.com/pharyngula/tag/transfeminism/) Trump (http://freethoughtblogs.com/pharyngula/tag/trump/) ufo (http://freethoughtblogs.com/pharyngula/tag/ufo/) Vox Day (http://freethoughtblogs.com/pharyngula/tag/vox-day/) with nematocysts (http://freethoughtblogs.com/pharyngula/tag/with-nematocysts/) world conquest (http://freethoughtblogs.com/pharyngula/tag/world-conquest/) Xiaotingia (http://freethoughtblogs.com/pharyngula/tag/xiaotingia/) ZOIZ? (http://freethoughtblogs.com/pharyngula/tag/zoiz/)

You must be logged in (/wp-login.php?redirect_to=http://freethoughtblogs.com/pharyngula/2016/09/24/commutation-of-sentence/%23respond) to post a comment.

© 2014 - FreethoughtBlogs.com