

Affidavit Exhibit V

| | | |
|---|---|---|
| or | ona reiter | 0 min ago |
| | | Write a Comment... |
| | Hmmm (2) | |
| | Unthinkable (13) | S **sexpositivepsych** replied **maybe** |
| | | I've got a friend who may be in town that weekend so as soon as I know I'll update! |
| | Not Yet Replied (23) | 0 min ago |
| BA | Brooke Armstrong | **Dana Fredsti** Please feel free to bring your friend! |
| | | 0 min ago |
| CL | Chris Lindstrom | Write a Comment... |
| d | dan-fox | CH **Caralee Hickey** replied **yes** + 1 guest |
| | | The husbands coming too. :) |
| d | dhavis | 0 min ago |
| d | dksf | **Caralee Hickey** *husband's |
| | | 0 min ago |
| d | dr.marcy.meyer | **Dana Fredsti** Excellent! If you have more than one husband, you're certainly allowed to bring 'em! |
| | | 0 min ago |
| f | freethoughtguy | Write a Comment... |
| g | gilly.lloyd | S **Suzanne Rose Epstein** replied **maybe** |
| | | I'll try to make it. I think I can!! I have a gig that afternoon in the South Bay, but I can probably get back in time. |
| g | glamtasm | 0 min ago |
| g | greta | **Dana Fredsti** I'm sure it will be late! |
| | | 0 min ago |
| h | havis | **Dana Fredsti** The party, that is... running until late. :-) |
| | | 0 min ago |
| j | jagbrack | Write a Comment... |
| j | james | B **Ben** replied **yes** |
| | | 0 min ago |
| j | jjgallin | Write a Comment... |
| k | ken | |
| LM | L Mon | L **Lenny** replied **yes** |
| | | Party Time! |
| l | larry.kaufman | 0 min ago |
| LK | Leslie Keats | Write a Comment... |
| l | lukeprog | RC **Richard Carrier** replied **yes** |
| | | 0 min ago ✕ |
| m | mgzogg | **Dana Fredsti** You had BETTER be here... or we'll drink all the wine! |
| | | 0 min ago |
| | nurseingrid | Write a Comment... |

RB  Rick Brown

t  tim

**corpsefairy** replied **yes**
0 min ago

Write a Comment...

**Juliana Gallin** replied **no**
Sad news for the Bay Area, but sounds exciting for Richard! I can't make it that weekend, but I'm sending my love and bon voyages.
0 min ago

Write a Comment...

**wahnski** replied **no**
Boo-Hoo. So sorry to miss your party. Ain't nothing i can do about the other plans I made long ago. Thanks for the invitation and my best to you and Richard! skipoxx
0 min ago

Write a Comment...

**margaretmorgan_sf** replied **no**
0 min ago

Write a Comment...

**jimhpac** replied **no**
0 min ago

Write a Comment...

**Susan F. Fink** replied **yes**
Will head over after work -- by 7 pm or so. Bigass Zin would be a great band name.
0 min ago

Write a Comment...

**Nita fryer** replied **yes** + 1 guest
I have a gig in the late afternoon so we will be little later. We'll strategize on how to get there together.
0 min ago

**Dana Fredsti** Glad to know you'll be here, you two!
0 min ago

Write a Comment...

**Loren Rhoads** replied **no**
Sorry not to be able to make it, but I'm doing Bay to Breakers in the morning -- and the race starts at 8 am.
0 min ago

**Dana Fredsti** I think you have the wrong weekend... Bay to Breakers just happened and this is next weekend!
0 min ago

Write a Comment...

**anachronistatheist** replied yes
0 min ago

Write a Comment...

**Gail.Ferriss** replied no
0 min ago

Write a Comment...

**aynsavoy** replied no
0 min ago

Write a Comment...

**1treelet** replied yes + 1 guest
Ken and I would love to join you in farewell and cheering new beginnings and all things life throws our way!
0 min ago

**Dana Fredsti** Awesome!!!
0 min ago

Write a Comment...

**leslieak** replied no
Sorry to have to miss it!
0 min ago

**Dana Fredsti** We are bummed not to see you and Dan, but totally understand!
0 min ago

Write a Comment...

**chris.lindstrom** replied no
I'm so sorry! I've got camp in-person training Saturday and I haven't (yet) figured out how to be in more than one place at a time. Of course - I wish Richard well in the move and hope to follow his doings online :)
0 min ago

**Dana Fredsti** Cloning is the answer, Chris!
0 min ago

Write a Comment...

**Dave (Co-Host)** replied yes
0 min ago

