# Miri Mogilevsky



April 8


**Richard Carrier**  4/8, 10:57pm

Just FYI, I'm trying to remember who to tell before I go more public with it, but I'll be moving to Columbus end of May. I consider you a friend. So it seemed appropriate to include you in the loop ahead of time. 😊


**Miri Mogilevsky**  4/8, 11:20pm

AHHHHHHHHH

sorry I'm really excited because I'm drunk

Anyway that's awesome


**Richard Carrier**  4/8, 11:20pm


I approve of your drunkenness. And thank you.

I'll reward you with a business fish...


**Richard Carrier**  4/8, 11:21pm





Affidavit Exhibit W