### Miri Mogilevsky

+ New Message 

**Richard Carrier** — 4/8, 11:21pm




**Miri Mogilevsky** — 4/8, 11:25pm
Yesssss

*April 9*

**Miri Mogilevsky** — 4/9, 8:05am
Okay, now that I'm not wasted off my ass: yay! Do you know where you'll be living?

*April 9*

**Richard Carrier** — 4/9, 2:51pm
Clintonville.


Affidavit Exhibit X

**Miri Mogilevsky** — 4/9, 2:54pm
That's great. I love Clintonville.

**Richard Carrier** — 4/9, 3:05pm
I got a good place at a good rent (taking over Mary Beaton's apartment, Amanda's metamour).