‹ Home

Amy Frank ›
Messenger

 



## Amy Frank

1 mutual friend: Justin Schieber

Lives in Phoenix, Arizona

**Affidavit Exhibit Y**

1:27 PM

Hi Dylan, I'm the president of the SSA at Arizona State. Did your group happen to get funding from the SSA for Dr. Carrier? Wondering because I want to bring him out but I don't see him on the speakers bureau list. Thanks 🙂



You accepted Amy's request.

I'm not a student, but I am a board member of a few groups and we work with the SSA at FIT. My groups paid for Dr. Carrier and the SSA secured us a location. Do you have an groups in the area who are willing to

Type a message...

       



●●○○○ Verizon 📶    12:13 PM    ⊕ ✳ 81% 🔋

< Home    Amy Frank >
         Messenger    📞 📹

You accepted Amy's request.

I'm not a student, but I am a board member of a few groups and we work with the SSA at FIT. My groups paid for Dr. Carrier and the SSA secured us a location. Do you have an groups in the area who are willing to work with you. Also Dr. Carrier contacted a wide swath of us in FL because he was going to be in the area. His cost was cheap $200, but it might be wise to see if he plans to be in the area and work with local groups so he can entertain multiple speaking events so it is worth the trip. Feel free to contact me anytime if you have any questions.



Thanks for the info!

Anytime

Type a message...

       

