UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dr. Richard Carrier,

    Plaintiff,

v.                                         Case No. 2:16–cv–906

FreethoughtBlogs Network, *et al.*,     Judge Michael H. Watson

    Defendants.

## ORDER

Defendants' unopposed motion for an extension of time to file their reply brief, ECF No. 18, is **GRANTED**.  Defendants shall file the reply brief by January 31, 2017.

    IT IS SO ORDERED.

                                            /s/ Michael H. Watson
                                            MICHAEL H. WATSON, JUDGE
                                            UNITED STATES DISTRICT COURT