# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DR. RICHARD CARRIER,** | Case No. 2:16-cv-00906-MHW-EPD |
| Plaintiff, | Judge Michael H. Watson |
| v. | |
| **FREETHOUGHTBLOGS NETWORK, PAUL Z. MYERS, PH.D., THE ORBIT, STEPHANIE ZVAN, SKEPTICON, INC., LAUREN LANE, and AMY FRANK-SKIBA,** | |
| Defendants. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF D. GILL SPERLEIN AS COUNSEL FOR DEFENDANTS

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Jeffrey M. Nye, trial attorney for defendants FreethoughtBlogs Network, Paul Z. Myers, Ph.D., The Orbit, Stephanie Zvan, Skepticon, Inc., Lauren Lane, and Amy Frank-Skiba, hereby moves the court to admit D. Gill Sperlein, *pro hac vice* to appear and participate as counsel or co-counsel in this case for all defendants.

*D. Gill Sperlein*

The undersigned represents that D. Gill Sperlein is a member in good standing of the highest court of California, as attested by the accompanying certificate from that court, and that he is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee, and Sperlein understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion.

Sperlein's relevant identifying information is as follows:

| | |
|---|---|
| Business telephone: | (702) 420-2001 |
| Business fax: | (305) 437-7662 |
| Business address: | 345 Grove Street, San Francisco, California 94102 |
| Business e-mail address: | ecf@randazza.com |

Dated this 11th day of January, 2017. Respectfully submitted,

/s/ Jeffrey M. Nye
Jeffrey M. Nye (0082247)
STAGNARO, SABA & PATTERSON CO. L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6714
(513) 533-6711-facsimile
*Attorney for Freethoughtblogs Network, Paul Z. Myers, Ph.D., The Orbit, Stephanie Zvan, Skepticon, Inc., Lauren Lane, and Amy Frank-Skiba*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and accurate copy of the foregoing was served upon all parties via CM/ECF on January 11, 2017.

/s/ Jeffrey M. Nye
Jeffrey M. Nye (0082247)



# Supreme Court of California

JORGE E. NAVARRETE
Court Administrator and Clerk of the Supreme Court

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *DENNIS GILL SPERLEIN*

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that DENNIS GILL SPERLEIN, #172887, was on the 8th day of December, 1994, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 4th day of January, 2017.*

JORGE E. NAVARRETE
Clerk of the Supreme Court



By: J. Hunter, Senior Deputy Clerk