# **EXHIBIT 2**

Ancestry.com Results for
"Richard Carrier" in Ohio



**Note:** This site uses cookies to help manage and personalize your visits to Ancestry. By using the site, you agree to our use of cookies. Learn More.

ancestry

# All results for Richard Carrier

Search Filters Filters Broad Exact

Richard

Carrier

ANY: Ohio, USA

COLLECTION: All Collections

Edit Search | New Search

UPDATE

All Categories

| Category | Count |
|---|---|
| Census & Voter Lists | +5,000 |
| Birth, Marriage & Death | +5,000 |
| Military | +5,000 |
| Immigration & Travel | +5,000 |
| Newspapers & Publications | +5,000 |
| Pictures | +5,000 |
| Stories, Memories & Histories | +5,000 |
| Maps, Atlases & Gazetteers | 498 |
| Schools, Directories & Church Histories | +5,000 |
| Wills, Probates, Land, Tax & Criminal | +5,000 |
| Reference, Dictionaries & Almanacs | 861 |
| Family Trees | +5,000 |

Shortcut Keys

Results 1–50 of 1,101,393

RECORDS CATEGORIES

**1940 United States Federal Census**
CENSUS & VOTER LISTS
View Image

NAME: Richard Carrier
BIRTH: abt 1927 - Ohio
RESIDENCE: 1935 - Columbus, Franklin, Ohio
RESIDENCE: Columbus, Franklin, Ohio

**1930 United States Federal Census**
CENSUS & VOTER LISTS
View Image

NAME: Richard Carrier
BIRTH: abt 1928 - Ohio
RESIDENCE: 1930 - Columbus, Franklin, Ohio

**U.S., School Yearbooks, 1880-2012**
SCHOOLS, DIRECTORIES & CHURCH HISTORIES
View Image

NAME: Richard T Carrier
BIRTH: abt 1943
RESIDENCE: 1963 - Bowling Green, Ohio, USA

**U.S., School Yearbooks, 1880-2012**
SCHOOLS, DIRECTORIES & CHURCH HISTORIES
View Image

NAME: Richard Carrier
BIRTH: abt 1951
RESIDENCE: 1971 - Cleveland, Ohio, USA

**U.S., School Yearbooks, 1880-2012**
SCHOOLS, DIRECTORIES & CHURCH HISTORIES
View Image

NAME: Richard Carrier
BIRTH: abt 1943
RESIDENCE: 1963 - Bowling Green, Ohio

**U.S., School Yearbooks, 1880-2012**
SCHOOLS, DIRECTORIES & CHURCH HISTORIES
View Image

NAME: Richard T Carrier
BIRTH: abt 1943
RESIDENCE: 1963 - Bowling Green, Ohio, USA

**U.S., Cemetery and Funeral Home Collection, 1847-2015**
BIRTH, MARRIAGE & DEATH

NAME: Richard Carrier
BIRTH: 5 Jul 1935
DEATH: 2 Jan 2013 - Montgomery, Ohio, USA

| | |
|---|---|
| | RESIDENCE: Milford, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard Carrier**<br>RESIDENCE: 1958 - Cleveland, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard** D Cozens Erb Frank Farley Elaine **Carrier**<br>RESIDENCE: 1955 - Marietta, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard** D Cozzens **Carrier**<br>RESIDENCE: 1954 - Marietta, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard** D Cozens **Carrier**<br>RESIDENCE: 1956 - Marietta, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard Carrier** I<br>RESIDENCE: 1951 - Columbus, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard** D **Carrier**<br>RESIDENCE: 1946 - Columbus, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard Carrier** I<br>RESIDENCE: 1960 - Columbus, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard** D **Carrier**<br>RESIDENCE: 1953 - Columbus, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard Carrier**<br>RESIDENCE: 1957 - Cleveland, Ohio, USA |
| **U.S. City Directories, 1822-1995**<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES<br>View Image | NAME: **Richard** D Cozzens **Carrier**<br>RESIDENCE: 1952 - Marietta, Ohio, USA |
| **Ohio, Birth Index, 1908-1964**<br>BIRTH, MARRIAGE & DEATH | NAME: **Richard** A **Carrier**<br>BIRTH: 22 Jul 1932 |

| | |
|---|---|
| 📄 **Ohio, Birth Index, 1908-1964**<br>BIRTH, MARRIAGE & DEATH | NAME: **Richard** Oale **Carrier**<br>BIRTH: Nov 1941 |
| 📄 **Ohio, Birth Index, 1908-1964**<br>BIRTH, MARRIAGE & DEATH | NAME: **Richard** P **Carrier**<br>BIRTH: 15 Feb 1956 |
| 📄 **Ohio, Birth Index, 1908-1964**<br>BIRTH, MARRIAGE & DEATH | NAME: **Richard** T **Carrier**<br>BIRTH: 25 Sep 1962 - Cincinnati, Hamilton |
| 📄 **U.S., Social Security Death Index, 1935-2014**<br>BIRTH, MARRIAGE & DEATH | NAME: **Richard** Joseph **Carrier**<br>BIRTH: 5 Aug 1936<br>DEATH: 8 Nov 2009 - Mount Vernon, Knox, Ohio<br>CIVIL: Ohio |
| 📄 **U.S., Obituary Collection, 1930-2015**<br>BIRTH, MARRIAGE & DEATH | NAME: **Richard Carrier**<br>DEATH: Abt 2013<br>RESIDENCE: Milford, Ohio, USA |
| 📄 **Indiana, Marriages, 1810-2001**<br>BIRTH, MARRIAGE & DEATH<br>View Image | NAME: **Richard Carrier**<br>BIRTH: 6 Jun 1927 - Columbus, Ohio<br>MARRIAGE: 24 Aug 1957 - Indiana, United States<br>RESIDENCE: Columbus, Ohio |
| 📄 **U.S., Find A Grave Index, 1600s-Current**<br>BIRTH, MARRIAGE & DEATH | NAME: **Richard** C. **Carrier**<br>BIRTH: 5 Jul 1935<br>DEATH: 2 Jan 2013 |
| 📄 **U.S., Find A Grave Index, 1600s-Current**<br>BIRTH, MARRIAGE & DEATH | NAME: **Richard** D. **Carrier**<br>DEATH: 23 Jun 2001 - Columbus, Franklin County, Ohio, USA |
| 📄 **U.S., Social Security Applications and Claims Index, 1936-2007**<br>WILLS, PROBATES, LAND, TAX & CRIMINAL | NAME: Dick **Richard Carrier**<br>BIRTH: 6 Jun 1927 - Columbus Fra, Ohio<br>DEATH: 23 Jun 2001 |
| 📄 **Ohio, County Marriages, 1774-1993**<br>BIRTH, MARRIAGE & DEATH<br>View Image | NAME: **Richard** Arlen **Carrier**<br>BIRTH: abt 1933<br>MARRIAGE: 1 Aug 1954 - Trumbull, Ohio, USA |
| **Public Member Photos & Scanned Documents**<br>PICTURES | PHOTO: Richard Joseph Carrier Obituary |



| | |
|---|---|
| | CATEGORY: Portrait |
| | ATTACHED TO: Richard Joseph Carrier * (1936-2009) |

**Public Member Photos & Scanned Documents**
PICTURES



PHOTO: Evergreen Cemetery, Miamiville, Clermont Co., Ohio
CATEGORY: Portrait
DESCRIPTION: Evergreen Cemetery Miamiville Clermont Co. Ohio. Evergreen Cemetery - West side of main entranceAdded…
ATTACHED TO: Richard C Carrier (1935-2013)

**Public Member Stories**
STORIES, MEMORIES & HISTORIES



TITLE: Carrier, Richard - Obituary
ATTACHED TO: Richard C Carrier (1935-2013)

**Public Member Stories**
STORIES, MEMORIES & HISTORIES

TITLE: Carrier, Richard C. 1935-2013 FAG#138233106
ATTACHED TO: Richard C Carrier (1935-2013)

**Cuyahoga County, Ohio, Marriage Records and Indexes, 1810-1973**
BIRTH, MARRIAGE & DEATH



View Image

NAME: Richard T Carrier
MARRIAGE: 1968-1969

**Ohio, Deaths, 1908-1932, 1938-2007**
BIRTH, MARRIAGE & DEATH

NAME: Richard D Carrier
FATHER: Carrier
BIRTH: 6 Jun 1927 - Columbus, Franklin, Ohio, United States
DEATH: 23 Jun 2001 - Columbus, Franklin
MORE: See all information…

**U.S., World War II Army Enlistment Records, 1938-1946**
MILITARY

NAME: Richard D Carrier
BIRTH: 1927
MILITARY: 26 Feb 1946 - Fort Hayes Columbus, Ohio
RESIDENCE: Franklin, Ohio

**Web: Columbus, Ohio, Union Cemetery**

NAME: Richard D. Carrier

| | |
|---|---|
| Index, 1847-2012<br>BIRTH, MARRIAGE & DEATH | BIRTH: 6 Jun 1927<br>DEATH: 23 Jun 2001 |
| U.S. Public Records Index, 1950-1993, Volume 2<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** G **Carrier**<br>RESIDENCE: Cincinnati, OH |
| U.S. Public Records Index, 1950-1993, Volume 2<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** A **Carrier** Jr<br>BIRTH: 2 Sep 1955<br>RESIDENCE: Bellevue, OH |
| U.S. Public Records Index, 1950-1993, Volume 2<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** A **Carrier** Jr<br>BIRTH: 2 Sep 1955<br>RESIDENCE: Bellevue, OH |
| U.S. Public Records Index, 1950-1993, Volume 2<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** A **Carrier** Jr<br>BIRTH: 2 Sep 1955<br>RESIDENCE: Bellevue, OH |
| U.S. Public Records Index, 1950-1993, Volume 2<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** A **Carrier**<br>BIRTH: 2 Sep 1955<br>RESIDENCE: Cridersville, OH |
| U.S. Public Records Index, 1950-1993, Volume 2<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** L **Carrier**<br>BIRTH: 9 Nov 1952<br>RESIDENCE: Chillicothe, OH |
| U.S. Public Records Index, 1950-1993, Volume 1<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** D **Carrier**<br>BIRTH: 6 Jun 1927<br>RESIDENCE: 1993 - Columbus, OH |
| U.S. Public Records Index, 1950-1993, Volume 1<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** J **Carrier**<br>BIRTH: 5 Aug 1936<br>RESIDENCE: 1993 - Mount Vernon, OH |
| U.S. Public Records Index, 1950-1993, Volume 1<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** T **Carrier**<br>BIRTH: 15 Jan 1944<br>RESIDENCE: 1983 - Cleveland, OH |
| U.S. Public Records Index, 1950-1993, Volume 1<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** T **Carrier**<br>BIRTH: 15 Jan 1944<br>RESIDENCE: 1988 - Pickerington, OH<br>[Pickerington, OH] |
| U.S. Public Records Index, 1950-1993, Volume 1<br>SCHOOLS, DIRECTORIES & CHURCH HISTORIES | NAME: **Richard** T **Carrier**<br>BIRTH: 15 Jan 1944<br>RESIDENCE: 1993 - Pickerington, OH |



U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: **Richard** C **Carrier**
BIRTH: 1 Jan
RESIDENCE: 1993 - Cincinnati, OH

U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: **Richard** A **Carrier** Jr
BIRTH: 2 Sep 1955
RESIDENCE: 1993 - Bellevue, OH

U.S. Public Records Index, 1950-1993, Volume 1
SCHOOLS, DIRECTORIES & CHURCH HISTORIES

NAME: **Richard** A **Carrier**
BIRTH: 2 Sep 1955
RESIDENCE: 1995 - Bellevue, OH

1–50 of 1,101,393       Per page  50 ▾    1   2   …   12   ›

© 1997-2016 Ancestry