THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DR. RICHARD CARRIER,** | : | Case No. 2:16-cv-00906-MHW-EPD |
| Plaintiff, | : | Judge Michael H. Watson |
| v. | : | |
| **FREETHOUGHTBLOGS NETWORK, PAUL Z. MYERS, PH.D., THE ORBIT, STEPHANIE ZVAN, SKEPTICON, INC., LAUREN LANE, and AMY FRANK-SKIBA,** | : | |
| Defendants. | : | |

## DECLARATION OF TREY A. ROTHELL

I, Trey A. Rothell, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I am employed as a paralegal for Randazza Legal Group, PLLC. I have first-hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

### Exhibit 1

2. On July 13, 2016, I accessed the URL <http://www.richardcarrier.info/archives/10267> through the web browser on my computer.

3. I observed an article entitled "Regarding the Accusations Made by Amy Frank," which was attributed to Richard Carrier.

4. The date of the post was listed as June 15, 2016.

5. I printed a copy of the web page that I observed to a PDF.

2

6. A true and correct copy of the web page as I observed it on July 13, 2016 is attached to Defendant's Motion filed herewith as **Exhibit 1**, except that because the document as-captured was 64 pages long, I shortened the document to contain only the article, and did not include the user comments appended to the article. I have retained a full copy of the PDF in my records, and can produce it upon request of the Court.

### Exhibit 2

7. On December 24, 2016, I accessed the website Ancestry.com and conducted a search for records of individuals bearing the name "Richard Carrier" who were at some time recorded in the State of Ohio, USA.

8. I observed that 1,101,393 search results were returned.

9. I printed a copy of the web page that I observed to a PDF.

10. A true and correct copy of the web page as I observed it on December 24, 2016 is attached to Defendant's Motion filed herewith as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 12, 2017.

_____
Trey A. Rothell