UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dr. Richard Carrier,

    Plaintiff,

    v.                                         Case No. 2:16-cv-906

FreethoughtBlogs Network, *et al.*,        Judge Michael H. Watson

    Defendants.                         Magistrate Judge Deavers

## ORDER

    Defendants' motion to engage in discovery limited to the issue of personal jurisdiction, ECF No. 23, is **GRANTED**. Additionally, given that the parties will engage in additional discovery on the issue, the Court **DENIES without prejudice** Defendants' pending motion to dismiss, ECF No. 10, which argues that this Court lacks personal jurisdiction over Defendants. Defendants may re-file their motion upon completion of the limited discovery.

    Upon completion of discovery, and prior to the re-filing of Defendants' motion to dismiss, the parties shall file a joint notice as to whether each side believes that the Court should hold an evidentiary hearing regarding personal jurisdiction. The notice shall not exceed ten pages and shall set forth a brief explanation for each side's position.

    Magistrate Judge Elizabeth P. Deavers will hold a status conference and issue a scheduling order setting forth the deadlines for completing the limited discovery, filing the joint notice, and re-filing the motion to dismiss.

    **IT IS SO ORDERED.**

                                                                      */s/ Michael H. Watson*
                                                                      MICHAEL H. WATSON, JUDGE
                                                                       UNITED STATES DISTRICT COURT