UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DR. RICHARD CARRIER : | |
| : | |
| Plaintiff, : | Case No. 2:16-cv-00906-MHW-EPD |
| : | |
| -vs- : | JUDGE Michael H. Watson |
| : | |
| FREETHOUGHTBLOGS NETWORK, : | |
| PAUL Z. MYERS, PH.D., THE ORBIT, : | **NOTICE OF SERVICE** |
| STEPHANIE ZVAN, SKEPTICON, INC., : | |
| LAUREN LANE, and : | |
| AMY FRANK-SKIBA : | |
| : | |
| Defendants : | |

Please take notice that on the 18'th day of September 2017, Jeffrey T. Perry, attorney for Plaintiff, **Dr. Richard Carrier** ("Dr. Carrier" or "Plaintiff"), caused to be served upon Defendants, FreethoughtBlogs Network, Paul Z. Myers, Ph.D., The Orbit, Stephanie Zvan, Skepticon, Inc., Lauren Lane, and Amy Frank-Skiba ("Defendants") the following:

Plaintiff's, Dr. Richard Carrier, First Request for Interrogatories, Admissions, and Production of Documents.

Respectfully submitted,

 /s/ Jeffrey T. Perry
Jeffrey T. Perry (0088989)
CAMPBELL PERRY, LLC
7240 Muirfield Drive, Suite 120
Dublin, OH  43017
(614) 668-8442
(614) 675-2210  fax
*jeff@campbellperrylaw.com*

*Counsel for Plaintiff*
Dr. Richard Carrier, Ph.D.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18'th day of September 2017, a copy of the foregoing was filed using the CM/ECF that will send a notice of electronic filing to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail, postage prepaid.

By:  /s/ Jeffrey T. Perry
Jeffrey T. Perry
Supreme Court No.:  0088989

*Counsel for Plaintiff*
Dr. Richard Carrier, Ph.D.

2