# **EXHIBIT 1**

Google Trends Screenshots



































