# **EXHIBIT 3**

Monette Richards' Facebook Post
January 18th, 2018



PTF000177