# **EXHIBIT 4**

Email Chain between Richard Carrier and Monette Richards

**From:** Monette Richards mo@froglabs.com 
**Subject:** Re: Query for 2018
**Date:** January 18, 2018 at 4:31 PM
**To:** Richard Carrier richard.carrier@icloud.com
**Cc:** neohio@centerforinquiry.net

No.

Monette Richards
President
Center for Inquiry - Northeast Ohio
http://www.centerforinquiry.net/neohio
330-338-8432

On Wed, Jan 17, 2018 at 3:32 PM, Richard Carrier <richard.carrier@icloud.com> wrote:
> Hello!
>
> This is Richard Carrier, author, historian, and philosopher (website below).
>
> Would CFI NEO be interested in having me in to speak again anytime this year?
>
> Please let me know.
>
> Thank you.
>
> --
> Richard C. Carrier, Ph.D.
> http://www.richardcarrier.info