\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Dr. Richard Carrier,

    v.                    Case No.  2:16-cv-906

FreethoughtBlogs Network, *et al.*,      **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the November 14, 2018 Opinion and Order, the Court GRANTS Defendants' motion to dismiss for lack of personal jurisdiction.

Date: **November 14, 2018**        **Richard W. Nagel, Clerk**

                                      s/ Jennifer Kacsor

                                  By Jennifer Kacsor/Courtroom Deputy